B6B (Official Form 6B) (12/07)

In re  Joseph Grasso                                    Case No. 12-11063 (ELF)
          Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | J | 1,500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC Bank Checking | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings, computers Contents of home, owned jointly with spouse, held as tenants by entireties | J | 7,500.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal Clothing Personal residence | H | 750.00 |
| 7. Furs and jewelry. | | Wedding ring, watch Personal Residence | H | 6,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re __Joseph Grasso__  
Debtor

Case No. __12-11063 (ELF)__  
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Membership Interest in defunct business-Chestnut Restaurant Ventures, LLC | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Interests in Partnerships and joint ventures  See attached schedule 14. All interests are held in the various partnerships as tenants by entireties with spouse | J | 8,060,000.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Equitable assigned interest from Beneficial Bank  Debtor is the equitable assignee of the balance of a secured claim from the execution against a certificate of deposit pledged to secured business debt | H | 100,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 31925-302Y-09510 -

JOSEPH GRASSO
SCHEDULE DETAILING BUSINESS INTERESTS

| Partnership Interest | Ownership Interest | Property Location | Description | Percentage | Value |
|---|---|---|---|---|---|
| Chest-Pac Associates, L.P. | Tenant by Entirety | Packard Building Unit I 1430 Chestnut Street | 182,472 SF Office Bldg | 20.72% | $ - |
| 111 South 15th Associates,LP | Tenants by Entirety | Packard Bldg, Unit II 1430 Chestnut Street | 4 Residential Condos | 20.72% | $ 40,000.00 |
| 15th & Sansom | Tenants by Entirety | 1500 Sansom Street | 38,000 SF Office/ Retail Space | 33% | $ 1,000,000.00 |
| Spring Ridge Associates, LP | Tenants by Entirety | Ashbridge Commons, Unit II Downingtown, PA | 123 Senior Citizen Apts | 10.64% | $ 500,000.00 |
| JGDG Associates, LP | Tenants by Entirety | Rt. 30 Downington, PA | 30,000 SF Retail | 70% | $ 420,000.00 |
| 730 East Elm Associates, L.P. | Tenants by Entirety | 730 East Elm Street Conshohocken, PA | 7700 SF Ofcie Bldg. | 50% | $ 50,000.00 |
| 635 East Elm Street Assocs, LP | Tenants by Entirety | 635 East Elm Street Conshohoken, PA | 6600 SF Warehouse/ Workshop | 100% | $ 25,000.00 |
| 735 Hector Street | Tenants by Entirety | 735 Hector Street Conshohocken, PA | 2000 SF Single Family Rental | 100% | $ 250,000.00 |
| Curtis Investors, L.P. | Tenants by Entirety | 601 Walnut Street Philadelphia, PA | 14% Interest in 885,786 SF Ofcie Bldg | 90% | $ 5,000,000.00 |
| PLB Investors, LP | Tenants by Entirety | 6th & Chestnut Strs. Philadelphia, PA | 535,325 SF Office Bldg | 72.44 | $ - |
| JGKM Associates, LP | Tenants by Entirety | 401-611 S. Broad Street Lansdale, PA | 139,108 SF Shopping Ctr. | 100% | $ - |
| **Subtotal** | | | | | **$7,285,000.00** |

