**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 12-11063-ELF |
| | ) | |
| Joseph Grasso, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

**DECLARATION IN LIEU OF AFFIDAVIT**
**Regarding Request to be Added to the Mailing Matrix**

I am the Attorney for NexTier Bank, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make this request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that this request for notices replaces the creditors' address listed on the matrix, supersedes and cancels all prior requests for notice by the above named creditor, and:

**Please check the appropriate box:**

☒ that there are no other requests to receive notice by or on behalf of this creditor, or
☐ that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  3/7/12                    .


                                                    Brian M. Kile, Esquire
                                                    Attorney for NexTier Bank


                                                     /s/ Brian M. Kile
**Direct Notices To:**                               Signature of Attorney for NexTier Bank
Grenen & Birsic, P.C.
One Gateway Center, 9th Floor                       #89240
Pittsburgh, PA  15222                               Attorney's PA ID No.
412-281-7650