**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 12-11063-ELF |
| | ) | |
| Joseph Grasso, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Declaration in Lieu of Affidavit was served on the following this   7th   day of   March  , 20 12  , via Electronic Notice:

**VIA FIRST CLASS MAIL**
Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035

**VIA ELECTRONIC NOTIFICATION**
Corinne Michelle Samler, Esquire and
Paul J. Winterhalter, Esquire
Paul J. Winterhalter, PC
1717 Arch Street
Suite 4110
Philadlephia, PA 19103
E-mail: csamler@pjw-law.com
And pwinterhalter@pjw-law.com

**VIA ELECTRONIC NOTIFICATION**
U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107
E-mail:  USTPRegion03.PH.ECF@usdoj.gov

Dave P. Adams
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
E-mail: dave.p.adams@usdoj.gov

Kevin P. Callahan
United States Trustee
Dept. of Justice
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
E-mail: kevin.p.callahan@usdoj.gov

                                            GRENEN & BIRSIC, P.C.

By:    /s/ Brian M. Kile
        Brian M. Kile, Esquire
        PA ID No. 89240
        Attorney for NexTier Bank
        One Gateway Center, 9th Floor
        Pittsburgh, PA  15222
        412-281-7650