IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| JOSEPH GRASSO, | ) | Case No. 12-11063 (MDC) |
| | ) | |
| Debtor. | ) | |

APPLICATION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 2090-1, Roger G. Jones hereby applies for admission to practice in this Court in the above-referenced case and states as follows:

1. I am a member in good standing of the bars of the Supreme Court of the State of Tennessee, having been admitted February 7, 1986, and the United States Court of Appeals for the Sixth Circuit, having been admitted July 24, 1986.

2. I will conduct myself as an attorney of this Court uprightly and accordingly to law, and I will support and defend the Constitution of the United States of America.

3. I request to practice in this case in order to represent Madison Capital Company, LLC.

DATED: April 19, 2012.

                        Respectfully submitted,

                        _____
                        Roger G. Jones (Tenn. B.P.R. No. 20877)
                        BRADLEY ARANT BOULT CUMMINGS LLP
                        1600 Division St., Ste. 700
                        Nashville, TN  37203
                        (615) 252-2323
                        RJones@babc.com

Sworn to and subscribed before me
this 20th day of April, 2012.

_____
Notary Public

[Notary Seal: DIANE L. ABBOTT, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, TENN.]

My Commission Expires SEPT. 8, 2013

7/2852490.1                         - 2 -

## SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States Bankruptcy Court for the Eastern District of Pennsylvania hereby moves for the admission of Roger G. Jones to practice in this Court pursuant to Local Rule 2090-1, certifies that he knows or after reasonable inquiry believes that the applicant is a member in good standing of the above-referenced state and federal courts and that applicant's private and personal character is good and further certifies that this application was on this date mailed, postage pre-paid, to all interested counsel.

Respectfully submitted,

GROSSMAN LAW FIRM, P.C.

_____
Jeffrey T. Grossman, Esquire
Attorney for Madison Capital Company, LLC

1333 Race Street
Philadelphia, PA 19107
(215) 231-9936
jgrossman@grossmanfirm.com

Sworn to and subscribed before me
this 23rd day of April, 2012.

_____
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
       NOTARIAL SEAL
  JULIE E. OTTINGER, Notary Public
   City of Philadelphia, Phila. County
   My Commission Expires July 6, 2014
```

7/2852490.1                              - 3 -