IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| JOSEPH GRASSO, | ) | Case No. 12-11063 (MDC) |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **April 23, 2012**, a true and correct copy of **Application for Admission Pro Hac Vice and Proposed Order** was served electronically through the Court's CM/ECF system to all parties consenting to such service in this case and by U.S. Mail, postage pre-paid, to the following:

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035

Paul J. Winterhalter
Law Offices of Paul J Winterhalter, P.C.
1717 Arch Street , Suite 4110
Philadelphia, PA 19103

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

GROSSMAN LAW FIRM, P.C.

/s/ Jeffrey T. Grossman

Jeffrey T. Grossman, Esquire
Attorney for Madison Capital Company, LLC

1333 Race Street
Philadelphia, PA 19107
(215) 231-9936
jgrossman@grossmanfirm.com

7/2832532.2

- 1 -