UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              )
                                    )    Chapter 7
JOSEPH GRASSO,                      )
                                    )    Case No. 12-11063 (MDC)
          Debtor.                   )
                                    )
_____)

### ORDER GRANTING MOTION OF CHRISTINE SHUBERT, CHAPTER 7 TRUSTEE, FOR APPROVAL OF COMPROMISE PURSUANT TO F.R.B.P. 9019

Upon consideration of the motion (the "Motion")[1] of Christine C. Shubert, Chapter 7 Trustee (the "Trustee") of the above-captioned debtor (the "Debtor") for the entry of an Order approving a compromise by and between the Trustee and Marshal Katz, and the responses thereto, if any, and for good cause shown; it is

ORDERED AND DECREED that

1. The Motion is GRANTED;

2. The compromise as outlined in the Motion, and set forth in Exhibit A to the Motion, is hereby APPROVED in its entirety.

Dated:                                           By the Court:


                                                 _____
                                                 Honorable Magdeline D. Coleman
                                                 United States Bankruptcy Court

---

[1] Each capitalized term not defined herein shall have the meaning ascribed to such term in the Motion.

3442667 v1