UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| JOSEPH GRASSO, ) | |
| ) | Case No. 12-11063 (MDC) |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

It is hereby certified that on the 5th day of September, 2013, a true and correct copy of the Motion of Christine Shubert, Chapter 7 Trustee, for Approval of Compromise Pursuant to F.R.B.P. 9019, electronically filed on this date, was served on all parties receiving notice by electronic means via the Electronic Case Filing System ("ECF") as reflected on the Notice of Electronic filing, and by United States mail, first class delivery, postage prepaid, upon the following parties:

Christine Shubert, Chapter 7 Trustee
10 Teaberry Drive
Medford, NJ 08055

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035

Paul J. Winterhalter, Esquire
Law Offices of Paul J. Winterhalter, P.C.
1717 Arch Street, Suite 4110
Philadelphia, PA 19103

Kevin P. Callahan, Esquire
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/ *Harry J. Giacometti*
Harry J. Giacometti

3442667 v1