**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 7** |
| **JOSEPH GRASSO,** ) | |
| ) | **Case No. 12-11063 (MDC)** |
| **Debtor.** ) | |
| ) | |

**ORDER GRANTING MOTION OF CHRISTINE SHUBERT, CHAPTER 7 TRUSTEE, FOR APPROVAL OF COMPROMISE PURSUANT TO F.R.B.P. 9019**

Upon consideration of the motion (the "Motion")[1] of Christine C. Shubert, Chapter 7 Trustee (the "Trustee") of the above-captioned debtor (the "Debtor") for the entry of an Order approving a compromise by and between the Trustee and Marshal Katz, and the responses thereto, if any, and for good cause shown; it is

ORDERED AND DECREED that

1. The Motion is GRANTED;

2. The compromise as outlined in the Motion, and set forth in Exhibit A to the Motion, is hereby APPROVED in its entirety.

Dated:                                    By the Court:

                                          _____
                                          Honorable Magdeline D. Coleman    10/2/13
                                          United States Bankruptcy Court

---

[1] Each capitalized term not defined herein shall have the meaning ascribed to such term in the Motion.

3442667 v1