UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    )
                                          )   Chapter 7
JOSEPH GRASSO,                            )
                                          )   Case No. 12-11063 (MDC)
            Debtor.                       )
                                          )
_____ )

## TRUSTEE'S REPORT OF ASSETS

Christine C. Shubert, Chapter 7 Trustee (the "Trustee") of the estate of Joseph Grasso (the "Debtor"), by and through her attorneys, Flaster/Greenberg, P.C., hereby submits the following report, in connection with this Court's Orders dated March 3, 2015 [Docket Nos. 1468 and 1469]:

1.   Attached hereto and incorporated herein are Form 1 and Form 2, as of March 10, 2015.

2.   From the conversion of the above-captioned case (June 13, 2013) through November 8, 2013, the Trustee maintained funds in Rabobank, N.A. account ending in 7666, segregated as follows: (a) funds restricted by virtue of alleged lien claims not resolved were maintained in one sub-account; and (b) funds *not* restricted by any lien claims and, therefore, available for distribution were maintained in another sub-account.

3.   On November 8, 2013, the Trustee transferred all estate funds to Signature Bank and presently maintains three (3) separate accounts for said funds. *None* of the funds held in any of the accounts maintained by the Trustee are restricted by any lien claims.

4.   Presently, the Trustee is holding the following funds: (a) Signature Bank Account ending in 4301 in the amount of $588,675.12; (b) Signature Bank Account ending in 4298 in the

10985980v.1

-2-

amount of $1,199,508.16; and (c) Signature Bank Account ending in 3470 in the amount of $1,165,951.27.

5.  As such, the amount presently in the bankruptcy estate available for distribution, free and clear of all lien claims, is $2,954,134.55.

Respectfully submitted,

Date: March 25, 2015     **FLASTER/GREENBERG, P.C.**

By:  */s/ Harry J. Giacometti*
     Harry J. Giacometti, Esquire
     Steven D. Usdin, Esquire
     Four Penn Center, 2nd Floor
     1600 John F. Kennedy Boulevard
     Philadelphia, PA 19103
     *Counsel for the Chapter 7 Trustee*