# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 12-11063 MDC | | Trustee: | CHRISTINE C. SHUBERT |
|---|---|---|---|---|
| Case Name: | Joseph Grasso | | Bank Name: | Signature Bank |
| Taxpayer ID#: | ******6414 | | Account: | ******4298 - Checking |
| Period Ending: | 03/10/15 | | Blanket Bond: | $22,770,287.00 (per case limit) |
| | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/08/13 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 264,807.23 | | 264,807.23 |
| 11/27/13 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 241.20 | 264,566.03 |
| 12/13/13 | Asset #9 | GRASSO FAMILY LIMITED PARTNERSHIP | Correcting entry for deposit made in error to #4301 | 1129-000 | 4,000.00 | | 268,566.03 |
| 12/17/13 | Asset #11 | BarrySlossberg | buyers premium from auction of carss | 1129-000 | 3,105.00 | | 271,671.03 |
| 12/17/13 | Asset #11 | BARRY S. SLOSBERG | gross proceeds from auction of cars | 1129-000 | 20,700.00 | | 292,371.03 |
| 12/18/13 | | From Account# 1502084301 | distribution from partnership | 9999-000 | 4,000.00 | | 296,371.03 |
| 12/18/13 | | To Account# 1502084301 | Wire deposit on 10/29/2013 | 9999-000 | | 189,249.50 | 107,121.53 |
| 12/23/13 | 1001 | BARRY S. SLOSSBERG, INC. | commission from auction of vehicles per order of 11/21/13 | 3610-000 | | 2,380.50 | 104,741.03 |
| 12/23/13 | 1002 | BARRY S. SLOSSBERG, INC. | reimbursement of expenses for auctioneer per order of 11/21/13 | 3620-000 | | 1,450.00 | 103,291.03 |
| 12/27/13 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 333.03 | 102,958.00 |
| 01/02/14 | 1003 | PAYCHEX | fee to process year end and payroll tax returns and w-2's | 2990-000 | | 350.00 | 102,608.00 |
| 01/06/14 | 1004 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT AS OF 01/6/2014 FOR CASE #12-11063, bond no. 016026390 | 2300-000 | | 472.47 | 102,135.53 |
| 01/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 139.23 | 101,996.30 |
| 02/21/14 | | To Account# 1502084301 | Transfer to correct 12/13/13 deposit to account #4298 | 9999-000 | | 4,000.00 | 97,996.30 |
| 02/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 156.48 | 97,839.82 |
| 02/26/14 | 1005 | Flaster Greenberg | attorney fees for Attorney for Chapter 7 Trustee per order of 2/24/14 - partial payment | 3210-000 | | 57,757.79 | 40,082.03 |
| 02/26/14 | 1006 | Bederson LLP | accountant to trustee fees per order of 2/24/14 - partial payment | 3410-000 | | 14,027.23 | 26,054.80 |
| 03/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 50.68 | 26,004.12 |

Form 2
Cash Receipts and Disbursements Record

| Case Number: | 12-11063 MDC | Trustee: | CHRISTINE C. SHUBERT |
| Case Name: | Joseph Grasso | Bank Name: | Signature Bank |
| Taxpayer ID#: | ******6414 | Account: | ******4298 - Checking |
| Period Ending: | 03/10/15 | Blanket Bond: | $22,770,287.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 38.65 | 25,965.47 |
| 05/15/14 | 1007 | C. Marino Inc. | storage for computers and records invoices 333A, 249A, and 250A | 2410-000 | | 550.00 | 25,415.47 |
| 05/27/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 39.66 | 25,375.81 |
| 06/02/14 | 1008 | C. Marino, Inc. | storage of records invoice no. 475A | 2410-000 | | 50.00 | 25,325.81 |
| 06/05/14 | Asset #35 | Paul Winterhalter PC | partial payment of turnover of legal fees | 1290-010 | 3,000.00 | | 28,325.81 |
| 06/05/14 | Asset #28 | AMCAFE | payment of settlement of adversary 14-0061 | 1249-000 | 7,500.00 | | 35,825.81 |
| 06/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 45.31 | 35,780.50 |
