# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| JOSEPH GRASSO, | : | Case No. 12-11063 (MDC) |
| | : | |
| Debtor. | : | **Re: Docket No. 1729** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

1. The Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Authorizing the Sale and Transfer of Certain Vehicles Free and Clear of All Liens, Claims, Encumbrances and Interests (the "Motion") was filed on June 28, 2016.

2. The Motion, together with the Notice of Motion, Response Deadline, and Hearing Date (the "Notice") [Docket No. 1730,] were served upon all creditors and parties in interest as reflected in the Certificate of Service filed with the Motion and Notice.

3. As of the date hereof, undersigned counsel has not received any responses to the Motion. A review of the docket in this case reflects that no responses have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter the Order attached to the Motion.

FLASTER/GREENBERG P.C.

Dated: July 13, 2016    By: /s/ *Harry J. Giacometti*
Harry J. Giacometti, Esquire
Steven D. Usdin, Esquire
Four Penn Center
1600 J.F.K. Blvd., 2nd Floor
Philadelphia, PA 19103

Counsel for the Chapter 7 Trustee

5809715 v1