UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| JOSEPH GRASSO, ) | |
| ) | Case No. 12-11063 (MDC) |
| Debtor. ) | |
| ) | |
| _____ ) | |

## ORDER AUTHORIZING THE SALE OF VEHICLES FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS

AND NOW, this 26th day of July, 2016, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, (the "Trustee") for the entry of an order pursuant to 11 U.S.C. §§ 105 and 363 authorizing the sale of certain Vehicles, free and clear of all liens, claims, encumbrances and interests (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. Sections 157(b)(2) and 1334; and consideration of the Motion, the relief requested therein, and the responses thereto, if any, being a core proceeding in accordance with 28 U.S.C. Section 157(b); and after proper notice and a hearing; and for good cause shown, it is hereby ORDERED as follows:

1. The Motion is granted in its entirety.

2. The Trustee shall be, and hereby is, authorized, empowered, and directed, pursuant to Sections 105 and 363(b) of the Bankruptcy Code, to transfer all of her and/or the Estate's right, title and interest in and to the Vehicles to D. Boss Salvage, or its nominee, (the

5752773 v1

"Purchaser")[1] for consideration of the purchase price of $3,000.00, free and clear of any and all liens, claims, encumbrances and interests.

3. All parties who have been served with Notice of the Motion and have not objected to the transfer of the Vehicles to the Purchaser shall be deemed to have consented thereto, and shall be barred, estopped and enjoined from taking any action of any kind against the Purchaser or the Vehicles pursuant to this Order within the meaning of 11 U.S.C. §363(f)(2).

4. The Purchaser is a good faith purchaser and entitled to protections of 11 U.S.C. §363(m).

5. The Trustee and the Purchaser are authorized and empowered to take all actions and execute and deliver any and all documents and instruments that either the Trustee or the Purchaser deem necessary or appropriate to implement and effectuate the terms of this Order.

6. Notwithstanding Bankruptcy Rules 6004(g) and 6006(d), this Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing.

7. This Court shall retain exclusive jurisdiction to enforce the provisions of this Order and any matters directly related hereto.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] Terms not otherwise defined herein shall have the meanings given to them in the Motion.

-2-

5752773 v1