United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-11063-mdc
Joseph Grasso                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP         Page 1 of 4           Date Rcvd: Jul 27, 2016
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2016.
db          +Joseph Grasso,   649 Dodds Lane,   Gladwyn, PA 19035-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2016 at the address(es) listed below:
     AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aapplebaum@saul.com, csantangelo@saul.com
     ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
     ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
     ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
     ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
     ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
     AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
     ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     ANDREW JAY FLAME    on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com
     ARSEN  KASHKASHIAN    on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
     ARSEN  KASHKASHIAN    on behalf of Plaintiff John  Larson kashlaw@aol.com
     ASHLEY B STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC astitzer@bayardlaw.com, bankserve@bayardlaw.com
     AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
     AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
     BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com
     BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM
     BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company bkile@grenenbirsic.com, mcupec@grenenbirsic.com
     BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company bkile@grenenbirsic.com, mcupec@grenenbirsic.com
     BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com
     BRIAN R. FITZGERALD    on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com, rfarren@klehr.com
     BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank bkeilson@gsbblaw.com
     CAMERON  KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com, RRich2@hunton.com
     CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
     CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com
     CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
     CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
     DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
     DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com

```
District/off: 0313-2          User: PaulP              Page 2 of 4         Date Rcvd: Jul 27, 2016
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com, pamedparalegal@comcast.net
      DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com, CBallasy@howlandhess.com
      DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC DMeakim@howlandhess.com, CBallasy@howlandhess.com
      DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
      DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
      DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
      EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
      EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
      EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC emiller@bayardlaw.com, lmorton@bayardlaw.com
      FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC frank.taney@taneylegal.com
      GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com
      GARY F SEITZ    on behalf of    Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com
      GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
      GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
      HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
      HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
      HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
      HARRY J. GIACOMETTI    on behalf of    Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
      HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
      HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
      HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
      HARRY J. GIACOMETTI    on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
      HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
      HOWARD  GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
      HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
      J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
      JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation jhaney@wongfleming.com
      JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc. JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
      JEFFREY   KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP Kurtzman@kurtzmansteady.com
      JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc. jvenzie@venzie.com
      JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP jcianciulli@weirpartners.com, creese@weirpartners.com
      JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
      JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com;discount@braverlaw.com
      JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
      JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc. jmcmahon@ciardilaw.com, mflores@ciardilaw.com,
      KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
      KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
      KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
      KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
      KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
      LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB lschwimmer@weirpartners.com, creese@weirpartners.com

```
District/off: 0313-2          User: PaulP              Page 3 of 4               Date Rcvd: Jul 27, 2016
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          LAWRENCE G. MCMICHAEL   on behalf of Attorney   Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
           com
          LAWRENCE G. MCMICHAEL   on behalf of Defendant   Paul J. Winterhalter, Esquire
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
           com
          LAWRENCE G. MCMICHAEL   on behalf of Defendant   Law Offices of Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
           com
          LEON R. BARSON   on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
          LORI K. SERRATELLI   on behalf of Creditor   Mid Penn Bank LSerratelli@ssbc-law.com,
           jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
          LUCIAN BORDERS MURLEY   on behalf of Creditor   Fox Chase Bank lmurley@saul.com, rwarren@saul.com
          MARISA MYERS COHEN   on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
          MARK D. PFEIFFER   on behalf of Creditor   GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
           2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
          MAURICE R. MITTS   on behalf of   Donna  Grasso mmitts@mittslaw.com, agary@mittslaw.com
          MICHAEL D. VAGNONI   on behalf of Creditor   Northeast Revenue Services, LLC
           michael.vagnoni@obermayer.com,
           michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com
          MICHAEL G. MENKOWITZ   on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          MICHAEL H. KALINER   mhkaliner@gmail.com
          MICHAEL JOSEPH JOYCE   on behalf of Defendant   Paragon Coffee Trading Co., L.P.
           mjoyce@crosslaw.com, smacdonald@crosslaw.com
          MICHAEL P. GIGLIOTTI   on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI   on behalf of Creditor John  Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI   on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI   on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. KELLY   on behalf of Defendant Jodie D. McCool mpkpc@aol.com
          MONIQUE BAIR DISABATINO   on behalf of Creditor   Fidelity National Title Insurance Company
           mdisabatino@saul.com
          MONIQUE BAIR DISABATINO   on behalf of Plaintiff   Fidelity National Title Insurance Company
           mdisabatino@saul.com
          PAMELA ELCHERT THURMOND   on behalf of Creditor   City Of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          PAUL BRINTON MASCHMEYER   on behalf of   MICHAEL H. KALINER pmaschmeyer@cmklaw.com,
           csilvano@cmklaw.com
          PAUL J. WINTERHALTER   on behalf of Defendant   Law Offices of Paul J. Winterhalter, P.C.
