IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOSEPH GRASSO, | : |
| JOSEPH GRASSO, et al., Appellants, | : CIVIL ACTION NO. 15-5424 |
| v. | : BANKRUPTCY NO. 12-11063 |
| CHRISTINE C. SHUBERT, Chapter 7 Trustee for the Estate of Joseph Grasso, et al., Appellees. | : FILED JUL 26 2016 |

## ORDER

AND NOW, this 26th day of July 2016, upon consideration of the briefs and the record on appeal, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that that the Order of the Bankruptcy Court dated September 15, 2015 is **AFFIRMED**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.

ENTERED
JUL 27 2016
CLERK OF COURT