UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re ) | | CHAPTER 7 |
| ) | | |
| JOSEPH GRASSO ) | | Case No. 12-11063 (MDC) |
| ) | | |
| Debtor. ) | | |

### ORDER

AND NOW, this **11th** day of **August**, 2016, upon consideration of the SEVENTH Interim Application of Bederson LLP for Compensation Accountants Services Rendered as Accountants for Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of Expenses for the period October 5, 2015 through March 21, 2016, and after notice and an opportunity for hearing, it is

ORDERED that Bederson LLP, as accountants for the Chapter 7 Trustee, is hereby allowed the sum of $**27,870.50** as compensation for accounting fees and the sum of $**844.44** for reimbursement of expenses for the period of October 5, 2015 through March 21, 2016, and it is further

ORDERED, that the Chapter 7 Trustee is authorized to distribute to Bederson LLP, in her discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C. §330(a)(5), any compensation received by Bederson LLP, shall be subject to disgorgement to the

extent required to achieve a pro rata distribution among claimants with the same priority.

BY THE COURT:

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Harry J. Giacometti, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg P.C.
1600 John F. Kennedy Blvd., 2nd Floor
Philadelphia, PA 19103

Christine Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Charles N. Persing, Partner
CPA/CFF, CIRA, CFE, CVA
Bederson LLP
347 Mt. Pleasant Avenue, Suite 200
West Orange, New Jersey 07052

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107-4405

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035