United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-11063-mdc
Joseph Grasso                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 4              Date Rcvd: Aug 11, 2016
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2016.
db           +Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514
acc          ++BEDERSON LLP,    347 MT PLEASANT AVENUE SUITE 200,    WEST ORANGE NJ 07052-2749
              (address filed with court:  Bederson & Company LLP,    405 Northfield Avenue,
              c/o Charles N. Persing,    West Orange, NJ  07052)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2016                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2016 at the address(es) listed below:
          AARON S APPLEBAUM   on behalf of Creditor   The Sherwin Williams Company aapplebaum@saul.com,
          csantangelo@saul.com
          ALAN I. MOLDOFF   on behalf of Interested Party   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF   on behalf of Defendant   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF   on behalf of Creditor   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN L. FRANK   on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
          ALAN L. FRANK   on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
          AMY E. VULPIO   on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
          ANDREW F GORNALL   on behalf of Creditor   GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          ANDREW JAY FLAME   on behalf of Accountant   Bederson & Company, LLP andrew.flame@dbr.com
          ARSEN  KASHKASHIAN   on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
          ARSEN  KASHKASHIAN   on behalf of Plaintiff John  Larson kashlaw@aol.com
          ASHLEY B STITZER   on behalf of Interested Party   Partnership Liquidity Investors, LLC
          astitzer@bayardlaw.com,  bankserve@bayardlaw.com
          AUSTIN L MCMULLEN   on behalf of Plaintiff   Madison Capital Company, LLC AMcMullen@babc.com
          AUSTIN L MCMULLEN   on behalf of Creditor   Madison Capital Company, LLC AMcMullen@babc.com
          BONNIE R. GOLUB   on behalf of Creditor   Wilmington Savings Fund Society, FSB
          bgolub@weirpartners.com,  imarciniszyn@weirpartners.com
          BRIAN H. SMITH   on behalf of Creditor   Wells Fargo Bank BHS@JSDC.COM
          BRIAN M. KILE   on behalf of Plaintiff   NexTier Bank, N.A. d/b/a Radnor Trust Company
          bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
          BRIAN M. KILE   on behalf of Defendant   NexTier Bank, N.A. d/b/a Radnor Trust Company
          bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
          BRIAN M. KILE   on behalf of Creditor   NexTier Bank bkile@grenenbirsic.com,
          mcupec@grenenbirsic.com
          BRIAN R. FITZGERALD   on behalf of Interested Party   Grasso Holdings bfitzgerald@klehr.com,
          rfarren@klehr.com
          BRYA M KEILSON   on behalf of Interested Party   The Bancorp Bank bkeilson@gsbblaw.com
          CAMERON  KINVIG   on behalf of Defendant   Excelco Trading, LP ckinvig@hunton.com,
          RRich2@hunton.com
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
          CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
          J100@ecfcbis.com
          CHRISTOPHER J. MCDONALD   on behalf of Creditor   Wells Fargo Bank lstarkman@lammrubenstone.com
          CHRISTOPHER R. MOMJIAN   on behalf of Creditor   PA Dept of Revenue crmomjian@attorneygeneral.gov

