UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> JOSEPH GRASSO <br><br> Debtor. | Chapter 7 <br><br> Case No.: 12-11063 (MDC) <br><br> Hearing Date and Time: <br> September 27, 2016 at 11:00 a.m. |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Christine C. Shubert, Chapter 7 Trustee for the estate of Joseph Grasso, has filed a Fourth Motion for authority to make payment of post-petition taxes to the Internal Revenue Service and Commonwealth of Pennsylvania (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.　If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before September 13, 2016, you or your attorney must do all of the following:

　　(a)　file an answer explaining your position at:

　　　Clerk
　　　United States Bankruptcy Court
　　　900 Market Street, 4th Floor
　　　Philadelphia, Pennsylvania 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　(b)　mail a copy to the Trustee's attorney:

　　　Harry J. Giacometti, Esquire
　　　FLASTER/GREENBERG, P.C.
　　　1600 John F. Kennedy Blvd., 2nd Floor
　　　Philadelphia, PA 19103
　　　(215) 279-9393 Phone
　　　(215) 279-9394 Fax

2.　If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

1

5879920 v1

3.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4.  A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **September 27, 2016,** at 11:00 a.m. in Courtroom 2, United Stated Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.

5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: August 30, 2016                **FLASTER/GREENBERG, P.C.**

By:  /s/ *Harry J. Giacometti*
Harry J. Giacometti, Esquire
Steven D. Usdin, Esquire
Four Penn Center, 2nd Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
*Counsel for the Chapter 7 Trustee*

5879920 v1