# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| JOSEPH GRASSO, ) | |
| ) | Case No. 12-11063 (MDC) |
| Debtor. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of August 2016, true and correct copies of the Fourth Motion of Christine C. Shubert, Chapter 7 Trustee for Authority to Make Payments to Taxing Authorities (the "Motion") and the Notice of Motion were served via first class mail, postage prepaid upon the parties on the attached service list.

**FLASTER/GREENBERG, P.C.**

Dated: August 30, 2016    By:    /s/Harry J. Giacometti
Harry J. Giacometti, Esquire
Four Penn Center, 2nd Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
Phone (215) 279-9393
*Counsel for the Chapter 7 Trustee*

5879678 v1

Label Matrix for local noticing
0313-2
Case 12-11063-mdc
Eastern District of Pennsylvania
Philadelphia
Mon Feb  2 14:21:18 EST 2015

15th and Sansom, L.P.
30 S. 15th Street
Philadelphia, PA 19102-4826

730 East Elm Associates, LP
c/o Jeffrey Kurtzman, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103-2945

Asterion, Inc.
c/o Stephen J. Scherf
215 S. Broad Street, 3rd
Phiiadelphia, PA 19107-5315

Barry S. Slosberg, Inc.
2501 East Ontario Street
Philadelphia, PA 19134-5327

(p)BEDERSON LLP
347 MT PLEASANT AVENUE SUITE 200
WEST ORANGE NJ 07052-2749

Braverman Kaskey, P.C.
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, PA 19103-7301

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

City Of Philadelphia
Law Revenue Departments
Aaron Shotland, Esq.
1401 JFK Blvd., 5th Floor
Municipal Services Building
Philadelphia, PA 19102-1601

(p)CITY OF PHILA SCHOOL DISTRICT OF PHILA
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

Dilworth Paxson LLP
Centre Square
1500 Market Street
Suite 3500E
Philadelphia, PA 19102-2101

Flaster/Greenberg, PC
c/o Harry J. Giacometti
4 Penn Center, 2nd Floor
1600 JFK Blvd
Philadelphia, PA 19103-2852

Fox Chase Bank
c/o Saul Ewing LLP
Attn: Joshua W.B. Richards, Esq.
1500 Market St., 38th Fl.
Philadelphia, PA 19102-2184

GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a
c/o Mark Pfeiffer, Esquire
Buchanan Ingersoll & Rooney PC
50 S. 16th St., Ste. 3200
Philadelphia, PA 19102-2555

GE Capital Retail Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Grasso Holdings
Grasso Holdings
30 South 15th Street
Philadelphia, PA 19102-4804

(p)GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154

Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103-6910

Hill International, Inc.
c/o Duane Morris LLP
1940 Route 70 East
Suite 200
Cherry Hill, NJ 08003-2141

Madison Capital Company, LLC
5619 DTC Parkway
Suite 800
Greenwood Village, CO 80111-3139

Mastroieni & Associates, Inc.
6198 Butler Pike, Ste 151
Blue Bell, PA 19422-2600

Mid Penn Bank
349 Union Street
Millersburg, PA 17061-1654

PA Dept of Revenue
c/o Denise A. Kuhn
21 S. 12 th Street
3rd floor
Philadelphia, PA 19107-3604

Paul J. Winterhalter, P.C.
1717 Arch Street
Suite 4110
Philadelphia, PA 19103-2839

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Putnam Leasing Company
c/o Saldutti, LLC
Robert L. Saldutti, Esquire
800 N Kings Highway
Suite 300
Cherry Hill, NJ 08034-1511

Rewards Network Establishing Services, Inc.
c/o Ciardi Ciardi & Astin
One Commerce Square
2005 Market Street
Suite 1930
Philadelphia, PA 19103-7011

Royal Bank America
1230 Walnut Street
Philadelphia, PA 19107-5466

SIegle Business Real Estate Corp.
c/o Bernie Siegel
101 8th Ave., Suite 301
Conshohocken, PA 19428

Singer Equipment Company Inc
150 South Twin Valley Road
Elverson, PA 19520-9387

Star Real Estate Group, Inc.
c/o Richard Astrella
510 Walnut Street
Suite 100
Philadelphia, PA 19106-3623

