IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOSEPH GRASSO, | : |
| JOSEPH GRASSO, et al.,<br>　　Appellants, | :<br>: CIVIL ACTION NO. 15-5424 |
| v. | : BANKRUPTCY NO. 12-11063 |
| CHRISTINE C. SHUBERT, Chapter<br>7 Trustee for the Estate of Joseph Grasso,<br>et al.,<br>　　Appellees. | :<br>:  FILED JUL 26 2016<br>: |

## ORDER

**AND NOW,** this 26th day of July 2016, upon consideration of the briefs and the record on appeal, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that that the Order of the Bankruptcy Court dated September 15, 2015 is **AFFIRMED.** The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**