# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| JOSEPH GRASSO, | : | Case No. 12-11063 (MDC) |
| | : | |
| Debtor. | : | **Re: Docket No. 1739** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

1. The Fourth Motion of Christine C. Shubert, Chapter 7 Trustee for Authority to Make Payments to Taxing Authorities (the "Motion") was filed on August 30, 2016.

2. The Motion and Notice of Motion, Response Deadline, and Hearing Date [Docket No. 1740] were sent to all parties entitled to notice, as reflected in the Certificate of Service filed at Docket No. 1741.

3. As of the date hereof, undersigned counsel has not received any responses to the Motion. A review of the docket in this case reflects that no responses have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter the Order attached to the Motion.

FLASTER/GREENBERG P.C.

Dated: September 14, 2016    By: /s/ *Harry J. Giacometti*
Harry J. Giacometti, Esquire
Four Penn Center
1600 J.F.K. Blvd., 2nd Floor
Philadelphia, PA 19103

Counsel for the Chapter 7 Trustee

5898607 v1