# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>JOSEPH GRASSO<br><br>Debtor. | Chapter 7<br><br>Case No. 12-11063 (MDC) |

## ORDER

AND NOW, this 28th day of September, 2016, upon consideration of the Fourth Motion of Christine C. Shubert as Chapter 7 Trustee for authority to make payment of post-petition taxes (the "Motion"), considering all responses thereto, if any, after notice and opportunity for hearing, and for good cause show, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Trustee is authorized to make such payments and apply such refunds as more specifically set forth in the Motion.

BY THE COURT:

*Magdeline D. C―*
Magdeline D. Coleman
United States Bankruptcy Court