United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 12-11063-mdc
Joseph Grasso                                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                Page 1 of 4              Date Rcvd: Sep 29, 2016
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db             +Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
      AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aapplebaum@saul.com,
       csantangelo@saul.com
      ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
      ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
      AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
      ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      ANDREW JAY FLAME    on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com
      ARSEN  KASHKASHIAN    on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
      ARSEN  KASHKASHIAN    on behalf of Plaintiff John  Larson kashlaw@aol.com
      ASHLEY B STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
       astitzer@bayardlaw.com, bankserve@bayardlaw.com
      AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
      AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
      BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
       bgolub@weirpartners.com, imarciniszyn@weirpartners.com
      BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM
      BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company
       bkile@grenenbirsic.com, mcupec@grenenbirsic.com
      BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company
       bkile@grenenbirsic.com, mcupec@grenenbirsic.com
      BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com,
       mcupec@grenenbirsic.com
      BRIAN R. FITZGERALD    on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com,
       rfarren@klehr.com
      BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank bkeilson@gsbblaw.com
      CAMERON  KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com,
       RRich2@hunton.com
      CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
      CHRISTINE C. SHUBERT     on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
       J100@ecfcbis.com
      CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
      CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
      DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
       Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
      DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com,
       dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
       verlaw.com

```
District/off: 0313-2                  User: PaulP                    Page 2 of 4                   Date Rcvd: Sep 29, 2016
                                      Form ID: pdf900                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com,
               pamedparalegal@comcast.net
              DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
               CBallasy@howlandhess.com
              DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC
               DMeakim@howlandhess.com, CBallasy@howlandhess.com
              DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
              DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
               dkarapelou@karapeloulaw.com
              DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
               dkarapelou@karapeloulaw.com
              EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
              EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
              EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
               emiller@bayardlaw.com, lmorton@bayardlaw.com
              FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC
               frank.taney@taneylegal.com
              GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company
               gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com
              GARY F SEITZ    on behalf of   Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com
              GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
              GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
              HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
               harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert
               harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C.
               harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI    on behalf of   Christine  Shubert, Chapter 7 Trustee
               harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT
               harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT
               harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI    on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com
              HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert
               harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com
              HOWARD  GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
              J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
              JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation
               jhaney@wongfleming.com
              JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc.
               JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
              JEFFREY  KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP
               Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP
               Kurtzman@kurtzmansteady.com
              JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc.
               jvenzie@venzie.com
              JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
               jcianciulli@weirpartners.com, creese@weirpartners.com
              JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
               jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
              JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
              JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc.
               jmcmahon@ciardilaw.com, mflores@ciardilaw.com,
              KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
              LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               lschwimmer@weirpartners.com, creese@weirpartners.com
```

```
District/off: 0313-2                  User: PaulP                  Page 3 of 4                  Date Rcvd: Sep 29, 2016
                                      Form ID: pdf900              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
               com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
               com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
               com
              LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
              LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
               jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
              LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
              MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
              MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
               2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com,  donna.curcio@bipc.com
              MAURICE R. MITTS    on behalf of  Donna  Grasso mmitts@mittslaw.com, agary@mittslaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
               michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com
              MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              MICHAEL H. KALINER     mhkaliner@gmail.com
              MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
               mjoyce@crosslaw.com, smacdonald@crosslaw.com
              MICHAEL P. GIGLIOTTI    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. GIGLIOTTI    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. GIGLIOTTI    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. GIGLIOTTI    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com
              MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              PAUL BRINTON MASCHMEYER    on behalf of  MICHAEL H. KALINER pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               pwinterhalter@pjw-law.com, rbarnhart@pjw-law.com
              PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@pjw-law.com,
               rbarnhart@pjw-law.com
              PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@pjw-law.com,
               rbarnhart@pjw-law.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
               pwinterhalter@pjw-law.com, rbarnhart@pjw-law.com
              REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
              RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com,  plorenz@mmwr.com;
              ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
              ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN    on behalf of     Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
               steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
```

```
District/off: 0313-2          User: PaulP                 Page 4 of 4                  Date Rcvd: Sep 29, 2016
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
         STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
         Terry P. Dershaw    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
         VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE marriott@ballardspahr.com
         WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                     TOTAL: 123

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> JOSEPH GRASSO <br><br> Debtor. | Chapter 7 <br><br> Case No. 12-11063 (MDC) |

## ORDER

AND NOW, this 28th day of September, 2016, upon consideration of the Fourth Motion of Christine C. Shubert as Chapter 7 Trustee for authority to make payment of post-petition taxes (the "Motion"), considering all responses thereto, if any, after notice and opportunity for hearing, and for good cause show, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Trustee is authorized to make such payments and apply such refunds as more specifically set forth in the Motion.

BY THE COURT:

Magdeline D. Coleman
United States Bankruptcy Court