# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>JOSEPH GRASSO<br><br>Debtor. | Chapter 7<br><br>Case No.: 12-11063 (MDC) |

## NOTICE OF CHANGE OF ADDRESS FOR
## FLASTER/GREENBERG P.C. –PHILADELPHIA OFFICE

PLEASE TAKE NOTICE that Flaster/Greenberg P.C., counsel for Christine C. Shubert, Chapter 7 Trustee, hereby gives notice of its change of address:

**FLASTER/GREENBERG P.C.**
1835 Market Street, Suite 1050
Philadelphia, PA 19103
(215) 279-9393 Telephone
(215) 279-9394 Facsimile

The telephone number, facsimile number, and e-mail addresses will remain the same.

**FLASTER/GREENBERG P.C.**

Dated: October 4, 2016

*/s/Harry J. Giacometti*
Harry J. Giacometti, Esquire
Steven D. Usdin, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
(215) 279-9393 Telephone
(215) 279-9394 Facsimile
harry.giacometti@flastergreenberg.com
steven.usdin@flastergreenberg.com
*Counsel for Christine C. Shubert, Chapter 7 Trustee*

-1-

5924354 v1