# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JOSEPH GRASSO,<br><br>Debtor. | CHAPTER 11<br><br>Case No. 12-11063 (MDC)<br><br>**Re: Docket No. 1745** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certify as follows:

1. The Eighth Interim Application of Flaster/Greenberg P.C. for Compensation for Legal Services Rendered as Counsel for the Chapter 7 Trustee and for Reimbursement of Expenses (the "Application") was filed on September 14, 2016.

2. The Application and Notice of the Application [Docket No. 1746] were sent to all parties entitled to notice, as reflected in the Certificates of Service filed with the Application and Notice.

3. As of the date hereof, undersigned counsel has not received any answers or objections to the Application. A review of the docket in this case reflects that no answers or objections have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court approve the Application.

FLASTER/GREENBERG P.C.

Dated: October 7, 2016    By: */s/ Steven D. Usdin*
Harry J. Giacometti, Esquire
Steven D. Usdin, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
*Attorneys for the Trustee*

5928190 v1