# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOSEPH GRASSO, | : | |
| | : | Case No. 12-11063 (MDC) |
| Debtor. | : | |
| | : | **Re: Docket No. 1749** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certify as follows:

1. The Eighth Interim Fee Application of Bederson & Company LLP as Accountants for Christine C. Shubert as Chapter 7 Trustee for Compensation and Reimbursement of Expenses (the "Application") was filed on September 27, 2016.

2. The Application and Notice of the Application [Docket No. 1750] were sent to all parties entitled to notice, as reflected in the Certificates of Service filed with the Application and Notice.

3. As of the date hereof, undersigned counsel has not received any answers or objections to the Application. A review of the docket in this case reflects that no answers or objections have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court approve the Application.

                                    FLASTER/GREENBERG P.C.

Dated: October 19, 2016        By: */s/ Steven D. Usdin*
                                             Harry J. Giacometti, Esquire
                                             Steven D. Usdin, Esquire
                                             1835 Market Street, Suite 1050
                                             Philadelphia, PA 19103
                                             *Attorneys for the Chapter 7 Trustee*

5942709 v1