**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | ) | CHAPTER  7 |
| | ) | |
| JOSEPH GRASSO | ) | Case No. 12-11063 (MDC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

**ORDER**

AND NOW, this __3rd__ day of __November__, 2016, upon consideration of the

Eighth Interim Application of Bederson LLP for Compensation Accountants Services Rendered

as Accountants for Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of Expenses

for the period March 21, 2016 through August 30, 2016, and after notice and an opportunity for

hearing, it is

ORDERED that Bederson LLP, as accountants for the Chapter 7 Trustee, is hereby

allowed the sum of $13,043.50 as compensation for accounting fees and the sum of $161.95 for

reimbursement of expenses for the period of March 21, 2016 through August 30, 2016, and it is

further

ORDERED, that the Chapter 7 Trustee is authorized to distribute to Bederson LLP, in her

discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C.

§330(a)(5), any compensation received by Bederson LLP, shall be subject to disgorgement to the

extent required to achieve a pro rata distribution among claimants with the same priority.

BY THE COURT:


HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE