United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph Grasso
    Debtor

Case No. 12-11063-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 4     Date Rcvd: Nov 15, 2016
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.
db         +Joseph Grasso,   649 Dodds Lane,   Gladwyn, PA 19035-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2016 at the address(es) listed below:

        AARON S APPLEBAUM   on behalf of Creditor   The Sherwin Williams Company aapplebaum@saul.com, csantangelo@saul.com
        ALAN I. MOLDOFF   on behalf of Interested Party   The Bancorp Bank amoldoff@eckertseamans.com
        ALAN I. MOLDOFF   on behalf of Defendant   The Bancorp Bank amoldoff@eckertseamans.com
        ALAN I. MOLDOFF   on behalf of Creditor   The Bancorp Bank amoldoff@eckertseamans.com
        ALAN L. FRANK   on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
        ALAN L. FRANK   on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
        AMY E. VULPIO   on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
        ANDREW F GORNALL   on behalf of Creditor   GREEN TREE SERVICING LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        ANDREW JAY FLAME   on behalf of Accountant   Bederson & Company, LLP andrew.flame@dbr.com
        ARSEN KASHKASHIAN   on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
        ARSEN KASHKASHIAN   on behalf of Plaintiff John  Larson kashlaw@aol.com
        ASHLEY B STITZER   on behalf of Interested Party   Partnership Liquidity Investors, LLC astitzer@bayardlaw.com, bankserve@bayardlaw.com
        AUSTIN L MCMULLEN   on behalf of Plaintiff   Madison Capital Company, LLC AMcMullen@babc.com
        AUSTIN L MCMULLEN   on behalf of Creditor   Madison Capital Company, LLC AMcMullen@babc.com
        BONNIE R. GOLUB   on behalf of Creditor   Wilmington Savings Fund Society, FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com
        BRIAN H. SMITH   on behalf of Creditor   Wells Fargo Bank BHS@JSDC.COM, cmb@jsdc.com
        BRIAN M. KILE   on behalf of Plaintiff   NexTier Bank, N.A. d/b/a Radnor Trust Company bkile@grenenbirsic.com, mcupec@grenenbirsic.com
        BRIAN M. KILE   on behalf of Defendant   NexTier Bank, N.A. d/b/a Radnor Trust Company bkile@grenenbirsic.com, mcupec@grenenbirsic.com
        BRIAN M. KILE   on behalf of Creditor   NexTier Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com
        BRIAN R. FITZGERALD   on behalf of Interested Party   Grasso Holdings bfitzgerald@klehr.com, rfarren@klehr.com
        BRYA M KEILSON   on behalf of Interested Party   The Bancorp Bank bkeilson@gsbblaw.com
        CAMERON KINVIG   on behalf of Defendant   Excelco Trading, LP ckinvig@hunton.com, RRich2@hunton.com
        CHRISTINE C. SHUBERT   christine.shubert@comcast.net, J100@ecfcbis.com
        CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com
        CHRISTOPHER J. MCDONALD   on behalf of Creditor   Wells Fargo Bank lstarkman@lammrubenstone.com
        CHRISTOPHER R. MOMJIAN   on behalf of Creditor   PA Dept of Revenue crmomjian@attorneygeneral.gov
        DAMIEN NICHOLAS TANCREDI   on behalf of Trustee CHRISTINE C. SHUBERT Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
        DAVID L. BRAVERMAN   on behalf of Creditor   Braverman Kaskey, P.C. dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com

```
District/off: 0313-2            User: PaulP                  Page 2 of 4                   Date Rcvd: Nov 15, 2016
                                Form ID: pdf900              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          DAVID M. SHAFKOWITZ   on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com,
          pamedparalegal@comcast.net
          DENNIS R. MEAKIM   on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
          CBallasy@howlandhess.com
          DENNIS R. MEAKIM   on behalf of Defendant    Bucks County Beverage Company, LLC
          DMeakim@howlandhess.com, CBallasy@howlandhess.com
          DEREK J. BAKER   on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
          DIMITRI L. KARAPELOU   on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
          dkarapelou@karapeloulaw.com
          DIMITRI L. KARAPELOU   on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
          dkarapelou@karapeloulaw.com
          EDWARD J. HAYES   on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
          EDWARD J. HAYES   on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
          EVAN THOMAS MILLER   on behalf of Interested Party    Partnership Liquidity Investors, LLC
          emiller@bayardlaw.com, lmorton@bayardlaw.com
          FRANCIS X. TANEY   on behalf of Defendant    Volcafe Specialty Coffee LLC
          frank.taney@taneylegal.com
          GARY DAVID BRESSLER   on behalf of Plaintiff    The Sherwin Williams Company
          gbressler@mdmc-law.com,
          kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com
          GARY F SEITZ   on behalf of    Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com
          GEORGE M. CONWAY   on behalf of    United States Trustee george.m.conway@usdoj.gov
          GRETCHEN M SANTAMOUR   on behalf of Creditor    VIST Bank gsantamour@stradley.com
          HARRY J. GIACOMETTI   on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Plaintiff Christine C. Shubert
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Interested Party    Flaster/Greenberg P.C.
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com
          HARRY J. GIACOMETTI   on behalf of    Christine  Shubert, Chapter 7 Trustee
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Plaintiff CHRISTINE C. SHUBERT
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Trustee CHRISTINE C. SHUBERT
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com
          HARRY J. GIACOMETTI   on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Plaintiff Christine  Shubert
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Attorney    Flaster/Greenberg P.C.
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com
          HOWARD  GERSHMAN   on behalf of Defendant    Russell Law Group hg229ecf@gmail.com,
          229ecf@glpoc.comcastbiz.net
          HUGH J. WARD   on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
          J. TIMOTHY ARNDT, III   on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
          JAMES KEVIN HANEY   on behalf of Creditor    General Electric Capital Corporation
          jhaney@wongfleming.com
          JARRET P. HITCHINGS   on behalf of Creditor    Hill International, Inc.
          JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
          JEFFREY  KURTZMAN   on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Creditor    730 East Elm Associates, LP
          Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Creditor    Spring Ridge Associates, LP
          Kurtzman@kurtzmansteady.com
          JEFFREY C. VENZIE   on behalf of Creditor    Sunlight Electrical Contracting Co., Inc.
          jvenzie@venzie.com
          JEFFREY S. CIANCIULLI   on behalf of Accountant    Bederson & Company LLP
          jcianciulli@weirpartners.com, creese@weirpartners.com
          JEFFREY T GROSSMAN   on behalf of Creditor    Madison Capital Company, LLC
          jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JOHN E. KASKEY   on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
          dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN K. FIORILLO   on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com

