UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| JOSEPH GRASSO, | ) | |
| | ) | Case No. 12-11063 (MDC) |
| Debtor. | ) | |
| | ) | |
| | ) | |

## ORDER

AND NOW, this 4th day of May, 2017, upon consideration of the Ninth Interim Application of Flaster/Greenberg, P.C. for Compensation for Legal Services Rendered as Counsel for Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of Expenses for the period September 1, 2016, through February 28, 2017, and after notice and opportunity for hearing, it is

ORDERED that Flaster/Greenberg, P.C., as counsel for the Chapter 7 Trustee, is hereby allowed the sum of $ 9,454.50 as compensation for legal fees and the sum of $ 229.54 for reimbursement of expenses for the time period September 1, 2016, through February 28, 2017, and it is further

ORDERED that the Chapter 7 Trustee is authorized to distribute to Flaster/Greenberg, P.C., in her discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C. §330(a)(5), any compensation received by Flaster/Greenberg, P.C., shall be subject to

6153037 v1

disgorgement to the extent required to achieve a pro rata distribution among claimants with the same priority.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Steven D. Usdin, Esquire
Harry J. Giacometti, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Christine Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107-4405

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035

6153037 v1