UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JOSEPH GRASSO, | |
| Debtor. | Case No. 12-11063 (MDC) |

## ORDER

AND NOW, this __4th__ day of __May__, 2017, upon consideration of the Application of United Bankruptcy Services, Inc. ("UBS") for Reimbursement of Expenses Incurred as Collection Agent for Christine C. Shubert, Trustee of the Estate of Joseph Grasso, and after notice and opportunity for hearing, it is

ORDERED that UBS is hereby allowed the sum of $ __1,133.60__ as reimbursement of expenses.

BY THE COURT:

*Magdelene D. Coleman*

MAGELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

(Interested parties listed on the following page)

Harry Giacometti, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

David P. Adams, Esquire
Kevin P. Callahan, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Christine C. Shubert, Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226

United Bankruptcy Services. Inc.
Attn: Larry Waslow
P.O. Box 219
Perkiomenville, PA 18074