UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
JOSEPH GRASSO, :
: Case No. 12-11063 (MDC)
Debtor. :

## ORDER

AND NOW, this __4th__ day of _____May_____, 2017, upon consideration of the Application of SM Law, PC ("SM Law") for Compensation for Services Rendered as Special Counsel for Christine C. Shubert, Trustee of the Estate of Joseph Grasso and for Reimbursement of Expenses, and after notice and opportunity for hearing, it is

ORDERED that SM Law is hereby allowed the sum of $__859.95_____ as compensation and the sum of $__210.75____ as reimbursement of expenses.

BY THE COURT:

_____
MAGELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

(Interested parties listed on the following page)

6149814 v1

Harry Giacometti, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

David P. Adams, Esquire
Kevin P. Callahan, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Christine C. Shubert, Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Steven Mitnick, Esquire
SM Law, PC
P.O. Box 530
49 Old Turnpike Road
Oldwick, NJ 08858

6149814 v1