UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| JOSEPH GRASSO | ) | Case No. 12-11063 (MDC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

ORDER

AND NOW, this 4th day of May, 2017, upon consideration of the Ninth Interim Application of Bederson LLP for Compensation Accountants Services Rendered as Accountants for Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of Expenses for the period September 1, 2016 through February 28, 2017, and after notice and an opportunity for hearing, it is

ORDERED that Bederson LLP, as accountants for the Chapter 7 Trustee, is hereby allowed the sum of $10,750.00 as compensation for accounting fees and the sum of $158.04 for reimbursement of expenses for the period of September 1, 2016 through February 28, 2017, and it is further

ORDERED, that the Chapter 7 Trustee is authorized to distribute to Bederson LLP, in her discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C. §330(a)(5), any compensation received by Bederson LLP, shall be subject to disgorgement to the extent required to achieve a pro rata distribution among claimants with the same priority.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE