United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-11063-mdc
Joseph Grasso                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 4              Date Rcvd: May 04, 2017
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db             +Joseph Grasso,   649 Dodds Lane,   Gladwyn, PA 19035-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
        AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aapplebaum@saul.com,
        csantangelo@saul.com
        ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
        ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
        ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
        ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
        ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
        AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
        ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        ANDREW JAY FLAME    on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com
        ARSEN  KASHKASHIAN    on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
        ARSEN  KASHKASHIAN    on behalf of Plaintiff John  Larson kashlaw@aol.com
        ASHLEY B. STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
        astitzer@macelree.com,    tnadachowski@macelree.com
        AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
        AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
        BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
        bgolub@weirpartners.com,    imarciniszyn@weirpartners.com
        BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM,
        cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com
        BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company
        bkile@grenenbirsic.com,    mcupec@grenenbirsic.com
        BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company
        bkile@grenenbirsic.com,    mcupec@grenenbirsic.com
        BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com,
        mcupec@grenenbirsic.com
        BRIAN R. FITZGERALD    on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com,
        rfarren@klehr.com
        BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank bkeilson@gsbblaw.com
        CAMERON  KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com,
        RRich2@hunton.com
        CHRISTINE C. SHUBERT    christine.shubert@comcast.net,    J100@ecfcbis.com
        CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
        J100@ecfcbis.com
        CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
        CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
        DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
        Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
        DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com,
        dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
        verlaw.com

```
District/off: 0313-2          User: Virginia             Page 2 of 4         Date Rcvd: May 04, 2017
                              Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com, pamedparalegal@comcast.net
      DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com, CBallasy@howlandhess.com
      DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC DMeakim@howlandhess.com, CBallasy@howlandhess.com
      DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
      DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
      DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
      EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
      EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
      EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC emiller@bayardlaw.com, lmorton@bayardlaw.com
      FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC frank.taney@taneylegal.com
      GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com
      GARY F SEITZ    on behalf of    Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com
      GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
      GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
      HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
      HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
      HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
      HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
      HARRY J. GIACOMETTI    on behalf of    Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
      HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
      HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
      HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
      HARRY J. GIACOMETTI    on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
      HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
      HOWARD  GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
      HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
      J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
      JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation jhaney@wongfleming.com
      JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc. JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
      JEFFREY  KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP Kurtzman@kurtzmansteady.com

```
District/off: 0313-2          User: Virginia              Page 3 of 4             Date Rcvd: May 04, 2017
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JEFFREY C. VENZIE   on behalf of Creditor   Sunlight Electrical Contracting Co., Inc.
           jvenzie@venzie.com
          JEFFREY S. CIANCIULLI   on behalf of Accountant   Bederson & Company LLP
           jcianciulli@weirpartners.com, vruff@weirpartners.com
          JEFFREY T GROSSMAN   on behalf of Creditor   Madison Capital Company, LLC
           jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JOHN E. KASKEY   on behalf of Creditor   Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
           dmarano@braverlaw.com;gollotto@braverlaw.com; belle@braverlaw.com;sine@braverlaw.com
          JOHN K. FIORILLO   on behalf of Creditor   Royal Bank America Jfiorillo@UTBF.com
          JOSEPH J. MCMAHON, Jr.   on behalf of Creditor   Rewards Network Establishing Services, Inc.
