# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>JOSEPH GRASSO<br><br>*Debtor.* | Chapter 7<br><br>Case No. 12-11063 (MDC)<br><br>Hearing Date and Time:<br>October 3, 2017 at 10:30 a.m. |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Christine C. Shubert, Chapter 7 Trustee for the estate of Joseph Grasso, has filed a Motion for Authority to Make Second Interim Distribution to Creditors.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before September 25, 2017, you or your attorney must do all of the following:

   (a) file an answer explaining your position at:

   Clerk, United States Bankruptcy Court
   900 Market Street, 4th Floor
   Philadelphia, Pennsylvania 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the Trustee's attorney:

   Harry J. Giacometti, Esquire
   FLASTER/GREENBERG, P.C.
   1835 Market Street, Suite 1050
   Philadelphia, PA 19103
   (215) 587-5680 Phone
   (215) 279-9394 Fax

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

1

6395063 v1

     3.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

     4.     A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **October 3, 2017 at 10:30 a.m.** in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.

     5.     You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: September 10, 2017          **FLASTER/GREENBERG, P.C.**

          By:    */s/ Harry J. Giacometti*
                    Harry J. Giacometti, Esquire
                    1835 Market Street, Suite 1050
                    Philadelphia, PA 19103
                    Tel: (215) 587-5680
                    *Counsel for the Chapter 7 Trustee*