# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> JOSEPH GRASSO <br><br> *Debtor.* | Chapter 7 <br><br> Case No. 12-11063 (MDC) |

## CERTIFICATE OF SERVICE

It is hereby certified that on this 11th day of September, 2017, I caused a true and correct copy of the Notice of Motion of Christine C. Shubert, Chapter 7 Trustee for Authority to Make Second Interim Distribution to Creditors to be served by first class mail, postage prepaid, upon the parties on the attached Exhibit "A".

I further certify that on September 11, 2017, a true and correct copy of the Motion was served upon the parties listed on the attached Exhibit "B" by Notice of Electronic Filing and/or first class U.S. Mail, postage prepaid.

FLASTER/GREENBERG, P.C.

*/s/ Harry J. Giacometti*
Harry J. Giacometti, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Tel: (215) 587-5680
*Counsel for Christine Shubert, Chapter 7 Trustee*

6395150 v1

**Exhibit "A"-Matrix**

6395150 v1

15th and Sansom, L.P.
30 S. 15th Street
Philadelphia, PA 19102-4826

730 East Elm Associates, LP
c/o Jeffrey Kurtzman, Esquire
301 S. 2nd Street
Suite 200
Philadelphia, PA 19147-1612

Asterion, Inc.
c/o Stephen J. Scherf
215 S. Broad Street, 3rd
Phiiadelphia, PA 19107-5315

Barry S. Slosberg, Inc.
2501 East Ontario Street
Philadelphia, PA 19134-5327

(p)BEDERSON LLP
347 MT PLEASANT AVENUE SUITE 200
WEST ORANGE NJ 07052-2749

Braverman Kaskey, P.C.
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, PA 19103-7301

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

(p)CITY OF PHILA SCHOOL DISTRICT OF PHILA
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

Dilworth Paxson LLP
Centre Square
1500 Market Street
Suite 3500E
Philadelphia, PA 19102-2101

Fox Chase Bank
c/o Saul Ewing LLP
Attn: Joshua W.B. Richards, Esq.
1500 Market St., 38th Fl.
Philadelphia, PA 19102-2184

GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a
c/o Mark Pfeiffer, Esquire
Buchanan Ingersoll & Rooney PC
50 S. 16th St., Ste. 3200
Philadelphia, PA 19102-2555

GE Capital Retail Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Grasso Holdings
Grasso Holdings
30 South 15th Street
Philadelphia, PA 19102-4804

(p)GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154

Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103-6910

Hill International, Inc.
c/o Duane Morris LLP
1940 Route 70 East
Suite 200
Cherry Hill, NJ 08003-2141

Madison Capital Company, LLC
5619 DTC Parkway
Suite 800
Greenwood Village, CO 80111-3139

Mastroieni & Associates, Inc.
6198 Butler Pike, Ste 151
Blue Bell, PA 19422-2600

Mid Penn Bank
349 Union Street
Millersburg, PA 17061-1654

Northeast Revenue Services, LLC
c/o Michael D. Vagnoni, Esquire
One Penn Center, 19th Flo
1617 JFK Boulevard
Philadelphia, PA 19103-1821

PA Dept of Revenue
c/o Denise A. Kuhn
21 S. 12 th Street
3rd floor
Philadelphia, PA 19107-3604

Paul J. Winterhalter, P.C.
1717 Arch Street
Suite 4110
Philadelphia, PA 19103-2839

Putnam Leasing Company
c/o Saldutti, LLC
Robert L. Saldutti, Esquire
800 N Kings Highway
Suite 300
Cherry Hill, NJ 08034-1511

Rewards Network Establishing Services, Inc.
c/o Ciardi Ciardi & Astin
One Commerce Square
2005 Market Street
Suite 1930
Philadelphia, PA 19103-7042

Royal Bank America
1230 Walnut Street
Philadelphia, PA 19107-5466

Siegle Business Real Estate Corp.
c/o Bernie Siegel
101 8th Ave., Suite 301
Conshohocken, PA 19428

Singer Equipment Company Inc
150 South Twin Valley Road
Elverson, PA 19520-9387

Spring Ridge Associates, LP
c/o Jeffrey Kurtzman, Esq.
401 S. 2nd Street, Ste. 200
Philadelphia, PA 19147-1612

