**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>JOSEPH GRASSO<br><br>        *Debtor*. | Chapter 7<br><br>Case No. 12-11063 (MDC) |

**PRAECIPE TO WITHDRAW MOTION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE FOR AUTHORITY TO MAKE SECOND INTERIM DISTRIBUTION TO CREDITORS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please withdraw the Motion of Christine C. Shubert, Chapter 7 Trustee for Authority to Make Second Interim Distribution to Creditors, filed on September 10, 2017 at Docket No. 1794, from the above-captioned case.

                                        **FLASTER/GREENBERG P.C.**

By:    */s/ Harry J. Giacometti*
            William J. Burnett, Esquire
            1835 Market Street, Suite 1050
            Philadelphia, PA 19103
            Tel: (215) 587-5680
            *Counsel for Robert H. Holber, Chapter 7 Trustee*

6398358 v1