# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| JOSEPH GRASSO, | : | |
| | : | Case No. 12-11063 (MDC) |
| Debtor. | : | |
| | : | **Re: Docket No. 1788** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

1. The Second Application for Trustee's Interim Compensation and Expenses (the "Application") was filed on September 8, 2017.

2. The Application and Notice of the Application [Docket No. 1789] were sent to all parties entitled to notice, as reflected in the Certificate of Service filed with the Application and Notice.

3. As of the date hereof, undersigned counsel has not received any answers or objections to the Application. A review of the docket in this case reflects that no answers or objections have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court approve the Application.

FLASTER/GREENBERG P.C.

Dated: October 4, 2017      By: /s/ *Harry J. Giacometti*
                                                    Harry J. Giacometti, Esquire
                                                    Steven D. Usdin, Esquire
                                                    1835 Market Street, Suite 1050
                                                    Philadelphia, PA 19103

                                                    Attorneys for the Trustee

6424594 v1