# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| JOSEPH GRASSO, | : |
|  | : Case No. 12-11063 (MDC) |
| Debtor. | : |
|  | : **Re: Docket No. 1790** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certify as follows:

1. The Tenth Interim Fee Application of Bederson LLP as Accountants for Christine C. Shubert as Chapter 7 Trustee for Compensation and Reimbursement of Expenses (the "Application") was filed on September 8, 2017 [Docket No. 1790].

2. The Application and Notice of the Application [Docket No. 1791] were sent to all parties entitled to notice, as reflected in the Certificate of Service filed with the Application and Notice.

3. As of the date hereof, undersigned counsel has not received any answers or objections to the Application. A review of the docket in this case reflects that no answers or objections have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court approve the Application.

FLASTER/GREENBERG P.C.

Dated: October 4, 2017     By: /s/ *Harry J. Giacometti*
                                Harry J. Giacometti, Esquire
                                Steven D. Usdin, Esquire
                                1835 Market Street, Suite 1050
                                Philadelphia, PA 19103
                                *Attorneys for the Chapter 7 Trustee*

6424583 v1