**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE:<br><br>JOSEPH GRASSO,<br><br>    Debtor. | :  <br>:   CHAPTER 11<br>:  <br>:   Case No. 12-11063 (MDC)<br>:  <br>:   **Re: Docket No. 1792** |

<u>**CERTIFICATE OF NO OBJECTION**</u>

The undersigned hereby certify as follows:

1. The Tenth Interim Application of Flaster/Greenberg P.C. for Compensation for Legal Services Rendered as Counsel for the Chapter 7 Trustee and for Reimbursement of Expenses (the "Application") was filed on September 8, 2017 [Docket No. 1792].

2. The Application and Notice of the Application [Docket No. 1793] were sent to all parties entitled to notice, as reflected in the Certificate of Service filed with the Application and Notice.

3. As of the date hereof, undersigned counsel has not received any answers or objections to the Application.  A review of the docket in this case reflects that no answers or objections have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court approve the Application.

FLASTER/GREENBERG P.C.

Dated:  October 4, 2017   By: /s/ *Harry J. Giacometti*
            Harry J. Giacometti, Esquire
            Steven D. Usdin, Esquire
            1835 Market Street, Suite 1050
            Philadelphia, PA 19103
            *Attorneys for the Trustee*

6424570 v1