UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Joseph Grasso

Case No. 12-11063-MDC

Debtor(s)

**ORDER APPROVING TRUSTEE'S SECOND APPLICATION FOR**
**INTERIM COMPENSATION AND EXPENSES**

AND NOW, this ___18th___ day of _____October_____, 2017 upon consideration of Application of Christine C. Shubert, Chapter 7 Trustee, for Compensation and Expenses (the "Application"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the sum of $10,574.57 is awarded as reasonable compensation for the services in this case by Christine C. Shubert, Trustee; and it is further

ORDERED that such sum does not exceed the limitations prescribed by 11 U.S.C. §326; and it is further

ORDERED that distribution will be paid to Christine C. Shubert pursuant to the terms of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Authority to Make Interim Distributions to Creditors pursuant to 11 U.S.C. §§105(a), 503, 507, 704 and 726 (the "Second Interim Distribution Motion"), and that such sums are awarded to the Trustee; and it is further

ORDERED that notwithstanding the sums awarded herein, the Trustee may file a further application for additional compensation and for reimbursement of additional expenses based upon any additional funds recovered or distributed by or on behalf of the Debtor's estate; and it is further

ORDERED that as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C. §330(a)(5), any compensation received pursuant to this Order is interim in nature and subject to final approval.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge