## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| JOSEPH GRASSO | ) | Case No. 12-11063 (MDC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

### ORDER

AND NOW, this __18th__ day of __October__, 2017, upon consideration of the Tenth Interim Application of Bederson LLP for Compensation Accountants Services Rendered as Accountants for Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of Expenses for the period March 1, 2017 through August 31, 2017, and after notice and an opportunity for hearing, it is

ORDERED that Bederson LLP, as accountants for the Chapter 7 Trustee, is hereby allowed the sum of $         as compensation for accounting fees and the sum of $     for reimbursement of expenses for the period of March 1, 2017 through August 31, 2017, and it is further

ORDERED, that the Chapter 7 Trustee is authorized to distribute to Bederson LLP, in her discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C. §330(a)(5), any compensation received by Bederson LLP, shall be subject to disgorgement to the extent required to achieve a pro rata distribution among claimants with the same priority.

BY THE COURT:


_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE