United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Grasso  
    Debtor

Case No. 12-11063-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 4     Date Rcvd: Oct 18, 2017  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.  
db          +Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:  
          AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aapplebaum@saul.com, csantangelo@saul.com  
          ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com  
          ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com  
          ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com  
          ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net  
          ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net  
          AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com  
          ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
          ANDREW JAY FLAME    on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com  
          ARSEN KASHKASHIAN    on behalf of Plaintiff Greg Bayer kashlaw@aol.com  
          ARSEN KASHKASHIAN    on behalf of Plaintiff John Larson kashlaw@aol.com  
          ASHLEY B. STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC astitzer@macelree.com, tnadachowski@macelree.com  
          AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com  
          AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com  
          BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com  
          BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM, cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com  
          BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company bkile@grenenbirsic.com, mcupec@grenenbirsic.com  
          BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company bkile@grenenbirsic.com, mcupec@grenenbirsic.com  
          BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com  
          BRIAN R. FITZGERALD    on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com, rfarren@klehr.com  
          BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank brya.keilson@usdoj.gov  
          CAMERON KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com, RRich2@hunton.com  
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
          CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com  
          CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com  
          CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov  
          DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com  
          DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com

```
District/off: 0313-2            User: PaulP              Page 2 of 4              Date Rcvd: Oct 18, 2017
                                Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com, pamedparalegal@comcast.net
        DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com, CBallasy@howlandhess.com
        DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC DMeakim@howlandhess.com, CBallasy@howlandhess.com
        DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
        DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
        DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
        EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
        EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
        EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC emiller@bayardlaw.com, lmorton@bayardlaw.com
        FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC frank.taney@taneylegal.com
        GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
        GARY F SEITZ    on behalf of    Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com
        GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
        GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
        HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of    Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HOWARD  GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
        J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
        JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation jhaney@wongfleming.com
        JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc. JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
        JEFFREY  KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP Kurtzman@kurtzmansteady.com

```
District/off: 0313-2            User: PaulP                   Page 3 of 4                  Date Rcvd: Oct 18, 2017
                                Form ID: pdf900               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc. jvenzie@venzie.com
          JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP jcianciulli@weirpartners.com, thall@weirpartners.com
          JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com; belle@braverlaw.com;sine@braverlaw.com
          JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
          JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc. jmcmahon@ciardilaw.com, mflores@ciardilaw.com,
          KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
          LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB lschwimmer@weirpartners.com, thall@weirpartners.com
          LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C. lmcmichael@dilworthlaw.com, cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire lmcmichael@dilworthlaw.com, cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C. lmcmichael@dilworthlaw.com, cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.com
          LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
          LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com, jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
          LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
          MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
          MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC 2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
          MAURICE R. MITTS    on behalf of    Donna  Grasso mmitts@mittslaw.com, agary@mittslaw.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC michael.vagnoni@obermayer.com, michele.emory@obermayer.com;Lucille.acello@obermayer.com
          MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          MICHAEL H. KALINER     mhkaliner@gmail.com
          MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P. mjoyce@crosslaw.com
          MICHAEL P. GIGLIOTTI    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI    on behalf of Creditor John  Larson gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
          MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com, r47593@notify.bestcase.com
          MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company mdisabatino@saul.com
          MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company mdisabatino@saul.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov
          PAUL BRINTON MASCHMEYER    on behalf of    MICHAEL H. KALINER pmaschmeyer@cmklaw.com, csilvano@cmklaw.com
          PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C. pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com
          REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
          RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com, plorenz@mmwr.com;
          ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
          ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com, rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com

```
District/off: 0313-2          User: PaulP                 Page 4 of 4                  Date Rcvd: Oct 18, 2017
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@saldutticollect.com,
           lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
          ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
          ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
          RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
          SARAH SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           SCHINDLERWILLIAMSS@BallardSpahr.com
          STEVEN D. USDIN    on behalf of     Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of    Christine  Shubert, Chapter 7 Trustee
           steven.usdin@flastergreenberg.com,   steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
           steven.usdin@flastergreenberg.com,   steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
           steven.usdin@flastergreenberg.com,   steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
          THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Terry P. Dershaw    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
          VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           marriott@ballardspahr.com
          WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                             TOTAL: 126
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Joseph Grasso

Case No. 12-11063-MDC

Debtor(s)

**ORDER APPROVING TRUSTEE'S SECOND APPLICATION FOR
<u>INTERIM COMPENSATION AND EXPENSES</u>**

AND NOW, this \_\_\_\_18th\_\_\_\_ day of _____October_____, 2017 upon consideration of Application of Christine C. Shubert, Chapter 7 Trustee, for Compensation and Expenses (the "Application"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the sum of $10,574.57 is awarded as reasonable compensation for the services in this case by Christine C. Shubert, Trustee; and it is further

ORDERED that such sum does not exceed the limitations prescribed by 11 U.S.C. §326; and it is further

ORDERED that distribution will be paid to Christine C. Shubert pursuant to the terms of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Authority to Make Interim Distributions to Creditors pursuant to 11 U.S.C. §§105(a), 503, 507, 704 and 726 (the "Second Interim Distribution Motion"), and that such sums are awarded to the Trustee; and it is further

ORDERED that notwithstanding the sums awarded herein, the Trustee may file a further application for additional compensation and for reimbursement of additional expenses based upon any additional funds recovered or distributed by or on behalf of the Debtor's estate; and it is further

ORDERED that as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C. §330(a)(5), any compensation received pursuant to this Order is interim in nature and subject to final approval.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge