United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-11063-mdc
Joseph Grasso                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 4    Date Rcvd: Oct 18, 2017
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
```
db             +Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514
acc           ++BEDERSON LLP,    347 MT PLEASANT AVENUE SUITE 200,     WEST ORANGE NJ 07052-2749
                (address filed with court:   Bederson & Company LLP,    405 Northfield Avenue,
                  c/o Charles N. Persing,    West Orange, NJ  07052)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
```
              AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aapplebaum@saul.com,
               csantangelo@saul.com
              ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
              ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
              AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
              ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW JAY FLAME    on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com
              ARSEN   KASHKASHIAN    on behalf of Plaintiff Greg   Bayer kashlaw@aol.com
              ARSEN   KASHKASHIAN    on behalf of Plaintiff John   Larson kashlaw@aol.com
              ASHLEY B. STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
               astitzer@macelree.com,  tnadachowski@macelree.com
              AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
              AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com,  imarciniszyn@weirpartners.com
              BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM,
               cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com
              BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company
               bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
              BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company
               bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
              BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              BRIAN R. FITZGERALD    on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com,
               rfarren@klehr.com
              BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank brya.keilson@usdoj.gov
              CAMERON   KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com,
               RRich2@hunton.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
```

```
District/off: 0313-2               User: PaulP              Page 2 of 4             Date Rcvd: Oct 18, 2017
                                   Form ID: pdf900          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

 CHRISTOPHER R. MOMJIAN   on behalf of Creditor   PA Dept of Revenue crmomjian@attorneygeneral.gov
 DAMIEN NICHOLAS TANCREDI   on behalf of Trustee CHRISTINE C. SHUBERT
  Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
 DAVID L. BRAVERMAN   on behalf of Creditor   Braverman Kaskey, P.C. dbraver@braverlaw.com,
  dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
 DAVID M. SHAFKOWITZ   on behalf of Creditor   15th and Sansom, L.P. dms@shafkowitzlaw.com,
  pamedparalegal@comcast.net
 DENNIS R. MEAKIM   on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
  CBallasy@howlandhess.com
 DENNIS R. MEAKIM   on behalf of Defendant   Bucks County Beverage Company, LLC
  DMeakim@howlandhess.com, CBallasy@howlandhess.com
 DEREK J. BAKER   on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
 DIMITRI L. KARAPELOU   on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
  dkarapelou@karapeloulaw.com
 DIMITRI L. KARAPELOU   on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
  dkarapelou@karapeloulaw.com
 EDWARD J. HAYES   on behalf of Creditor   Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
 EDWARD J. HAYES   on behalf of Defendant   Origins Holding Company, LLC ehayes@foxrothschild.com
 EVAN THOMAS MILLER   on behalf of Interested Party   Partnership Liquidity Investors, LLC
  emiller@bayardlaw.com, lmorton@bayardlaw.com
 FRANCIS X. TANEY   on behalf of Defendant   Volcafe Specialty Coffee LLC
  frank.taney@taneylegal.com
 GARY DAVID BRESSLER   on behalf of Plaintiff   The Sherwin Williams Company
  gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
 GARY F SEITZ   on behalf of   Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com
 GEORGE M. CONWAY   on behalf of   United States Trustee george.m.conway@usdoj.gov
 GRETCHEN M SANTAMOUR   on behalf of Creditor   VIST Bank gsantamour@stradley.com
 HARRY J. GIACOMETTI   on behalf of Attorney   Flaster/Greenberg P.C.
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
 HARRY J. GIACOMETTI   on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
 HARRY J. GIACOMETTI   on behalf of Plaintiff Christine C. Shubert
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
 HARRY J. GIACOMETTI   on behalf of Interested Party   Flaster/Greenberg P.C.
