## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| JOSEPH GRASSO, | ) | |
| | ) | Case No. 12-11063 (MDC) |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

### ORDER APPROVING TRUSTEE'S MOTION FOR
### AUTHORITY TO MAKE INTERIM DISTRIBUTIONS TO CREDITORS

AND NOW, this _31st_ day of _October_ , 2017, upon consideration of Motion

of Christine C. Shubert, Chapter 7 Trustee, for Authority to Make a Second Interim Distribution

to Creditors pursuant to 11 U.S.C. §§105(a), 503, 507, 704 and 726 (the "Motion"), and any and

all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED the Trustee is authorized to make the interim distributions set forth in the

Schedule attached to the Motion as Exhibit "B"; and it is further

ORDERED the Trustee is authorized to distribute the compensation and expenses

requested in her Second Interim Application (Docket No. 1788); and it is further

ORDERED that as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C.

§330(a)(5), any compensation received by the Chapter 7 Trustee or her professionals pursuant to

this Order is interim in nature and subject to final approval; and it is further

6395553 v1

ORDERED that the balance of the funds in the Trustee's account for the Debtor's estate

shall continue to be held by the Trustee until further Order of this Court.

BY THE COURT:


_Magdeline D. Cole_
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge