# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JOSEPH GRASSO, | Case No. 12-11063 (MDC) |
| Debtor. | |

## NOTICE OF TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS

On May 3, 2018, Christine C. Shubert, the Chapter 7 Trustee appointed in the above-captioned case, *Joseph Grasso*, filed a First Omnibus Objection to Claims, a copy of which is attached hereto.

**<u>Your claim may be reduced, modified, or eliminated.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, re-scheduled to be held before the Honorable Magdeline D. Coleman on **June 13, 2018, at 10:30 a.m.** in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.  If your or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

FLASTER/GREENBERG P.C.

Dated: May 3, 2018

By: */s/ Harry J. Giacometti*
Harry J. Giacometti, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Attorneys for Christine C. Shubert,
Chapter 7 Trustee

6698968 v1