# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Joseph Grasso, | : | |
| Debtor. | : | Bankruptcy No. 12-11063-MDC |

# O R D E R

**AND NOW**, on October 30, 2015, Christine Shubert, Chapter 7 Trustee filed a Motion for Approval of Stipulation of Settlement Pursuant to Bankruptcy Rule 9019 ("Settlement Agreement").[1]

It is hereby **ORDERED** that a status hearing on the Settlement Agreement is scheduled for **June 13, 2018, at 10:30 a.m. in Bankruptcy Courtroom No. 2, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania.**

Dated:   May 22, 2018

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035

Harry J. Giacometti, Esquire
Damien N. Tancredi, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg, PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

---

[1] Bankr. Docket No. 1600.

Leon R. Barson, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Alan L. Frank, Esquire
Alan L. Frank Law Associates PC
135 Old York Road
Jenkintown, PA 19046

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

Kevin P. Callahan, Esquire
Hugh J. Ward, Esquire
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Regina S. Kelbon, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Michael G. Menkowitz, Esquire
Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Lawrence G. McMichael, Esquire
Christie C. Comerford, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Dimitri L. Karapelou, Esquire
Law Offices of Dimitri L. Karapelou, LLC
2 Penn Center
1500 John F. Kennedy Boulevard, Suite 920
Philadelphia, PA 19102

Robert D. Cheifetz, Esquire
Sperling & Slate, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603

Roger G. Jones, Esquire
Austin L. McMullen, Esquire
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

Paul J. Winterhalter, Esquire
Offit Kurman, P.A.
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103