United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 12-11063-mdc
Joseph Grasso                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 4           Date Rcvd: May 22, 2018
                            Form ID: pdf900          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db          +Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514
aty         +LAWRENCE G. MCMICHAEL,    Dilworth Paxson LLP,    1500 Market Street,    Suite 3500E,
              Philadelphia, PA 19102-2101
aty         +ROBERT D. CHEIFETZ,    Sperling & Slater PC,    55 W. Monroe St,    Suite 2300,
              Chicago, IL 60603-5117
            +Christie C. Comerford, Esq.,    Dilworth Paxson LLP,    1500 Market Street, Suite 3500E,
              Philadelphia, PA 19102-2101
            +Hugh J Ward, Esq.,    United Staetes Trustee,    833 Chestnut Street, Suite 500,
              Philadelphia, PA 19107-4405
            +Kevin P. Callahan, Esq.,    Office of the United States Trustee,
              833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
            +Paul J. Winterhalter, Esq.,    Offit Kurman, PA,    Ten Penn Center,
              1801 Market Street, Suite 2300,    Philadelphia, PA 19103-1627
sp          +Robert H. Holber,    41 East Front Street,    Media, PA 19063-2911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
      AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aapplebaum@saul.com,
       csantangelo@saul.com
      ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
      ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
      AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
      ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      ANDREW JAY FLAME    on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com
      ARSEN  KASHKASHIAN    on behalf of Plaintiff John  Larson kashlaw@aol.com
      ARSEN  KASHKASHIAN    on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
      ASHLEY B. STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
       astitzer@macelree.com,    tnadachowski@macelree.com
      AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
      AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
      BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
       bgolub@weirpartners.com,    imarciniszyn@weirpartners.com
      BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM,
       cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com
      BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com,
       mcupec@grenenbirsic.com
      BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company
       bkile@grenenbirsic.com,    mcupec@grenenbirsic.com
      BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company
       bkile@grenenbirsic.com,    mcupec@grenenbirsic.com
      BRIAN R. FITZGERALD    on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com,
       rfarren@klehr.com

```
District/off: 0313-2           User: PaulP                  Page 2 of 4                   Date Rcvd: May 22, 2018
                               Form ID: pdf900              Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        BRYA M KEILSON    on behalf of Interested Party   The Bancorp Bank brya.keilson@usdoj.gov
        CAMERON  KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com, RRich2@hunton.com
        CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
        CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com
        CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
        CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
        DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
        DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
        DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com, pamedparalegal@comcast.net
        DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC DMeakim@howlandhess.com, CBallasy@howlandhess.com
        DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com, CBallasy@howlandhess.com
        DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
        DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
        DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
        EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
        EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
        EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC emiller@bayardlaw.com, lmorton@bayardlaw.com
        FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC frank.taney@taneylegal.com
        GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
        GARY F SEITZ    on behalf of  Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com
        GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
        GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
        HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of  Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
        HOWARD  GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
        J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com

```
District/off: 0313-2          User: PaulP              Page 3 of 4            Date Rcvd: May 22, 2018
                              Form ID: pdf900          Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation
           jhaney@wongfleming.com, cjackson@wongfleming.com,sshalloo@wongfleming.com
          JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc.
           JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
          JEFFREY   KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Creditor Michael   Grasso Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Creditor David   Grasso Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP
           Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP
           Kurtzman@kurtzmansteady.com
          JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc.
           jvenzie@venzie.com
          JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
           jcianciulli@weirpartners.com, thall@weirpartners.com
          JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
           jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
           dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
          JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc.
           jmcmahon@ciardilaw.com, mflores@ciardilaw.com,
          KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
          LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           lschwimmer@weirpartners.com, thall@weirpartners.com
          LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
          LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
           jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
          LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
          MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
          MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
           2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
          MAURICE R. MITTS    on behalf of    Donna Grasso mmitts@mittslaw.com, agary@mittslaw.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
          MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          MICHAEL H. KALINER    mhkaliner@gmail.com
          MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
           mjoyce@crosslaw.com
          MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
           r47593@notify.bestcase.com
          MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
           mdisabatino@saul.com
          MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
           mdisabatino@saul.com
          Michael P. Gigliotti    on behalf of Creditor John   Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Plaintiff Greg   Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Creditor Greg   Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Plaintiff John   Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          PAUL BRINTON MASCHMEYER    on behalf of   MICHAEL H. KALINER pmaschmeyer357@gmail.com,
           FMarinas@msn.com
```

```
District/off: 0313-2          User: PaulP              Page 4 of 4            Date Rcvd: May 22, 2018
                              Form ID: pdf900          Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
               pwinterhalter@offitkurman.com,   rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               pwinterhalter@offitkurman.com,   rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
              RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com,    plorenz@mmwr.com;
              ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
              ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@salduttIcollect.com,
               lmarciano@salduttIcollect.com;pwirth@salduttIcollect.com;kcollins@slgcollect.com
              ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN    on behalf of     Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com,   steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
               steven.usdin@flastergreenberg.com,   steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
               steven.usdin@flastergreenberg.com,   steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
              THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry P. Dershaw    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               marriott@ballardspahr.com
              VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
              WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                             TOTAL: 126
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Joseph Grasso, | : | |
| Debtor. | : | Bankruptcy No. 12-11063-MDC |

# **O R D E R**

    **AND NOW**, on October 30, 2015, Christine Shubert, Chapter 7 Trustee filed a Motion for Approval of Stipulation of Settlement Pursuant to Bankruptcy Rule 9019 ("Settlement Agreement").[1]

    It is hereby **ORDERED** that a status hearing on the Settlement Agreement is scheduled for **June 13, 2018, at 10:30 a.m. in Bankruptcy Courtroom No. 2, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania.**

Dated: May 22, 2018

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035

Harry J. Giacometti, Esquire
Damien N. Tancredi, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg, PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

---

[1] Bankr. Docket No. 1600.

Leon R. Barson, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Alan L. Frank, Esquire
Alan L. Frank Law Associates PC
135 Old York Road
Jenkintown, PA 19046

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

Kevin P. Callahan, Esquire
Hugh J. Ward, Esquire
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Regina S. Kelbon, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Michael G. Menkowitz, Esquire
Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Lawrence G. McMichael, Esquire
Christie C. Comerford, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Dimitri L. Karapelou, Esquire
Law Offices of Dimitri L. Karapelou, LLC
2 Penn Center
1500 John F. Kennedy Boulevard, Suite 920
Philadelphia, PA 19102

2

Robert D. Cheifetz, Esquire
Sperling & Slate, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603

Roger G. Jones, Esquire
Austin L. McMullen, Esquire
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

Paul J. Winterhalter, Esquire
Offit Kurman, P.A.
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103

3