UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| JOSEPH GRASSO, | : | |
| DEBTOR. | : | BANKRUPTCY NO. 12-11063-MDC |

# ORDER

**AND NOW**, this 15th day of June, 2018, upon consideration of the Second Interim and Final Application for Compensation and Reimbursement of Expenses of the Law Offices of Paul J. Winterhalter, P.C. (the "Firm") dated December 28, 2012 (the "Final Application"), Christine C. Shubert, the Chapter 7 Trustee's (the "Trustee") Objection to the Final Application dated May 24, 2013 (the "Limited Objections"), and hearings held thereon after remand from the United States District Court for the Eastern District of Pennsylvania (the "District Court"), it is hereby **ORDERED** that:

1. The Limited Objections are **SUSTAINED**.

2. The Order entered on August 17, 2012, the First Fee Order, granting the First Interim Application for Compensation and Reimbursement of Expenses of the Law Office of Paul J. Winterhalter, P.C. dated July 17, 2012 (the "First Interim Application"), and allowing compensation to be paid to the Firm in the amount of $47,912.50 for actual and necessary services and $1,388.66 for reimbursement of expenses in serving the Debtor is **VACATED**.

3. The First Interim Application is **DENIED IN ITS ENTIRETY**.

4. The Final Interim Application is **DENIED IN ITS ENTIRETY**.

5. Within thirty (30) days from the date of this Order, the Firm shall disgorge to the Trustee the post-petition payment in the amount of $30,000.00 received by the Firm on July 16,

2012, and paid by Curtis Investors, L.P.

6. Within thirty (30) days from the date of this Order, the Firm shall disgorge to Avalon Breezes Development, LLC the prepetition payment in the amount of $25,000.00 received by the Firm and paid by Avalon Breezes Development, LLC.

7. Because the Court found that Paul J. Winterhalter, Esquire ("Winterhalter") did not comply with his professional obligations imposed by, among others, the Pennsylvania Rules of Professional Conduct, this Court will refer this matter to the District Court and the appropriate disciplinary boards.

8. Within thirty (30) days from the date of this Order, Winterhalter shall file with the Court a list of all jurisdictions in which he is authorized to practice.

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Paul J. Winterhalter, Esquire
Offit Kurman, P.A.
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035

Harry J. Giacometti, Esquire
Damien N. Tancredi, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg, PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

2

Lawrence G. McMichael, Esquire
Christie C. Comerford, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

Dimitri L. Karapelou, Esquire
Law Offices of Dimitri L. Karapelou, LLC
2 Penn Center
1500 John F. Kennedy Boulevard, Suite 920
Philadelphia, PA 19102

Robert D. Cheifetz, Esquire
Sperling & Slate, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603

Roger G. Jones, Esquire
Austin L. McMullen, Esquire
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

Avalon Breezes Plaza Condominium
c/o Andrew J. Karcich, Esquire
Lynch & Karcich, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043