United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-11063-mdc
Joseph Grasso                                                       Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 4          Date Rcvd: Jun 15, 2018
                              Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
db              +Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514
aty             +LAWRENCE G. MCMICHAEL,    Dilworth Paxson LLP,    1500 Market Street,    Suite 3500E,
                  Philadelphia, PA 19102-2101
aty            #+Paul J. Winterhalter, P.C.,    1717 Arch Street,    Suite 4110,    Philadelphia, PA 19103-2839
aty             +ROBERT D. CHEIFETZ,    Sperling & Slater PC,    55 W. Monroe St,    Suite 2300,
                  Chicago, IL 60603-5117
12749922        +Avalon Breezes Plaza Condominium,    Unit Property Owners,    c/o Andrew J. Karcich, Esquire,
                  1020 Laurel Oak Road, Suite 100,    Voorhees, NJ 08043-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
              AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aapplebaum@saul.com,
               csantangelo@saul.com
              ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
              ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
              AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
              ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW JAY FLAME    on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com
              ARSEN   KASHKASHIAN    on behalf of Plaintiff Greg   Bayer kashlaw@aol.com
              ARSEN   KASHKASHIAN    on behalf of Plaintiff John   Larson kashlaw@aol.com
              ASHLEY B. STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
               astitzer@macelree.com, tnadachowski@macelree.com
              AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
              AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com, imarciniszyn@weirpartners.com
              BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM,
               cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com
              BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company
               bkile@grenenbirsic.com, mcupec@grenenbirsic.com
              BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company
               bkile@grenenbirsic.com, mcupec@grenenbirsic.com
              BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              BRIAN R. FITZGERALD    on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com,
               rfarren@klehr.com
              BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank brya.keilson@usdoj.gov

```
District/off: 0313-2           User: Virginia              Page 2 of 4                  Date Rcvd: Jun 15, 2018
                               Form ID: pdf900             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          CAMERON KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com,
          RRich2@hunton.com
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
          CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
          J100@ecfcbis.com
          CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
          CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
          DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
          Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
          DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
          verlaw.com
          DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com,
          pamedparalegal@comcast.net
          DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC
          DMeakim@howlandhess.com, CBallasy@howlandhess.com
          DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
          CBallasy@howlandhess.com
          DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
          DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
          dkarapelou@karapeloulaw.com
          DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
          dkarapelou@karapeloulaw.com
          EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
          EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
          EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
          emiller@bayardlaw.com, lmorton@bayardlaw.com
          FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC
          frank.taney@taneylegal.com
          GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company
          gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
          GARY F SEITZ    on behalf of  Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com
          GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
          GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
          HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C.
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C.
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of  Christine  Shubert, Chapter 7 Trustee
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HOWARD GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com,
          229ecf@glpoc.comcastbiz.net
          HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
          J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
          JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation
          jhaney@wongfleming.com, cjackson@wongfleming.com,sshalloo@wongfleming.com

```
District/off: 0313-2          User: Virginia            Page 3 of 4              Date Rcvd: Jun 15, 2018
                              Form ID: pdf900           Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc.
           JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
          JEFFREY   KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Creditor Michael   Grasso Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Creditor David   Grasso Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP
           Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Interested Party   Grasso Holdings Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP
           Kurtzman@kurtzmansteady.com
          JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc.
           jvenzie@venzie.com
          JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
           jcianciulli@weirpartners.com, thall@weirpartners.com
          JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
           jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
           dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
          JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc.
           jmcmahon@ciardilaw.com, mflores@ciardilaw.com
          KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
          LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           lschwimmer@weirpartners.com, thall@weirpartners.com
          LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
          LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
           jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
          LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
          MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
          MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
           2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
          MAURICE R. MITTS    on behalf of    Donna  Grasso mmitts@mittslaw.com, agary@mittslaw.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
          MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          MICHAEL H. KALINER    mhkaliner@gmail.com
          MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
           mjoyce@crosslaw.com
          MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
           r47593@notify.bestcase.com
          MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
           mdisabatino@saul.com
          MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
           mdisabatino@saul.com
          Michael P. Gigliotti    on behalf of Creditor John   Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Plaintiff Greg   Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Creditor Greg   Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Plaintiff John   Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          PAUL BRINTON MASCHMEYER    on behalf of   MICHAEL H. KALINER pmaschmeyer357@gmail.com,
           FMarinas@msn.com
          PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
           pwinterhalter@offitkurman.com, rcovington@offitkurman.com
```

```
District/off: 0313-2          User: Virginia              Page 4 of 4                  Date Rcvd: Jun 15, 2018
                              Form ID: pdf900             Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              PAUL J. WINTERHALTER    on behalf of Defendant   Law Offices of Paul J. Winterhalter, P.C.
               pwinterhalter@offitkurman.com, rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
              RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com, plorenz@mmwr.com;
              ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
              ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT L. SALDUTTI    on behalf of Creditor   Putnam Leasing Company rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              ROGER GALE JONES    on behalf of Creditor   Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES    on behalf of Plaintiff   Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN    on behalf of    Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Accountant   Bederson & Company LLP
               steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Attorney   Flaster/Greenberg P.C.
               steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
              THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry P. Dershaw    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VINCENT J. MARRIOTT, III    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               marriott@ballardspahr.com
              VINCENT J. MARRIOTT, III    on behalf of Creditor   GCCFC marriott@ballardspahr.com
              WILLIAM J. LEVANT    on behalf of Creditor   Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                             TOTAL: 126
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| JOSEPH GRASSO, | : | |
| DEBTOR. | : | BANKRUPTCY NO. 12-11063-MDC |

# ORDER

**AND NOW**, this 15th day of June, 2018, upon consideration of the Second Interim and Final Application for Compensation and Reimbursement of Expenses of the Law Offices of Paul J. Winterhalter, P.C. (the "Firm") dated December 28, 2012 (the "Final Application"), Christine C. Shubert, the Chapter 7 Trustee's (the "Trustee") Objection to the Final Application dated May 24, 2013 (the "Limited Objections"), and hearings held thereon after remand from the United States District Court for the Eastern District of Pennsylvania (the "District Court"), it is hereby **ORDERED** that:

1. The Limited Objections are **SUSTAINED**.

2. The Order entered on August 17, 2012, the First Fee Order, granting the First Interim Application for Compensation and Reimbursement of Expenses of the Law Office of Paul J. Winterhalter, P.C. dated July 17, 2012 (the "First Interim Application"), and allowing compensation to be paid to the Firm in the amount of $47,912.50 for actual and necessary services and $1,388.66 for reimbursement of expenses in serving the Debtor is **VACATED**.

3. The First Interim Application is **DENIED IN ITS ENTIRETY**.

4. The Final Interim Application is **DENIED IN ITS ENTIRETY**.

5. Within thirty (30) days from the date of this Order, the Firm shall disgorge to the Trustee the post-petition payment in the amount of $30,000.00 received by the Firm on July 16,

2012, and paid by Curtis Investors, L.P.

6. Within thirty (30) days from the date of this Order, the Firm shall disgorge to Avalon Breezes Development, LLC the prepetition payment in the amount of $25,000.00 received by the Firm and paid by Avalon Breezes Development, LLC.

7. Because the Court found that Paul J. Winterhalter, Esquire ("Winterhalter") did not comply with his professional obligations imposed by, among others, the Pennsylvania Rules of Professional Conduct, this Court will refer this matter to the District Court and the appropriate disciplinary boards.

8. Within thirty (30) days from the date of this Order, Winterhalter shall file with the Court a list of all jurisdictions in which he is authorized to practice.

*[signature]*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Paul J. Winterhalter, Esquire
Offit Kurman, P.A.
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035

Harry J. Giacometti, Esquire
Damien N. Tancredi, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg, PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

2

Lawrence G. McMichael, Esquire
Christie C. Comerford, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

Dimitri L. Karapelou, Esquire
Law Offices of Dimitri L. Karapelou, LLC
2 Penn Center
1500 John F. Kennedy Boulevard, Suite 920
Philadelphia, PA 19102

Robert D. Cheifetz, Esquire
Sperling & Slate, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603

Roger G. Jones, Esquire
Austin L. McMullen, Esquire
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

Avalon Breezes Plaza Condominium
c/o Andrew J. Karcich, Esquire
Lynch & Karcich, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043