UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                     )
                                           )   Chapter 7
JOSEPH GRASSO,                             )
                                           )   Case No. 12-11063 (MDC)
         Debtor.                           )
                                           )
_____        )

## ORDER GRANTING TRUSTEE'S OBJECTIONS TO CLAIM NOS. 5, 6, 13 AND 16

AND NOW, this __21st__ day of __June__, 2018, upon consideration of First Omnibus Objection to Claims filed by Christine C. Shubert, Chapter 7 Trustee (the "Claim Objection"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Claim Objection is hereby SUSTAINED as to Proof of Claim Nos. 5, 6, 13 and 16; and it is

FURTHER ORDERED that

1.  Proof of Claim No. 5 filed by John D. Larson is hereby DISALLOWED.

2.  Proof of Claim No. 6 filed by Greg Bayer is hereby DISALLOWED.

3.  Proof of Claim No. 13 filed by Jerry Ehrlich is hereby DISALLOWED.

4.  Proof of Claim No. 16 filed by Thomas Mackin is hereby DISALLOWED.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

6777533 v1