# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| JOSEPH GRASSO, ) | |
| ) | Case No. 12-11063 (MDC) |
| Debtor. ) | |

## ORDER GRANTING TRUSTEE'S OBJECTIONS TO CLAIM NOS. 5, 6, 13 AND 16

AND NOW, this 27th day of June, 2018, upon consideration of First Omnibus Objection to Claims filed by Christine C. Shubert, Chapter 7 Trustee (the "Claim Objection"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Claim Objection is hereby SUSTAINED as to Proof of Claim Nos. 7, 21, 41 and 47, and it is

FURTHER ORDERED that

1. Proof of Claim No. 7 filed by VIST Bank is hereby DISALLOWED.

2. Proof of Claim No. 21 filed by CIBC, Inc. is hereby DISALLOWED.

3. Proof of Claim No. 41 filed by U.S. Bank National Association, as Trustee for certain Registered Holders is hereby DISALLOWED.

4. ~~Proof of Claim No. 47 filed by GCCFC 2007-GG11 Sanatoga Retail Limited Partnership is hereby DISALLOWED.~~

BY THE COURT:

_Magdeline D. C_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

6786060 v1