JOSEPH GRASSO
SCHEDULE DETAILING BUSINESS INTERESTS

| Partnership Interest | Ownership Interest | Property Location | Description | Percentage | Value |
|---|---|---|---|---|---|
| Warminster Plaza Associates | Tenants by Entirety | 600 York Road Warminster, PA | 120,741 SF Shopping Ctr. | 100% | 250,000 |
| WSC717 Associates, LP | Tenant by Entirety | 715-717 Chestnut Street Philadelphia, PA | 12,250 SF Retail Rental | 25.50% | 0 |
| 722 Spring Street Associates | Tenant by Entirety | 722 Spring Street Reading, PA | Warehouse Property | 100% | 0 |
| Grasso Family Partnership, LP | Debtor | Various Partnership/ Investment Holdings | Restricted Beneficiary in Family Partnership | 19.8 | 0 |
| **TOTAL PARTNERSHIPS** | | | | | **$7,535,000.00** |
| Development Projects | Ownership Interest | Property Location | Description | Percentage | Value |
| Avalon Breezes Development,LLl | Tenant by Entirety | 20-21 Aves & Dune Drive Avalon, NJ | 7 Condo Units | 100% | - |
| QSPR Partners, LP | Tenant by Entirety | Rt. 309 & Pumpingstation Rd Quakertown, PA | 13 developable acres raw land | 25.34 | - |
| York & Swamp Assoc., LP | Tenant by Entirety | Doylestown, PA | 17.5 developable acres | 89% | - |
| **TOTAL DEVELOPMENT** | | | | | **$ -** |

JOSEPH GRASSO
SCHEDULE DETAILING BUSINESS INTERESTS

| Operating Business | Ownership Interest | Property Location | Description | Percentage | Value |
|---|---|---|---|---|---|
| Saxbys Coffee Worldwide, LLC | Debtor | 960 Brook Road Conshohocken, PA | Franchisor of Retail Coffee Shops | 70% | $ - |
| Positive Dining Experience, Inc. | Tenant by Entirety | Rt. 30 Downingtown, PA | 30,000 SF Bowling Alley | 70% | $ 525,000.00 |
| Coffee Shops International, LLC | Tenant by Entirety | 960 Brook Road Conshohocken, PA | Commercial Coffee Production | 70% | $ - |
| Union Trust Philadelphia, LLC | Debtor | 717 Chestnut Street Philadelphia, PA | Upscale Steakhouse Restaurant | 50% | $ - |
| **TOTAL BUSINESS** | | | | | **$ 525,000.00** |
| **TOTAL ALL INTERESTS** | | | | | **$ 8,060,000.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re __Joseph Grasso__  Case No. __12-11063 (ELF)__
        Debtor                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Collector and Antique Vehicles<br>Vehicles, many in partial state of reconditioning are warehoused in Reading, Pennsylvania. | J | 76,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Two pet dogs<br>Personal Residence | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached    Total    $   8,252,350.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

| DETAILED LIST OF COLLECTOR AND ANTIQ | OWNERSHIP INTERST | PROPERTY LOCATION | Estimated Value |
|---|---|---|---|
| 1969 Chevrolet Corvette Convertible | Joint - Tenants by Entirety | 722 Spring St., Reading PA | $ 22,000.00 |
| 1941 Chevrolet Coupe (Under repair) | Joint - Tenants by Entirety | 722 Spring St., Reading PA | $ 2,500.00 |
| 1941 Chevrolet Convertible | Joint - Tenants by Entirety | 722 Spring St., Reading PA | $ 3,000.00 |
| 1941 Chevrolet Sedan | Joint - Tenants by Entirety | 722 Spring St., Reading PA | $ 4,000.00 |
| 1966 Chevrolet El Camino | Joint - Tenants by Entirety | 722 Spring St., Reading PA | $ 3,500.00 |
| 1967 Chevrolet El Camino | Joint - Tenants by Entirety | 722 Spring St., Reading PA | $ 6,000.00 |
| 1965 Chevrolet El Camino | Joint - Tenants by Entirety | 722 Spring St., Reading PA | $ 5,000.00 |
| 1959 Chevrolet El Camino | Joint - Tenants by Entirety | 722 Spring St., Reading PA | $ 16,000.00 |
| 1921 Chevrolet 2 Door Coupe | Joint - Tenants by Entirety | 722 Spring St., Reading PA | $ 6,000.00 |
| 1969 Checker Station Wagon | Joint - Tenants by Entirety | 722 Spring St., Reading PA | $ 500.00 |
| 2006 Lincoln 8 Passenger Limo | Joint - Tenants by Entirety | 722 Spring St., Reading PA | $ 8,000.00 |
| Total | | | $ 76,500.00 |