| 06/29/14 | 1009 | Mastroieni and Associates | real estate appraisal fee per court order of 6/23/14 | 3711-000 | | 4,225.00 | 31,555.50 |
| 07/08/14 | Asset #9 | Partnership Liquidity Investors LLC | wire in for deposit for pending sale of business interests to buyer | 1129-002 | 75,000.00 | | 106,555.50 |
| 07/09/14 | Asset #35 | Paul Winterhalter, PC | partial turnover of retainer per agreement form prior chapter | 1290-000 | 3,000.00 | | 109,555.50 |
| 07/11/14 | Asset #29 | Excelco Trading LP | settlement of adversary approved by court 7/2/14 | 1249-000 | 20,000.00 | | 129,555.50 |
| 07/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 124.22 | 129,431.28 |
| 08/18/14 | Asset #9 | Everest Financial | wire into account from qualified bidder for auction of debtor's partnership interests | 1129-002 | 10,000.00 | | 139,431.28 |
| 08/19/14 | Asset #9 | Michael and Jean Grasso | deposit for sale of partnership interests auction | 1129-000 | 75,000.00 | | 214,431.28 |
| 08/19/14 | | From Account# 1502084301 | turnover of unearned retainer by Paul Winterhalter | 9999-000 | 5,698.84 | | 220,130.12 |
| 08/19/14 | | From Account# 1502084301 | distribution from partnership in Public Ledger | 9999-000 | 64,070.79 | | 284,200.91 |
| 08/20/14 | 1010 | Flaster Greenberg | fees per order of June 2, 2014 - allowing 25% of allowed comp | 3210-000 | | 39,906.25 | 244,294.66 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 12-11063 MDC | | Trustee: | CHRISTINE C. SHUBERT |
|---|---|---|---|---|
| Case Name: | Joseph Grasso | | Bank Name: | Signature Bank |
| Taxpayer ID#: | ******6414 | | Account: | ******4298 - Checking |
| Period Ending: | 03/10/15 | | Blanket Bond: | $22,770,287.00 (per case limit) |
| | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/20/14 | 1011 | Flaster Greenberg | expenses for attorney for trustee per order of 6/2/14 | 3220-000 | | 2,702.99 | 241,591.67 |
| 08/20/14 | 1012 | Bederson & Company LLP | accounting fees per order of 6/2/14 | 3410-000 | | 16,197.00 | 225,394.67 |
| 08/20/14 | 1013 | Bederson LLP | expenses for accountant to chapter 7 trustee per order of 6/2/14 | 3420-000 | | 702.17 | 224,692.50 |
| 08/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 235.94 | 224,456.56 |
| 08/26/14 | Asset #33 | American Express | recovery of preference settlement for adversary v american express | 1249-000 | 8,000.00 | | 232,456.56 |
| 08/27/14 | 1014 | C. Marino Inc. | storage of records and computers - invoices for June, July and August, 2014 | 2410-000 | | 150.00 | 232,306.56 |
| 08/27/14 | 1015 | Love Court Reporting Inc. | transcript of Auction invoice | 2990-000 | | 629.00 | 231,677.56 |
| 09/14/14 | Asset #9 | Everest Financial | return of deposit for auction  per order of 8/21/14 docket no. 1303 | 1129-002 | -10,000.00 | | 221,677.56 |
| 09/14/14 | Asset #9 | Partnership Liquidity Investors LLC | return of deposit for auction per order of 8/21/14 and docket no. 1303 | 1129-002 | -75,000.00 | | 146,677.56 |
| 09/14/14 | 1018 | Partnership Liquidity Investors | break up fee for stalking horse bidder per order of 8/21/14 for sale of debtor's business interests | 2500-000 | | 25,000.00 | 121,677.56 |
| 09/17/14 | Asset #9 | METRO DEVELOPMENT CO | payment by successful bidder of auction - proceeds | 1129-000 | 1,250,000.00 | | 1,371,677.56 |
| 09/21/14 | Asset #19 | Commonwealth Agency Inc. | proceeds from sale of debtor's interest in McCool property per court order and settlement of adversary | 1249-000 | 35,000.00 | | 1,406,677.56 |
| 09/22/14 | 1019 | INTERNATIONAL SURETIES LTD | bond premium on individual bond number 016061509 | 2300-000 | | 10,600.00 | 1,396,077.56 |
| 09/22/14 | 1020 | PNC BANK, NA | invoice for photocopying and submission of records 2014 R449 | 2990-000 | | 22.75 | 1,396,054.81 |
| 09/22/14 | 1021 | C. Marino Inc. | invoice nos 250A and 249 A - moving and storage of records; Voided on 09/22/2014 | 2410-000 | | 500.00 | 1,395,554.81 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 12-11063 MDC | | Trustee: | CHRISTINE C. SHUBERT |
|---|---|---|---|---|
| Case Name: | Joseph Grasso | | Bank Name: | Signature Bank |
| Taxpayer ID#: | ******6414 | | Account: | ******4298 - Checking |
| Period Ending: | 03/10/15 | | Blanket Bond: | $22,770,287.00 (per case limit) |
| | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/22/14 | 1021 | C. Marino Inc. | Check issued on 09/22/2014 | 2410-000 | | -500.00 | 1,396,054.81 |
| 09/24/14 | 1022 | American Modern Select Ins. Co. | insurance on 631 E. Elm Street, Conshohocken, PA; Policy No. 08500477980077 | 2420-000 | | 989.00 | 1,395,065.81 |
| 09/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 799.42 | 1,394,266.39 |
| 10/07/14 | Asset #18 | Joseph Grasso Jr. | settlement of adversary no. - partial paymet | 1249-000 | 5,000.00 | | 1,399,266.39 |
| 10/08/14 | Asset #35 | Paul Winterhalter, P.C. | refund of fees turned over to Trustee per order of 10/8/14 | 1290-000 | -6,000.00 | | 1,393,266.39 |
| 10/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,943.95 | 1,391,322.44 |
| 11/18/14 | 1024 | C. Marino Inc. | storage of records invoices for June, July, August, Sept. and October 2014 | 2410-000 | | 250.00 | 1,391,072.44 |
| 11/22/14 | Asset #18 | Joseph Grasso Jr. | final payment of settlement of adversary 548 | 1249-000 | 5,000.00 | | 1,396,072.44 |
| 11/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 2,135.23 | 1,393,937.21 |
| 12/07/14 | 1025 | UNITED STATES TREASURY | Employer ID # 30-6382756 - 2014 Form 1041-ES | 2810-000 | | 101,000.00 | 1,292,937.21 |
| 12/07/14 | 1026 | PA DEPARTMENT OF REVENUE | employer ID 30-6382756 - estimated taxes 2014 | 2820-000 | | 178,000.00 | 1,114,937.21 |
| 12/07/14 | 1027 | PA DEPARTMENT OF REVENUE | Employer ID 30-6382756 - 2013 PA Tax | 2820-000 | | 2,000.00 | 1,112,937.21 |
| 12/11/14 | 1028 | Robert Holber, Esquire | counsel fee for special counsel to trustee per order of 12/8/14 | 3210-000 | | 5,983.50 | 1,106,953.71 |
| 12/11/14 | 1029 | Robert Holber, Esquire | reimbursement of expenses for special counsel to chapter 7 trustee per order of 12/8/14 | 3220-000 | | 117.72 | 1,106,835.99 |
| 12/23/14 | 1030 | INTERNATIONAL SURETIES, LTD. | Bond premium payment on register balance as of 11/5/2014 for case # 12-11063 | 2300-000 | | 2,753.40 | 1,104,082.59 |
| 12/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,782.08 | 1,102,300.51 |
| 01/01/15 | 1031 | C. Marino Inc. | storage of records invoices 1292A and 1467A | 2410-000 | | 100.00 | 1,102,200.51 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 12-11063 MDC | Trustee: | CHRISTINE C. SHUBERT |
|---|---|---|---|
| Case Name: | Joseph Grasso | Bank Name: | Signature Bank |
| | | Account: | ******4298 - Checking |
| Taxpayer ID#: | ******6414 | Blanket Bond: | $22,770,287.00 (per case limit) |
| Period Ending: | 03/10/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/05/15 | Asset #25 | Volcafe Specialty Coffee Corp. | settlement of adversary no. 14-00058 per settlement agreement | 1249-000 | 33,500.00 | | 1,135,700.51 |
| 01/15/15 | Asset #32 | Russell Law Group PC | settlement of adversary number 14-00063 | 1249-000 | 7,500.00 | | 1,143,200.51 |
| 01/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 2,001.71 | 1,141,198.80 |
| 02/04/15 | Asset #17 | Felicia Meakim | partial payment of settlement of adversary | 1249-000 | 5,000.00 | | 1,146,198.80 |
| 02/05/15 | 1032 | Robert Szajkos, Esquire | Mediator fee per order of 2/2/15 | 3721-000 | | 3,750.00 | 1,142,448.80 |
| 02/24/15 | | INTERNATIONAL SURETIES LTD | refund of individual case bond premium - bond cancelled | 2300-000 | | -8,597.00 | 1,151,045.80 |
| 02/25/15 | Asset #27 | Paragon Coffee Trading Co. | settlement of adversary no. 14-00060 | 1249-000 | 50,000.00 | | 1,201,045.80 |
| 02/27/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,537.64 | 1,199,508.16 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 1,867,881.86 | 668,373.70 | $1,199,508.16 |
| Less: Bank Transfers | 338,576.86 | 193,249.50 | |
| **Subtotal** | 1,529,305.00 | 475,124.20 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $1,529,305.00 | $475,124.20 | |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 12-11063 MDC | | Trustee: | CHRISTINE C. SHUBERT |
|---|---|---|---|---|
| Case Name: | Joseph Grasso | | Bank Name: | Signature Bank |
| Taxpayer ID#: | ******6414 | | Account: | ******4301 - Checking |
| Period Ending: | 03/10/15 | | Blanket Bond: | $22,770,287.00 (per case limit) |
| | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/08/13 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 146,546.28 | | 146,546.28 |
| 11/27/13 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 133.48 | 146,412.80 |
| 12/13/13 | Asset #9 | Grasso FAmilyLimited Partnership | distribution from partnership | 1129-000 | 4,000.00 | | 150,412.80 |
| 12/13/13 | Asset #9 | GRASSO FAMILY LIMITED PARTNERSHIP | Correcting entry - deposit was made to account #4298 | 1129-000 | -4,000.00 | | 146,412.80 |
| 12/18/13 | | From Account# 1502084298 | Wire deposit on 10/29/2013 | 9999-000 | 189,249.50 | | 335,662.30 |
| 12/18/13 | | To Account# 1502084298 | distribution from partnership | 9999-000 | | 4,000.00 | 331,662.30 |
| 12/27/13 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 288.66 | 331,373.64 |
| 01/22/14 | Asset #9 | wire from Curtis Partners LP | Distribution from Curtis Partners LP | 1129-000 | 95,077.50 | | 426,451.14 |
| 01/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 449.38 | 426,001.76 |
| 02/21/14 | | From Account# 1502084298 | Transfer to correct 12/13/13 deposit to account #4298 | 9999-000 | 4,000.00 | | 430,001.76 |
| 02/26/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 653.54 | 429,348.22 |
| 03/13/14 | Asset #35 | Paul Winterhalter, PC | turnover of unearned retainer from prior chapter | 1290-000 | 5,698.84 | | 435,047.06 |
| 03/20/14 | Asset #9 | PLB Partners LP | distribution from partnership in Public Ledger Building | 1129-000 | 64,070.79 | | 499,117.85 |
| 03/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 615.03 | 498,502.82 |
| 04/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 740.87 | 497,761.95 |
| 05/27/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 763.78 | 496,998.17 |
| 06/13/14 | Asset #9 | Curtis LP | distribution for sale of partnership interest in Curtis Center - Curtis center sold by General partners (not debtor) and debtor received his proportionate share of the distribution | 1129-000 | 2,973,662.00 | | 3,470,660.17 |
| 06/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,843.50 | 3,468,816.67 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 12-11063 MDC | | Trustee: | CHRISTINE C. SHUBERT |
| --- | --- | --- | --- | --- |
| Case Name: | Joseph Grasso | | Bank Name: | Signature Bank |
| | | | Account: | ******4301 - Checking |
| Taxpayer ID#: | ******6414 | | Blanket Bond: | $22,770,287.00 (per case limit) |
| Period Ending: | 03/10/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/14 | Asset #9 | CURTIS INVESTORS LP | additional distribution from sale of Curtis | 1229-000 | 316,925.00 | | 3,785,741.67 |
| 07/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 3,595.50 | 3,782,146.17 |
| 08/19/14 | | To Account# 1502084298 | turnover of unearned retainer by Paul Winterhalter | 9999-000 | | 5,698.84 | 3,776,447.33 |
| 08/19/14 | | To Account# 1502084298 | distribution from partnership in Public Ledger | 9999-000 | | 64,070.79 | 3,712,376.54 |
| 08/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 3,715.35 | 3,708,661.19 |
| 09/25/14 | | To Account# 1502213470 | | 9999-000 | | 3,706,962.56 | 1,698.63 |
| 09/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,698.63 | 0.00 |
| 01/13/15 | Asset #9 | Curtis LP | additional distribution from sale of Curtis | 1129-000 | 469,049.00 | | 469,049.00 |
| 01/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 404.80 | 468,644.20 |
| 02/13/15 | Asset #9 | Curtis PartnersLP | additional distribution from sale of Curtis | 1129-000 | 120,741.10 | | 589,385.30 |
| 02/27/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 710.18 | 588,675.12 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 4,385,020.01 | 3,796,344.89 | $588,675.12 |
| Less: Bank Transfers | | 339,795.78 | 3,780,732.19 | |
| Subtotal | | 4,045,224.23 | 15,612.70 | |
| Less: Payment to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $4,045,224.23 | $15,612.70 | |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 12-11063 MDC | | Trustee: | CHRISTINE C. SHUBERT |
|---|---|---|---|---|
| Case Name: | Joseph Grasso | | Bank Name: | Signature Bank |
| | | | Account: | ******3470 - Checking |
| Taxpayer ID#: | ******6414 | | Blanket Bond: | $22,770,287.00 (per case limit) |
| Period Ending: | 03/10/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/25/14 | | From Account# 1502084301 | | 9999-000 | 3,706,962.56 | | 3,706,962.56 |
| 09/30/14 | | Signature Bank | | 1270-000 | 101.56 | | 3,707,064.12 |
| 10/15/14 | 1001 | William Bostic | payment per order of 10/6/14; docket 1348 | 4210-000 | | 132,311.52 | 3,574,752.60 |
| 10/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,698.63 | 3,573,053.97 |
| 10/31/14 | | Signature Bank | | 1270-000 | 628.25 | | 3,573,682.22 |
| 11/06/14 | 1002 | Terry Dershaw Chapter 7 Trustee | payment per order of 10/21/14 in satisfaction of claim No. 49 ; check is for the estate of Garrett Miller | 4210-000 | | 250,000.00 | 3,323,682.22 |
| 11/21/14 | 1003 | Nextier Bank | payment of secured claim per order of 11/5/14 | 4210-000 | | 575,000.00 | 2,748,682.22 |
| 11/21/14 | 1004 | The Bancorp Bank | payment of secured claim per order of 11/5/14 | 4210-000 | | 850,000.00 | 1,898,682.22 |
| 11/25/14 | 1005 | Bederson & Company LLP | balance of fees due from order of 2/24/14 and per order of 11/25/14 | 3410-000 | | 42,581.70 | 1,856,100.52 |
| 11/25/14 | 1006 | Bederson & Company LLP | balance of fees per order of 6/2/14 and order of 11/25/14 | 3410-000 | | 48,591.00 | 1,807,509.52 |
| 11/25/14 | 1007 | Bederson & Company LLP | accounting fees per order of 11/17/14 and order of 11/25/14 | 3410-000 | | 82,396.75 | 1,725,112.77 |
| 11/25/14 | 1008 | Bederson & Company LLP | reimbursement of expenses for accountant to chapter 7 trustee per order of 10/17/14 and order of 11/25/14 | 3420-000 | | 577.27 | 1,724,535.50 |
| 11/25/14 | 1009 | Flaster Greenberg | balance of attorney fees for attorney to chapter 7 trustee from order of 2/24/14 and order of 11/25/14 | 3210-000 | | 173,273.38 | 1,551,262.12 |
| 11/25/14 | 1010 | Flaster Greenberg | balance of attorney fees from order of 6/2/14 and order of 11/25/14 for attorney to chapter 7 trustee | 3210-000 | | 119,718.75 | 1,431,543.37 |
| 11/25/14 | 1011 | Flaster Greenberg | attorney fees for counsel to chapter 7 trustee per order of 10/27/14 and 11/25/14 | 3210-000 | | 250,100.50 | 1,181,442.87 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 12-11063 MDC | Trustee: | CHRISTINE C. SHUBERT |
|---|---|---|---|
| Case Name: | Joseph Grasso | Bank Name: | Signature Bank |
| | | Account: | ******3470 - Checking |
| Taxpayer ID#: | ******6414 | Blanket Bond: | $22,770,287.00 (per case limit) |
| Period Ending: | 03/10/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/25/14 | 1012 | Flaster Greenberg | reimbursement of expenses for counsel to chapter 7 trustee per orders of 10/27/14 and 11/25/14 | 3220-000 | | 9,654.95 | 1,171,787.92 |
| 11/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,698.63 | 1,170,089.29 |
| 11/28/14 | | Signature Bank | Bank and Technology Services Fee | 1270-000 | 541.39 | | 1,170,630.68 |
| 12/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,698.63 | 1,168,932.05 |
| 12/31/14 | | Signature Bank | | 1270-000 | 236.05 | | 1,169,168.10 |
| 01/30/15 | | Signature Bank | | 1270-000 | 198.59 | | 1,169,366.69 |
| 01/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 2,027.40 | 1,167,339.29 |
| 02/27/15 | | Signature Bank | | 1270-000 | 179.09 | | 1,167,518.38 |
| 02/27/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,567.11 | 1,165,951.27 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 3,708,847.49 | 2,542,896.22 | $1,165,951.27 |
| Less: Bank Transfers | 3,706,962.56 | 0.00 | |
| Subtotal | 1,884.93 | 2,542,896.22 | |
| Less: Payment to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,884.93 | $2,542,896.22 | |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 12-11063 MDC | | Trustee: | CHRISTINE C. SHUBERT |
|---|---|---|---|---|
| Case Name: | Joseph Grasso | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID#: | ******6414 | | Account: | ******7666 - Checking |
| Period Ending: | 03/10/15 | | Blanket Bond: | $22,770,287.00 (per case limit) |
| | | | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/21/13 | Asset #1 | Christine Shubert, Chapter 11 Trustee | balance of funds in unrestricted Chapter 11 operating account | 1290-000 | 81,307.02 | | 81,307.02 |
| 07/14/13 | Asset #9 | GRASSO FAMILY LIMITED PARTNERSHIP | DISTRIBUTION FROM FAMILIY PARTNERSHIP | 1129-000 | 4,000.00 | | 85,307.02 |
| 07/17/13 | 101 | WSC Commercial Real Estate | payment per Consent Order 7/1/13 | 2420-000 | | 10,000.00 | 75,307.02 |
| 07/23/13 | 102 | Barry S. Slosberg, Inc. | Auctioneer commission per order of 7/19/13 | 3610-000 | | 5,870.75 | 69,436.27 |
| 07/23/13 | 103 | Barry S. Slosberg, Inc. | Auctioneer expenses per order of 7/19/13 | 3620-000 | | 6,097.28 | 63,338.99 |
| 07/24/13 | Asset #9 | LIBERTY BELL CAPITAL III. | PROCEEDS FROM SALE OF INTEREST IN WSC WARMINSTER PLAZA ASSOCIATES PER COURT ORDER 7/16/13 | 1129-000 | 15,000.00 | | 78,338.99 |
| 08/06/13 | 104 | Bankruptcy Estate of Garrett Miller | payment of one half of the proceeds from Compromise with Liberty Bell Capital and WSC Warminster Plaza Associates per order of 7/16/13; Stopped on 08/14/2013 | 8500-002 | | 7,500.00 | 70,838.99 |
| 08/12/13 | Asset #9 | GRASSO FAMILY LIMITED PARTNERSHIP | MONTHLY DISTRIBUTION | 1129-000 | 4,000.00 | | 74,838.99 |
| 08/14/13 | 104 | Bankruptcy Estate of Garrett Miller | payment of one half of the proceeds from Compromise with Liberty Bell Capital and WSC Warminster Plaza Associates per order of 7/16/13; Check issued on 08/06/2013 | 8500-002 | | -7,500.00 | 82,338.99 |
| 08/14/13 | 105 | Bankruptcy Estate of Garrett Miller | payment of one half of the proceeds from Compromise with Liberty Bell Capital and WSC Warminster Plaza Associates per order of 7/16/13 | 8500-002 | | 7,500.00 | 74,838.99 |
| 09/20/13 | Asset #13 | GLOBAL SURETY LLC | REFUND OF TRUSTEE BOND PREMIUM FROM CHAPTER 11 | 1229-000 | 1,247.00 | | 76,085.99 |
| 10/29/13 | Asset #9 | wire from Curtis Partners LP | Distribution from Curtis Partners LP | 1129-000 | 189,249.50 | | 265,335.49 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 370.42 | 264,965.07 |
| 11/08/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.84 | 264,807.23 |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 12-11063 MDC | **Trustee:** | CHRISTINE C. SHUBERT |
| **Case Name:** | Joseph Grasso | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID#:** | ******6414 | **Account:** | ******7666 - Checking |
| **Period Ending:** | 03/10/15 | **Blanket Bond:** | $22,770,287.00 (per case limit) |
| | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/08/13 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 264,807.23 | 0.00 |
| | | | | | 294,803.52 | 294,803.52 | |
| | | | **ACCOUNT TOTALS** | | 294,803.52 | 294,803.52 | |
| | | | Less: Bank Transfers | | 0.00 | 264,807.23 | |
| | | | **Subtotal** | | 294,803.52 | 29,996.29 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$294,803.52** | **$29,996.29** | $0.00 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 12-11063 MDC | Trustee: | CHRISTINE C. SHUBERT |
| --- | --- | --- | --- |
| Case Name: | Joseph Grasso | Bank Name: | Rabobank, N.A. |
| | | Account: | ******7667 - Checking |
| Taxpayer ID#: | ******6414 | Blanket Bond: | $22,770,287.00 (per case limit) |
| Period Ending: | 03/10/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/21/13 | Asset #1 | Christine Shubert, Chapter 11 Trustee | turnover of balance of Chapter 11 restricted funds - possible lien by Bankcorp | 1290-000 | 147,571.33 | | 147,571.33 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.92 | 147,538.41 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 359.92 | 147,178.49 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 323.67 | 146,854.82 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 308.54 | 146,546.28 |
| 11/08/13 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 146,546.28 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| | ACCOUNT TOTALS | 147,571.33 | 147,571.33 | $0.00 |
| | Less: Bank Transfers | 0.00 | 146,546.28 | |
| | Subtotal | 147,571.33 | 1,025.05 | |
| | Less: Payment to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $147,571.33 | $1,025.05 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******4298 | 1,529,305.00 | 475,124.20 | 1,199,508.16 |
| Checking # ******4301 | 4,045,224.23 | 15,612.70 | 588,675.12 |
| Checking # ******3470 | 1,884.93 | 2,542,896.22 | 1,165,951.27 |
| Checking # ******7666 | 294,803.52 | 29,996.29 | 0.00 |
| Checking # ******7667 | 147,571.33 | 1,025.05 | 0.00 |
| | $6,018,789.01 | $3,064,654.46 | $2,954,134.55 |