           pwinterhalter@pjw-law.com, rbarnhart@pjw-law.com
          PAUL J. WINTERHALTER   on behalf of Defendant Donna  Grasso pwinterhalter@pjw-law.com,
           rbarnhart@pjw-law.com
          PAUL J. WINTERHALTER   on behalf of Defendant Joseph  Grasso pwinterhalter@pjw-law.com,
           rbarnhart@pjw-law.com
          PAUL J. WINTERHALTER   on behalf of Defendant   Paul J. Winterhalter, Esquire
           pwinterhalter@pjw-law.com, rbarnhart@pjw-law.com
          REGINA STANGO KELBON   on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
          RICHARD G. PLACEY   on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com, plorenz@mmwr.com;
          ROBERT SZWAJKOS   on behalf of Mediator Robert  Szwajkos rsz@curtinheefner.com
          ROBERT H. HOLBER   on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
          ROBERT H. HOLBER   on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
           rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER   on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
          ROBERT L. SALDUTTI   on behalf of Creditor   Putnam Leasing Company rsaldutti@salduttticollect.com,
           lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
          ROGER GALE JONES   on behalf of Plaintiff   Madison Capital Company, LLC RJones@babc.com
          ROGER GALE JONES   on behalf of Creditor   Madison Capital Company, LLC RJones@babc.com
          RONALD S. GELLERT   on behalf of Interested Party   CIBC, Inc. rgellert@gsbblaw.com
          SARAH SCHINDLER-WILLIAMS   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           SCHINDLERWILLIAMSS@BallardSpahr.com
          STEVEN D. USDIN   on behalf of   Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of   Christine  Shubert, Chapter 7 Trustee
           steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Accountant   Bederson & Company LLP
           steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com

```
District/off: 0313-2          User: PaulP              Page 4 of 4              Date Rcvd: Jul 27, 2016
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
         STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
         Terry P. Dershaw    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
         VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE marriott@ballardspahr.com
         WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                                                                                                               TOTAL: 124

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| JOSEPH GRASSO, ) | |
| ) | Case No. 12-11063 (MDC) |
| Debtor. ) | |
| ) | |
| _____ ) | |

**ORDER AUTHORIZING THE SALE OF VEHICLES FREE AND CLEAR OF
ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**

AND NOW, this 26th day of July, 2016, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, (the "Trustee") for the entry of an order pursuant to 11 U.S.C. §§ 105 and 363 authorizing the sale of certain Vehicles, free and clear of all liens, claims, encumbrances and interests (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. Sections 157(b)(2) and 1334; and consideration of the Motion, the relief requested therein, and the responses thereto, if any, being a core proceeding in accordance with 28 U.S.C. Section 157(b); and after proper notice and a hearing; and for good cause shown, it is hereby ORDERED as follows:

1. The Motion is granted in its entirety.

2. The Trustee shall be, and hereby is, authorized, empowered, and directed, pursuant to Sections 105 and 363(b) of the Bankruptcy Code, to transfer all of her and/or the Estate's right, title and interest in and to the Vehicles to D. Boss Salvage, or its nominee, (the

"Purchaser")[1] for consideration of the purchase price of $3,000.00, free and clear of any and all liens, claims, encumbrances and interests.

3. All parties who have been served with Notice of the Motion and have not objected to the transfer of the Vehicles to the Purchaser shall be deemed to have consented thereto, and shall be barred, estopped and enjoined from taking any action of any kind against the Purchaser or the Vehicles pursuant to this Order within the meaning of 11 U.S.C. §363(f)(2).

4. The Purchaser is a good faith purchaser and entitled to protections of 11 U.S.C. §363(m).

5. The Trustee and the Purchaser are authorized and empowered to take all actions and execute and deliver any and all documents and instruments that either the Trustee or the Purchaser deem necessary or appropriate to implement and effectuate the terms of this Order.

6. Notwithstanding Bankruptcy Rules 6004(g) and 6006(d), this Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing.

7. This Court shall retain exclusive jurisdiction to enforce the provisions of this Order and any matters directly related hereto.

BY THE COURT:

_Magdeline D. C_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] Terms not otherwise defined herein shall have the meanings given to them in the Motion.

-2-

5752773 v1