District/off: 0313-2          User: PaulP              Page 2 of 4              Date Rcvd: Aug 11, 2016
                             Form ID: pdf900           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              DAMIEN NICHOLAS TANCREDI   on behalf of Trustee CHRISTINE C. SHUBERT
              Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
              DAVID L. BRAVERMAN   on behalf of Creditor   Braverman Kaskey, P.C. dbraver@braverlaw.com,
              dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
              verlaw.com
              DAVID M. SHAFKOWITZ   on behalf of Creditor   15th and Sansom, L.P. dms@shafkowitzlaw.com,
              pamedparalegal@comcast.net
              DENNIS R. MEAKIM   on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
              CBallasy@howlandhess.com
              DENNIS R. MEAKIM   on behalf of Defendant   Bucks County Beverage Company, LLC
              DMeakim@howlandhess.com,  CBallasy@howlandhess.com
              DEREK J. BAKER   on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
              DIMITRI L. KARAPELOU   on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
              dkarapelou@karapeloulaw.com
              DIMITRI L. KARAPELOU   on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
              dkarapelou@karapeloulaw.com
              EDWARD J. HAYES   on behalf of Creditor   Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
              EDWARD J. HAYES   on behalf of Defendant   Origins Holding Company, LLC ehayes@foxrothschild.com
              EVAN THOMAS MILLER   on behalf of Interested Party   Partnership Liquidity Investors, LLC
              emiller@bayardlaw.com,  lmorton@bayardlaw.com
              FRANCIS X. TANEY   on behalf of Defendant   Volcafe Specialty Coffee LLC
              frank.taney@taneylegal.com
              GARY DAVID BRESSLER   on behalf of Plaintiff   The Sherwin Williams Company
              gbressler@mdmc-law.com,
              kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com
              GARY F SEITZ   on behalf of Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com
              GEORGE M. CONWAY   on behalf of   United States Trustee george.m.conway@usdoj.gov
              GRETCHEN M SANTAMOUR   on behalf of Creditor   VIST Bank gsantamour@stradley.com
              HARRY J. GIACOMETTI   on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
              harry.giacometti@flastergreenberg.com,  harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI   on behalf of Plaintiff Christine C. Shubert
              harry.giacometti@flastergreenberg.com,  harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI   on behalf of Interested Party   Flaster/Greenberg P.C.
              harry.giacometti@flastergreenberg.com,  harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI   on behalf of  Christine  Shubert, Chapter 7 Trustee
              harry.giacometti@flastergreenberg.com,  harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI   on behalf of Plaintiff CHRISTINE C. SHUBERT
              harry.giacometti@flastergreenberg.com,  harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI   on behalf of Trustee CHRISTINE C. SHUBERT
              harry.giacometti@flastergreenberg.com,  harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI   on behalf of   Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
              harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI   on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com,
              harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI   on behalf of Plaintiff Christine  Shubert
              harry.giacometti@flastergreenberg.com,  harry.giacometti@ecf.inforuptcy.com
              HOWARD  GERSHMAN   on behalf of Defendant   Russell Law Group hg229ecf@gmail.com,
              229ecf@glpoc.comcastbiz.net
              HUGH J. WARD   on behalf of U.S. Trustee   United States Trustee hugh.j.ward@usdoj.gov
              J. TIMOTHY ARNDT, III   on behalf of Creditor   Stonebridge Bank tarndt@lcslaw.com
              JAMES KEVIN HANEY   on behalf of Creditor   General Electric Capital Corporation
              jhaney@wongfleming.com
              JARRET P. HITCHINGS   on behalf of Creditor   Hill International, Inc.
              JPHitchings@duanemorris.com,  AutoDocketWILM@duanemorris.com
              JEFFREY  KURTZMAN   on behalf of Creditor   15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN   on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN   on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN   on behalf of Creditor   730 East Elm Associates, LP
              Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN   on behalf of Interested Party   Grasso Holdings Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN   on behalf of Defendant   15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN   on behalf of Creditor   Spring Ridge Associates, LP
              Kurtzman@kurtzmansteady.com
              JEFFREY C. VENZIE   on behalf of Creditor   Sunlight Electrical Contracting Co., Inc.
              jvenzie@venzie.com
              JEFFREY S. CIANCIULLI   on behalf of Accountant   Bederson & Company LLP
              jcianciulli@weirpartners.com,  creese@weirpartners.com
              JEFFREY T GROSSMAN   on behalf of Creditor   Madison Capital Company, LLC
              jgrossman@grossmanfirm.com,  jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
              JOHN E. KASKEY   on behalf of Creditor   Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
              dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com;discount@brav
              erlaw.com
              JOHN K. FIORILLO   on behalf of Creditor   Royal Bank America Jfiorillo@UTBF.com
              JOSEPH J. MCMAHON, Jr.   on behalf of Creditor   Rewards Network Establishing Services, Inc.
              jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
              KEVIN P. CALLAHAN   on behalf of   United states trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN   on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN   on behalf of   United States Trustee kevin.p.callahan@usdoj.gov

District/off: 0313-2          User: PaulP            Page 3 of 4              Date Rcvd: Aug 11, 2016
                             Form ID: pdf900         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
              KRISTEN WETZEL LADD   on behalf of Creditor   Royal Bank America kladd@utbf.com
              LAUREN N. SCHWIMMER   on behalf of Creditor   Wilmington Savings Fund Society, FSB
               lschwimmer@weirpartners.com,   creese@weirpartners.com
              LAWRENCE G. MCMICHAEL   on behalf of Attorney   Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
               com
              LAWRENCE G. MCMICHAEL   on behalf of Defendant   Paul J. Winterhalter, Esquire
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
               com
              LAWRENCE G. MCMICHAEL   on behalf of Defendant   Law Offices of Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
               com
              LEON R. BARSON   on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
              LORI K. SERRATELLI   on behalf of Creditor   Mid Penn Bank LSerratelli@ssbc-law.com,
               jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
              LUCIAN BORDERS MURLEY   on behalf of Creditor   Fox Chase Bank lmurley@saul.com,   rwarren@saul.com
              MARISA MYERS COHEN   on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
              MARK D. PFEIFFER   on behalf of Creditor   GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
               2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com,   donna.curcio@bipc.com
              MAURICE R. MITTS   on behalf of   Donna   Grasso mmitts@mittslaw.com,   agary@mittslaw.com
              MICHAEL D. VAGNONI   on behalf of Creditor   Northeast Revenue Services, LLC
               michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com
              MICHAEL G. MENKOWITZ   on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              MICHAEL H. KALINER   mhkaliner@gmail.com
              MICHAEL JOSEPH JOYCE   on behalf of Defendant   Paragon Coffee Trading Co., L.P.
               mjoyce@crosslaw.com,   smacdonald@crosslaw.com
              MICHAEL P. GIGLIOTTI   on behalf of Creditor Greg   Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. GIGLIOTTI   on behalf of Creditor John   Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. GIGLIOTTI   on behalf of Plaintiff Greg   Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. GIGLIOTTI   on behalf of Plaintiff John   Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. KELLY   on behalf of Defendant Jodie D. McCool mpkpc@aol.com
              MONIQUE BAIR DISABATINO   on behalf of Creditor   Fidelity National Title Insurance Company
               mdisabatino@saul.com
              MONIQUE BAIR DISABATINO   on behalf of Plaintiff   Fidelity National Title Insurance Company
               mdisabatino@saul.com
              PAMELA ELCHERT THURMOND   on behalf of Creditor   City Of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              PAUL BRINTON MASCHMEYER   on behalf of   MICHAEL H. KALINER pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              PAUL J. WINTERHALTER   on behalf of Defendant   Law Offices of Paul J. Winterhalter, P.C.
               pwinterhalter@pjw-law.com,   rbarnhart@pjw-law.com
              PAUL J. WINTERHALTER   on behalf of Defendant Donna   Grasso pwinterhalter@pjw-law.com,
               rbarnhart@pjw-law.com
              PAUL J. WINTERHALTER   on behalf of Defendant Joseph   Grasso pwinterhalter@pjw-law.com,
               rbarnhart@pjw-law.com
              PAUL J. WINTERHALTER   on behalf of Defendant   Paul J. Winterhalter, Esquire
               pwinterhalter@pjw-law.com,   rbarnhart@pjw-law.com
              REGINA STANGO KELBON   on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
              RICHARD G. PLACEY   on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com,   plorenz@mmwr.com;
              ROBERT SZWAJKOS   on behalf of Mediator Robert   Szwajkos rsz@curtinheefner.com
              ROBERT H. HOLBER   on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
              ROBERT H. HOLBER   on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER   on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT L. SALDUTTI   on behalf of Creditor   Putnam Leasing Company rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              ROGER GALE JONES   on behalf of Plaintiff   Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES   on behalf of Creditor   Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT   on behalf of Interested Party   CIBC, Inc. rgellert@gsbblaw.com
              SARAH SCHINDLER-WILLIAMS   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN   on behalf of   Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN   on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN   on behalf of   Christine   Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com,   steven.usdin@ecf.inforuptcy.com

District/off: 0313-2          User: PaulP               Page 4 of 4              Date Rcvd: Aug 11, 2016
                             Form ID: pdf900           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
             steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
           STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
             steven.usdin@ecf.inforuptcy.com
           STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
             steven.usdin@ecf.inforuptcy.com
           STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
           Terry P. Dershaw    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
           VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
             marriott@ballardspahr.com
           WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                              TOTAL: 124

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                              )        CHAPTER  7
                                                   )
            JOSEPH GRASSO                           )        Case No. 12-11063 (MDC)
                                                   )
            Debtor.                                )
                                                   )
_____                    )

## ORDER

AND NOW, this ___11th___ day of ___August___, 2016, upon consideration of the

SEVENTH Interim Application of Bederson LLP for Compensation Accountants Services

Rendered as Accountants for Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of

Expenses for the period October 5, 2015 through March 21, 2016, and after notice and an

opportunity for hearing, it is

ORDERED that Bederson LLP, as accountants for the Chapter 7 Trustee, is hereby

allowed the sum of $___27,870.50___ as compensation for accounting fees and the sum of

$___844.44___ for reimbursement of expenses for the period of October 5, 2015 through March

21, 2016, and it is further

ORDERED, that the Chapter 7 Trustee is authorized to distribute to Bederson LLP, in her

discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C.

§330(a)(5), any compensation received by Bederson LLP, shall be subject to disgorgement to the

extent required to achieve a pro rata distribution among claimants with the same priority.

BY THE COURT:

*Magdeline D. Coleman*

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Harry J. Giacometti, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg P.C.
1600 John F. Kennedy Blvd., 2nd Floor
Philadelphia, PA 19103

Christine Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Charles N. Persing, Partner
CPA/CFF, CIRA, CFE, CVA
Bederson LLP
347 Mt. Pleasant Avenue, Suite 200
West Orange, New Jersey 07052

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107-4405

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035