The Sherwin Williams Company
c/o Jeffrey Baddeley, Esquire
1660 W. 2d Street
Suite 1100
Cleveland, OH 44113-1448

Wilmington Savings Fund Society, FSB
c/o Bonnie R. Golub, Esquire
Weir & Partners LLP
1339 Chestnut Street
Suite 500
Philadelphia, PA 19107-3501

Advanceme, Inc.
2015 Vaugh Road, Suite 500
Kennesaw, GA 30144-7831

Avalon Breezes Plaza Condominium
Unit Property Owners
c/o Andrew J. Karcich, Esquire
1020 Laurel Oak Road, Suite 100
Voorhees, NJ 08043-3518

Bank of America, N.A.
P.O. Box 660933
Dallas, Texas 75266-0933

CHRISTINE C. SHUBERT, Chapter 11 Trustee
c/o STEVEN D. USDIN
4 Penn Center
1600 JFK Boulevard, 2nd Floor
Philadelphia, PA 19103-2813

Commonwealth of Pennsylvania
Department of Revenue
Bankruptcy Review Section
PO Box 280946
Harrisburg, PA 17128-0946

DAS Architects
c/o Melissa Simola, Esquire
1100 E. Hector Street, Suite 425
Conshohocken, PA 19428-2353

Douglas Fabshultz
4572 Seaboard Lane
Ft. Collins, CO 80525-4863

Stonebridge Bank
c/o J. Timothy Arndt III, Esquire
Lachall, Cohen & Sagnor
144 West Market Street
West Chester, PA 19382-2902

U.S. Attorney Office
c/o Virginia Powel, Esq.
Room 1250
615 Chestnut Street
Philadelphia, PA 19106-4404

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
TUCSON, AZ 85712-1083

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Bancorp Bank
1818 Market Street
28th Floor
Philadelphia, PA 19103-3629

Braverman Kaskey PC
Attn: John E. Kaskey
1650 Market Street
56th Floor
Philadelphia, PA 19103-7337

CIBC, Inc.
c/o Morrison & Foerster, LLP
Adam A. Lewis, Esq.
425 Market Street
San Francisco, CA 94105-2467

Commonwealth of Pennsylvania
Dept. of Labor & Industry
444 N. Third Street, Suite 200
Philadelphia, PA 19123-4141

DDP Roofing
c/o Cohen Seglias et al.
30 S. 17th Street, 19th Floor
Philadelphia, PA 19103-4010

Excelco Trading, LP
Attn: Doug Craner
17 Battery Place, Suite #1010
New York, New York 10004-1171

Sunlight Electrical Contracting Co., Inc.
499 York Road
Warminster, PA 18974-4538

Wells Fargo Bank
123 N Wacker Drive
Suite 1900
Chicago, IL 60606-1735

Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107-4233

Austin L. McMullen
Bradley Arant Boult Cummings, LLP
1600 Division St., Ste 700
Nashville, TN 37203-2771

Bank of America, N.A.
100 N. Tryon Street
Charlotte, NC 28255-0001

Braverman Kaskey, P.C.
One Liberty Place, 56th Floor
Philadelphia, PA 19103-7337

City of Philadelphia
Department of Revenue
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102-1697

Commonwealth of Pennsylvania Department of R
PO Box 280946
Bankruptcy Division
Harrisburg, PA 17128-0496

David Grasso
c/o William A. Harvey, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103-2945

Excelco Trading, LP
c/o Hunton & Williams LLP
Attn: Robert A. Rich, Esq.
200 Park Avenue, 53rd Floor
New York, New York 10166-0091

Fidelity National Title Insurance Company
Monique Bar DiSabatino
Saul Ewing LLP
Centre Square West
1500 Marke Street 38th Floor
Philadelphia Pa 19102-2128

Fox Chase Bank
Attn: Ralph K. Brown, V.P.
510 Township Line Road
Blue Bell, PA 19422-2721

GE Capital Corp.
c/o Wong Fleming
1515 Market St., Suite 820
Philadelphia, PA 19102-1908

Grasso Holdings
c/o JEFFREY KURTZMAN
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103-2945

HSBC Bank Nevada, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

John D. Larson
10765 Clock Tower Drive
Countryside, IL 60525-3150

MEPT Arch, LLC
c/o James Greenberg, Esquire
Duane Morris, L.P.
1940 Route 70 East, Suite 200
Cherry Hill, NJ 08003-2171

Marshall J. Katz
3625 Indian Wells Lane
Northbrook, IL 60062-3103

Mid Penn Bank
5500 Allentown Blvd
Harrisburg, PA 17112-4037

NexTier Bank
c/o Brian M. Kile, Esquire
Grenen & Birsic, P.C.
One Gateway Center, Ninth Floor
Pittsburgh, PA 15222

Flaster/Greenberg, P.C.
c/o Christin E. Deacon, Esquire
Four Penn Center
1600 JFK Blvd., 2nd Floor
Phila., PA 19103-2852

GCCFC 2007-GG11 Sanatoga Retail Ltd Partners
c/o Mark Pfeiffer, Esquire
Buchanan Ingersoll & Rooney PC
50 S. 16th St., Ste. 3200
Philadelphia, PA 19102-2555

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Green Tree Servicing LLC
PO BOX 0049
Palantine, IL 60055-0049

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

John Dunfee
534 Hawarden Road
Springfield, PA 19064-2623

MICHAEL H. KALINER
c/o PAUL BRINTON MASCHMEYER
Maschmeyer Karalis P.C.
1900 Spruce Street
Philadelphia, PA 19103-6697

Marshall J. Katz
c/o Dimitri L. Karapelou, Esquire
Law Offices of Dimitri L. Karapelou,LLC
1500 JFK Blvd., Ste 920
Philadelphia, PA 19102-1742

Mitts Milavec, LLC
1822 Spruce St.
Philadelphia, PA 19103-6603

(p)NEXTIER BANK
SPECIAL ASSETS
245 PITTSBURGH RD
BUTLER PA 16001-3883

Fox Chase Bank
510 Township Line Road
Blue Bell, PA 19422-2721

GCCFC 2007-GG9 Mall Office Limited P'sh
c/o LNR Partners LLC, Attn Ed Birsic
1601 Washington Ave Suite 800
Miami Beach, FL 33139-3165

Gary Fabschutz
Irene Fabschutz
4572 Seaboard Lane
Ft. Collins, CO 80525-4863

Greg Bayer
50 Highland Road
Burr Ridge, IL 60527-7029

Jerry Ehrlich
c/o Brian J. Smith, Esquire
607 Easton Rd., Suite B-1
Willow Grove, PA 19090

MB Bank
6111 North River Road
Rosemont, IL 60018-5111

Madison Capital Company, LLC
c/o Roger Jones
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
Nashville, TN 37203-2771

McDevitt, et al.
c/o Andrew Karcich, Esquire
1020 Laurel Oak Rd., Suite 100
Vorhees, NJ 08043-3518

Montgomery County Tax Claim Bureau
c/o Northeast Revenue Service, LLC
One Montgomery Plaza, Suite 610
Norristown, PA 19401-4855

Norris Hills Associates, L.P.
600 Old Elm Street
Conshohocken, PA 19428-1013

| | | |
|---|---|---|
| Origin Capital Debt Fund I, LLC<br>1122 N. LaSalle Street<br>Chicago, IL 60610-2602 | Origin Capital Debt Fund I, LLC<br>300 W. Adams Street<br>Suite 804<br>Chicago, IL 60606-5109 | P.O. Box 563966<br>Charlotte, NC 28256-3966 |
| P.O. Box 563966<br>Charlotte, NC 28256-3966<br>Wilmington Savings Fund Society<br>500 Delaware Avenue<br>Wilmington, DE 19801-7405 | Plexus Capital<br>200 Providence Road, Suite 210<br>Charlotte, NC 28207-1437 | |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rewards Network Estab. Services, Inc.<br>1528 Walnut Street, Suite 1225<br>Philadelphia, PA 19102-3620 | Rewards Network Establishment Services Inc.<br>c/o Isaac M. Gabriel<br>Quarles & Brady LLP<br>2 N. Central Avenue<br>Phoenix, AZ 85004-2391 |
| Royal Bank America<br>732 Montgomery Avenue<br>Narberth, PA 19072-2090 | Sam Stone<br>c/o Brian J. Smith, Esq.<br>Brian J. Smith & Associates, PC<br>607 Easton Road, Ste. B-1<br>Willow Grove, PA 19090-2536 | Segal McCambridge Singer<br>233 S. Wacher Drive, Suite 5500<br>Chicago, IL 60606-6366 |
| Sherman Williams Company<br>101 Prospect Avenue, NW<br>Cleveland, OH 44115-1075 | Simon Fabschutz<br>4572 Seaboard Lane<br>Ft. Collins, CO 80525-4863 | Stonebridge Bank<br>624 Willowbrook Lane<br>West Chester, PA 19382-5554 |
| Sunlight Electrical Contr. Co., Inc.<br>499 York Road<br>Warminster, PA 18974-4538 | T.D. Bank, N.A.<br>1701 Route 70 East<br>Cherry Hill, NJ 08003-2335 | T.D. Bank, N.A.<br>1701 Route 70 East<br>Cherry Hill, NJ 08034<br>Thomas Mackin<br>4910 Martha Lane<br>Swenksville, PA 19473-2042 |
| TD Bank, N.A.<br>c/o Michael Rovinsky<br>1701 Rte. 70 East<br>Cherry Hill, NJ 08034 | Terry P. Dershaw, Ch 7 Trustee of Garrett Mi<br>c/o Gary F. Seitz, Esquire<br>Gellert Scali Busenkell & Brown LLC<br>The Curtis Center<br>601 Walnut Street, Suite 280 South<br>Phialdelphia, PA 19106-3323 | The Bancorp Bank<br>c/o Gary M. Schildhorn, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>50 S. 16th Street, 22nd Floor<br>Philadelphia, PA 19102-2523 |
| The Sherwin-Williams Company<br>Attn: Shane R. Carpenter/Tax Dept.<br>101 Prospect Avenue NW<br>1220 Guildhall<br>Cleveland, OH 44115-1039 | Thomas Mackin<br>4910 Martha Lane<br>Schwenksville, PA 19473-2042 | Thomas Mackin<br>4910 Martha Lane<br>Swenksville, PA 19473-2042 |
| U. S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 | U.S. Bank National Association as Trustee<br>c/o CW Capital Asset Managment<br>7501 Wisconsin Ave Suite 500 West<br>Bethesda, MD 20814-6519 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 |
| United States Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 | United States Trustee<br>833 Chestnut Street Room 500<br>Philadelphia, PA 19107-4405 | VIST Bank<br>c/o Steven J. White, Esquire<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7018 |

VIST Financial Corporation
1240 Broadcasting Road
Wyomissing, PA 19610-3203

William A. Harvey, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103-2945

William Bostic
100 West Elm Street
Conshohocken PA 19428-2041

Wilmington Savings Fund Society
500 Delaware Avenue
Wilmington, DE 19801-7405

Yale Electric Supply Company
PO Box 8500
Philadelphia, PA 19178-8500

Alan L. Frank
135 Old York Road
Jenkintown, PA 19046-3617

CHRISTINE C. SHUBERT
821 Wesley Avenue
Ocean City, NJ 08226

David Grasso
c/o Jeffrey Kurtzman, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103-2945

John Larson
50 Highland Road
Burr Ridge, IL 60527-7029

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035-1514

MICHAEL H. KALINER
Adelstein & Kaliner, LLC
350 S. Main Street
Suite 105
Doylestown, PA 18901-4872

ROBERT A. KARGEN
White & Williams, LLP
1650 Market Street
Suite 1800
Philadelphia, PA 19103-7304

Robert Szwajkos
Curtin & Heener, LLP
250 North Pennsylvania Avenue
Morrisville, PA 19067-1104

Robert H. Holber
41 East Front Street
Media, PA 19063-2911

Stonebridge Bank c/o Kimberly Stack
624 Willowbrook Lane
West Chester, PA 19382-5554

Terry P. Dershaw
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

John Larson and Greg Bayer
55 Highland Road
Willowbrook, IL 60527

John Lindinger
Internal Revenue Service
600 Arch Street, Room 5200
Philadelphia, PA 19106

Christopher R. Momjian
Senior Deputy Attorney General
PA Office of Attorney General
21 South 12th Street
Philadelphia, PA 19107

Pamela Elchert Thurmond
Asst City Solicitor
City of Philadelphia, Law
Dept., Major Tax Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102-1595