```
District/off: 0313-2          User: PaulP                   Page 3 of 4             Date Rcvd: Nov 15, 2016
                              Form ID: pdf900               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              JOSEPH J. MCMAHON, Jr.    on behalf of Creditor   Rewards Network Establishing Services, Inc.
               jmcmahon@ciardilaw.com, mflores@ciardilaw.com,
              KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
              KRISTEN WETZEL LADD    on behalf of Creditor   Royal Bank America kladd@utbf.com
              LAUREN N. SCHWIMMER    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               lschwimmer@weirpartners.com, creese@weirpartners.com
              LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
               com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
               com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
               com
              LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
              LORI K. SERRATELLI    on behalf of Creditor   Mid Penn Bank LSerratelli@ssbc-law.com,
               jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
              LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
              MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
              MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
               2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
              MAURICE R. MITTS    on behalf of    Donna Grasso mmitts@mittslaw.com, agary@mittslaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
               michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com
              MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              MICHAEL H. KALINER    mhkaliner@gmail.com
              MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
               mjoyce@crosslaw.com, smacdonald@crosslaw.com
              MICHAEL P. GIGLIOTTI    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. GIGLIOTTI    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. GIGLIOTTI    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. GIGLIOTTI    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com
              MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              PAUL BRINTON MASCHMEYER    on behalf of    MICHAEL H. KALINER pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               pwinterhalter@pjw-law.com, rbarnhart@pjw-law.com
              PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@pjw-law.com,
               rbarnhart@pjw-law.com
              PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@pjw-law.com,
               rbarnhart@pjw-law.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
               pwinterhalter@pjw-law.com, rbarnhart@pjw-law.com
              REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
              RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com, plorenz@mmwr.com;
              ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
              ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN    on behalf of    Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
```

```
District/off: 0313-2          User: PaulP                 Page 4 of 4                  Date Rcvd: Nov 15, 2016
                              Form ID: pdf900             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com,   steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
               steven.usdin@flastergreenberg.com,   steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
               steven.usdin@flastergreenberg.com,   steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
              Terry P. Dershaw    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
              VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               marriott@ballardspahr.com
              WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                             TOTAL: 125
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| JOSEPH GRASSO, | ) |
| | ) Case No. 12-11063 (MDC) |
| Debtor. | ) |
| | ) |
| | ) |

### ORDER

AND NOW, this __15th__ day of __November__, 2016, upon consideration of the Eighth Interim Application of Flaster/Greenberg, P.C. for Compensation for Legal Services Rendered as Counsel for Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of Expenses for the period March 1, 2016, through August 31, 2016, and after notice and opportunity for hearing, it is

ORDERED that Flaster/Greenberg, P.C., as counsel for the Chapter 7 Trustee, is hereby allowed the sum of $ __70,995.50__ as compensation for legal fees and the sum of $ __1,345.67__ for reimbursement of expenses for the time period March 1, 2016, through August 31, 2016, and it is further

ORDERED that the Chapter 7 Trustee is authorized to distribute to Flaster/Greenberg, P.C., in her discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C. §330(a)(5), any compensation received by Flaster/Greenberg, P.C., shall be subject to

5705891 v1

disgorgement to the extent required to achieve a pro rata distribution among claimants with the same priority.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Harry J. Giacometti, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg P.C.
1600 John F. Kennedy Blvd., 2nd Floor
Philadelphia, PA 19103

Christine Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107-4405

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035

5705891 v1