           jmcmahon@ciardilaw.com, mflores@ciardilaw.com,
          KEVIN P. CALLAHAN   on behalf of   United states trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN   on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN   on behalf of   United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
          KRISTEN WETZEL LADD   on behalf of Creditor   Royal Bank America kladd@utbf.com
          LAUREN N. SCHWIMMER   on behalf of Creditor   Wilmington Savings Fund Society, FSB
           lschwimmer@weirpartners.com, thall@weirpartners.com
          LAWRENCE G. MCMICHAEL   on behalf of Attorney   Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.com
          LAWRENCE G. MCMICHAEL   on behalf of Defendant   Paul J. Winterhalter, Esquire
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.com
          LAWRENCE G. MCMICHAEL   on behalf of Defendant   Law Offices of Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.com
          LEON R. BARSON   on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
          LORI K. SERRATELLI   on behalf of Creditor   Mid Penn Bank LSerratelli@ssbc-law.com,
           jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
          LUCIAN BORDERS MURLEY   on behalf of Creditor   Fox Chase Bank lmurley@saul.com, rwarren@saul.com
          MARISA MYERS COHEN   on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
          MARK D. PFEIFFER   on behalf of Creditor   GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC 2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
          MAURICE R. MITTS   on behalf of   Donna Grasso mmitts@mittslaw.com, agary@mittslaw.com
          MICHAEL D. VAGNONI   on behalf of Creditor   Northeast Revenue Services, LLC
           michael.vagnoni@obermayer.com, michele.emory@obermayer.com;Lucille.acello@obermayer.com
          MICHAEL G. MENKOWITZ   on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          MICHAEL H. KALINER   mhkaliner@gmail.com
          MICHAEL JOSEPH JOYCE   on behalf of Defendant   Paragon Coffee Trading Co., L.P.
           mjoyce@crosslaw.com
          MICHAEL P. GIGLIOTTI   on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI   on behalf of Creditor John  Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI   on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI   on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. KELLY   on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
           r47593@notify.bestcase.com
          MONIQUE BAIR DISABATINO   on behalf of Creditor   Fidelity National Title Insurance Company
           mdisabatino@saul.com
          MONIQUE BAIR DISABATINO   on behalf of Plaintiff   Fidelity National Title Insurance Company
           mdisabatino@saul.com
          PAMELA ELCHERT THURMOND   on behalf of Creditor   City Of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          PAUL BRINTON MASCHMEYER   on behalf of   MICHAEL H. KALINER pmaschmeyer@cmklaw.com,
           csilvano@cmklaw.com
          PAUL J. WINTERHALTER   on behalf of Defendant   Law Offices of Paul J. Winterhalter, P.C.
           pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com
          PAUL J. WINTERHALTER   on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
           rbarnhart@offitkurman.com
          PAUL J. WINTERHALTER   on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
           rbarnhart@offitkurman.com
          PAUL J. WINTERHALTER   on behalf of Defendant   Paul J. Winterhalter, Esquire
           pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com
          REGINA STANGO KELBON   on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
          RICHARD G. PLACEY   on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com, plorenz@mmwr.com;
          ROBERT H. HOLBER   on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
          ROBERT H. HOLBER   on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
           rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER   on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com

```
District/off: 0313-2          User: Virginia              Page 4 of 4              Date Rcvd: May 04, 2017
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@saldutticollect.com,
           lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
          ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
          ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
          RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
          SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           SCHINDLERWILLIAMSS@BallardSpahr.com
          STEVEN D. USDIN    on behalf of     Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of    Christine  Shubert, Chapter 7 Trustee
           steven.usdin@flastergreenberg.com,    steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
           steven.usdin@flastergreenberg.com,    steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
           steven.usdin@flastergreenberg.com,    steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
          THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Terry P. Dershaw    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
          VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           marriott@ballardspahr.com
          WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                             TOTAL: 126
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JOSEPH GRASSO, | Case No. 12-11063 (MDC) |
| Debtor. | |

## ORDER

AND NOW, this __4th__ day of __May__, 2017, upon consideration of the Application of United Bankruptcy Services, Inc. ("UBS") for Reimbursement of Expenses Incurred as Collection Agent for Christine C. Shubert, Trustee of the Estate of Joseph Grasso, and after notice and opportunity for hearing, it is

ORDERED that UBS is hereby allowed the sum of $ __1,133.60__ as reimbursement of expenses.

BY THE COURT:

_Magdelene D. Coleman_
MAGELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

(Interested parties listed on the following page)

6153843.v1

Harry Giacometti, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

David P. Adams, Esquire
Kevin P. Callahan, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Christine C. Shubert, Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226

United Bankruptcy Services. Inc.
Attn: Larry Waslow
P.O. Box 219
Perkiomenville, PA 18074

6153843 v1