(p)STAR REAL ESTATE GROUP INC
1500 WALNUT STREET
STE 1103
PHILADELPHIA PA 19102-3506

Stonebridge Bank
c/o J. Timothy Arndt III, Esquire
Lachall, Cohen & Sagnor
144 West Market Street
West Chester, PA 19382-2902

Sunlight Electrical Contracting Co., Inc.
499 York Road
Warminster, PA 18974-4538

The Sherwin Williams Company
c/o Jeffrey Baddeley, Esquire
1660 W. 2d Street
Suite 1100
Cleveland, OH 44113-1448

Wells Fargo Bank
123 N Wacker Drive
Suite 1900
Chicago, IL 60606-1735

Wilmington Savings Fund Society, FSB
c/o Bonnie R. Golub, Esquire
Weir & Partners LLP
1339 Chestnut Street
Suite 500
Philadelphia, PA 19107-3501

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
TUCSON, AZ 85712-1083

Advanceme, Inc.
2015 Vaugh Road, Suite 500
Kennesaw, GA 30144-7831

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Austin L. McMullen
Bradley Arant Boult Cummings, LLP
1600 Division St., Ste 700
Nashville, TN 37203-2771

Avalon Breezes Plaza Condominium
Unit Property Owners
c/o Andrew J. Karcich, Esquire
1020 Laurel Oak Road, Suite 100
Voorhees, NJ 08043-3518

Bancorp Bank
1818 Market Street
28th Floor
Philadelphia, PA 19103-3629

Bank of America, N.A.
100 N. Tryon Street
Charlotte, NC 28255-0001

Bank of America, N.A.
P.O. Box 660933
Dallas, Texas 75266-0933

Braverman Kaskey PC
Attn: John E. Kaskey
1650 Market Street
56th Floor
Philadelphia, PA 19103-7337

CIBC, Inc.
c/o Morrison & Foerster, LLP
Adam A. Lewis, Esq.
425 Market Street
San Francisco, CA 94105-2467

City of Philadelphia
Department of Revenue
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102-1697

Commonwealth of Pennsylvania
Department of Revenue
Bankruptcy Review Section
PO Box 280946
Harrisburg, PA 17128-0946

Commonwealth of Pennsylvania
Dept. of Labor & Industry
444 N. Third Street, Suite 200
Philadelphia, PA 19123-4141

Commonwealth of Pennsylvania Department of R
PO Box 280946
Bankruptcy Division
Harrisburg, PA 17128-0496

DAS Architects
c/o Melissa Simola, Esquire
1100 E. Hector Street, Suite 425
Conshohocken, PA 19428-2353

DDP Roofing
c/o Cohen Seglias et al.
30 S. 17th Street, 19th Floor
Philadelphia, PA 19103-4010

David Grasso
c/o William A. Harvey, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103-2945

Douglas Fabshultz
4572 Seaboard Lane
Ft. Collins, CO 80525-4863

Excelco Trading, LP
Attn: Doug Craner
17 Battery Place, Suite #1010
New York, New York 10004-1171

Excelco Trading, LP
c/o Hunton & Williams LLP
Attn: Robert A. Rich, Esq.
200 Park Avenue, 53rd Floor
New York, New York 10166-0091

Fidelity National Title Insurance Company
Monique Bar DiSabatino
Saul Ewing LLP
Centre Square West
1500 Marke Street 38th Floor
Philadelphia Pa 19102-2100

Fox Chase Bank
510 Township Line Road
Blue Bell, PA 19422-2721

Fox Chase Bank
Attn: Ralph K. Brown, V.P.
510 Township Line Road
Blue Bell, PA 19422-2721

GCCFC 2007-GG11 Sanatoga Retail Ltd Partners
c/o Mark Pfeiffer, Esquire
Buchanan Ingersoll & Rooney PC
50 S. 16th St., Ste. 3200
Philadelphia, PA 19102-2555

GCCFC 2007-GG9 Mall Office Limited P'sh
c/o LNR Partners LLC, Attn Ed Birsic
1601 Washington Ave Suite 800
Miami Beach, FL 33139-3165

GE Capital Corp.
c/o Wong Fleming
1515 Market St., Suite 820
Philadelphia, PA 19102-1908

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Gary Fabschutz
Irene Fabschutz
4572 Seaboard Lane
Ft. Collins, CO 80525-4863

Grasso Holdings
c/o JEFFREY KURTZMAN
401 S. 2nd St., Ste. 200
Philadelphia, PA 19147-1612

Green Tree Servicing LLC
PO BOX 0049
Palantine, IL 60055-0049

Greg Bayer
50 Highland Road
Burr Ridge, IL 60527-7029

Greg Bayer
John D. Larson
55 Highland Road
Willowbrook, IL 60527

HSBC Bank Nevada, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jerry Ehrlich
c/o Brian J. Smith, Esquire
607 Easton Rd., Suite B-1
Willow Grove, PA 19090

John D. Larson
10765 Clock Tower Drive
Countryside, IL 60525-3150

John Dunfee
534 Hawarden Road
Springfield, PA 19064-2623

MB Bank
6111 North River Road
Rosemont, IL 60018-5111

MEPT Arch, LLC
c/o James Greenberg, Esquire
Duane Morris, L.P.
1940 Route 70 East, Suite 200
Cherry Hill, NJ 08003-2141

MICHAEL H. KALINER
c/o PAUL BRINTON MASCHMEYER
Maschmeyer Karalis P.C.
1900 Spruce Street
Philadelphia, PA 19103-6697

Madison Capital Company, LLC
c/o Roger Jones
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
Nashville, TN 37203-2771

Marshall J. Katz
3625 Indian Wells Lane
Northbrook, IL 60062-3103

Marshall J. Katz
c/o Dimitri L. Karapelou, Esquire
Law Offices of Dimitri L. Karapelou, LLC
1500 JFK Blvd., Ste 920
Philadelphia, PA 19102-1742

Mastroieni & Associates, Inc.
6198 Butler Pike, Suite 151
Blue Bell, PA 19422-2600

McDevitt, et al.
c/o Andrew Karcich, Esquire
1020 Laurel Oak Rd., Suite 100
Vorhees, NJ 08043-3518

Mid Penn Bank
5500 Allentown Blvd
Harrisburg, PA 17112-4037

Mitts Milavec, LLC
1822 Spuce Street
Philadelphia, PA 19103-6603

Montgomery County Tax Claim Bureau
c/o Northeast Revenue Service, LLC
One Montgomery Plaza, Suite 610
Norristown, PA 19401-4855

NexTier Bank
c/o Brian M. Kile, Esquire
Grenen & Birsic, P.C.
One Gateway Center, Ninth Floor
Pittsburgh, PA 15222

(p)NEXTIER BANK
SPECIAL ASSETS
245 PITTSBURGH RD
BUTLER PA 16001-3883

Norris Hills Associates, L.P.
600 Old Elm Street
Conshohocken, PA 19428-1013

Origin Capital Debt Fund I, LLC
1122 N. LaSalle Street
Chicago, IL 60610-2602

Origin Capital Debt Fund I, LLC
300 W. Adams Street
Suite 804
Chicago, IL 60606-5109


Green Tree Servicing LLC
c/o Thomas Puleo, Esq.
KML Law Group, P.C.
701 Market St, Ste 5000
Philadelphia, PA 19106-1532

Wilmington Savings Fund Society
500 Delaware Avenue
Wilmington, DE 19801-7405

Paragon Coffee Trading Co., LP
c/o Michael J. Joyce, Esq.
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801-1202


Plexus Capital
200 Providence Road, Suite 210
Charlotte, NC 28207-1437

Putnam Leasing Company, LLC
c/o Jay C. Scheinfield, Esq.
8234 West Chester Pike
Upper Darby, PA 19082-2723

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605


Rewards Network Estab. Services, Inc.
1528 Walnut Street, Suite 1225
Philadelphia, PA 19102-3620

Rewards Network Establishment Services Inc.
c/o Isaac M. Gabriel
Quarles & Brady LLP
2 N. Central Avenue
Phoenix, AZ 85004-2391

Royal Bank America
732 Montgomery Avenue
Narberth, PA 19072-2090


Sam Stone
c/o Brian J. Smith & Associates
607 Easton Road, Ste. B-1
Willow Grove, PA 19090-2536

Segal McCambridge Singer
233 S. Wacher Drive, Suite 5500
Chicago, IL 60606-6366

Sherman Williams Company
101 Prospect Avenue, NW
Cleveland, OH 44115-1075


Siegel Business Real Estate Corp.
c/o Bernie Siegel
101 E. 8th Ave., Suite 301
Conshohocken, PA 19428-1783

Simon Fabschutz
4572 Seaboard Lane
Ft. Collins, CO 80525-4863

Stonebridge Bank
624 Willowbrook Lane
West Chester, PA 19382-5554


Sunlight Electrical Contr. Co., Inc.
499 York Road
Warminster, PA 18974-4538

T.D. Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08003-2335

T.D. Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034
Thomas Mackin
4910 Martha Lane
Swenksville, PA 19473-2042


TD Bank, N.A.
c/o Michael Rovinsky
1701 Rte. 70 East
Cherry Hill, NJ 08034

Terry P. Dershaw, Ch 7 Trustee of Garrett Mi
c/o Gary F. Seitz, Esquire
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street, Suite 280 South
Phialdelphia, PA 19106-3323

The Bancorp Bank
c/o Gary M. Schildhorn, Esq.
Eckert Seamans Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102-2523


The Sherwin-Williams Company
Attn: Shane R. Carpenter/Tax Dept.
101 Prospect Avenue NW
1220 Guildhall
Cleveland, OH 44115-1039

Thomas Mackin
4910 Martha Lane
Schwenksville, PA 19473-2042

Thomas Mackin
4910 Martha Lane
Swenksville, PA 19473-2042


U.S. Bank National Association as Trustee
c/o CW Capital Asset Managment
7501 Wisconsin Ave Suite 500 West
Bethesda, MD 20814-6519

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

VIST Bank
c/o Steven J. White, Esquire
2600 One Commerce Square
Philadelphia, PA 19103-7018

VIST Financial Corporation
1240 Broadcasting Road
Wyomissing, PA 19610-3203

William A. Harvey, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103-2945

William Bostic
100 West Elm Street
Conshohocken PA 19428-2041

Wilmington Savings Fund Society
500 Delaware Avenue
Wilmington, DE 19801-7405

Yale Electric Supply Company
PO Box 8500
Philadelphia, PA 19178-8500

Alan L. Frank
135 Old York Road
Jenkintown, PA 19046-3617

CHRISTINE C. SHUBERT
821 Wesley Avenue
Ocean City, NJ 08226-3622

David Grasso
c/o Jeffrey Kurtzman, Esquire
401 S. 2nd St., Ste. 200
Philadelphia, PA 19147-1612

John Larson
50 Highland Road
Burr Ridge, IL 60527-7029

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035-1514

MICHAEL H. KALINER
Adelstein & Kaliner, LLC
350 S. Main Street
Suite 105
Doylestown, PA 18901-4872

ROBERT A. KARGEN
White & Williams, LLP
1650 Market Street
Suite 1800
Philadelphia, PA 19103-7304

Robert Szwajkos
Curtin & Heener, LLP
250 North Pennsylvania Avenue
Morrisville, PA 19067-1104

Robert H. Holber
41 East Front Street
Media, PA 19063-2911

Steven J. Mitnick
SM Law, PC
49 Old Turnpike Road
PO Box 530
Oldwick, NJ 08858-0530

Stonebridge Bank c/o Kimberly Stack
624 Willowbrook Lane
West Chester, PA 19382-5554

Terry P. Dershaw
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bederson & Company LLP
405 Northfield Avenue
c/o Charles N. Persing
West Orange, NJ 07052

(d)Bederson & Company, LLP
405 Northfield Avenue
West Orange, NJ 07052

City Of Philadelphia
Law Revenue Departments
Aaron Shotland, Esq.
1401 JFK Blvd., 5th Floor
Municipal Services Building
Philadelphia, PA 19102

Green Tree Servicing LLC
PO Box 6154
Rapid City, SD 57709-6154

Star Real Estate Group, Inc.
c/o Richard Astrella
510 Walnut Street
Suite 100
Philadelphia, PA 16106

(d)City of Philadelphia Law Department
Tax Unit - Bankruptcy
Municipal Services Building
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

**Exhibit "B"**

Christine Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107-4405

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035

6395150 v1