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
 HARRY J. GIACOMETTI   on behalf of   Christine  Shubert, Chapter 7 Trustee
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
 HARRY J. GIACOMETTI   on behalf of Plaintiff CHRISTINE C. SHUBERT
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
 HARRY J. GIACOMETTI   on behalf of Trustee CHRISTINE C. SHUBERT
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
 HARRY J. GIACOMETTI   on behalf of   Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
 HARRY J. GIACOMETTI   on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
 HARRY J. GIACOMETTI   on behalf of Plaintiff Christine  Shubert
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
 HOWARD  GERSHMAN   on behalf of Defendant   Russell Law Group hg229ecf@gmail.com,
  229ecf@glpoc.comcastbiz.net
 HUGH J. WARD   on behalf of U.S. Trustee   United States Trustee hugh.j.ward@usdoj.gov
 J. TIMOTHY ARNDT, III   on behalf of Creditor   Stonebridge Bank tarndt@lcslaw.com
 JAMES KEVIN HANEY   on behalf of Creditor   General Electric Capital Corporation
  jhaney@wongfleming.com
 JARRET P. HITCHINGS   on behalf of Creditor   Hill International, Inc.
  JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
 JEFFREY  KURTZMAN   on behalf of Creditor   15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
 JEFFREY  KURTZMAN   on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
 JEFFREY  KURTZMAN   on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com

```
District/off: 0313-2          User: PaulP              Page 3 of 4              Date Rcvd: Oct 18, 2017
                              Form ID: pdf900          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JEFFREY    KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP
           Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP
           Kurtzman@kurtzmansteady.com
          JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc.
           jvenzie@venzie.com
          JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
           jcianciulli@weirpartners.com, thall@weirpartners.com
          JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
           jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
           dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
          JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc.
           jmcmahon@ciardilaw.com, mflores@ciardilaw.com,
          KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
          LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           lschwimmer@weirpartners.com, thall@weirpartners.com
          LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
           com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
           com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.
           com
          LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
          LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
           jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
          LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
          MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
          MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
           2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
          MAURICE R. MITTS    on behalf of    Donna  Grasso mmitts@mittslaw.com, agary@mittslaw.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
           michael.vagnoni@obermayer.com, michele.emory@obermayer.com;Lucille.acello@obermayer.com
          MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          MICHAEL H. KALINER    mhkaliner@gmail.com
          MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
           mjoyce@crosslaw.com
          MICHAEL P. GIGLIOTTI    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. GIGLIOTTI    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
           r47593@notify.bestcase.com
          MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
           mdisabatino@saul.com
          MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
           mdisabatino@saul.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          PAUL BRINTON MASCHMEYER    on behalf of    MICHAEL H. KALINER pmaschmeyer@cmklaw.com,
           csilvano@cmklaw.com
          PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
           pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
           rbarnhart@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
           rbarnhart@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
           pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com
```

```
District/off: 0313-2              User: PaulP                  Page 4 of 4                  Date Rcvd: Oct 18, 2017
                                  Form ID: pdf900              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
              RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com, plorenz@mmwr.com;
              ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
              ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN    on behalf of    Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
               steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
               steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
              THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry P. Dershaw    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
              VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               marriott@ballardspahr.com
              WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                             TOTAL: 126
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| JOSEPH GRASSO | ) | Case No. 12-11063 (MDC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## ORDER

AND NOW, this __18th__ day of __October__, 2017, upon consideration of the Tenth Interim Application of Bederson LLP for Compensation Accountants Services Rendered as Accountants for Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of Expenses for the period March 1, 2017 through August 31, 2017, and after notice and an opportunity for hearing, it is

ORDERED that Bederson LLP, as accountants for the Chapter 7 Trustee, is hereby allowed the sum of $       as compensation for accounting fees and the sum of $    for reimbursement of expenses for the period of March 1, 2017 through August 31, 2017, and it is further

ORDERED, that the Chapter 7 Trustee is authorized to distribute to Bederson LLP, in her discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C. §330(a)(5), any compensation received by Bederson LLP, shall be subject to disgorgement to the extent required to achieve a pro rata distribution among claimants with the same priority.

BY THE COURT:

*Magdeline D. Coleman*

---
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE