United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-11063-mdc
Joseph Grasso                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW              Page 1 of 4            Date Rcvd: Jun 26, 2018
                               Form ID: pdf900             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db          +Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514
12690810    +Greg Bayer,    50 Highland Road,    Burr Ridge, IL 60527-7029
12730892     Jerry Ehrlich,    c/o Brian J. Smith, Esquire,    140 E. Butler Avenue,    PO Box 387,
              Ambler, PA 19002-0387
12690812    +John D. Larson,    10765 Clock Tower Drive,    Countryside, IL 60525-3150
12690835    +Thomas Mackin,    4910 Martha Lane,   Swenksville, PA 19473-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aapplebaum@saul.com,
               csantangelo@saul.com
              ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
              ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
              AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
              ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW JAY FLAME    on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com
              ARSEN  KASHKASHIAN    on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
              ARSEN  KASHKASHIAN    on behalf of Plaintiff John  Larson kashlaw@aol.com
              ASHLEY B. STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
               astitzer@macelree.com,    tnadachowski@macelree.com
              AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
              AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com,    imarciniszyn@weirpartners.com
              BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM,
               cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com
              BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company
               bkile@grenenbirsic.com,    mcupec@grenenbirsic.com
              BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company
               bkile@grenenbirsic.com,    mcupec@grenenbirsic.com
              BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              BRIAN R. FITZGERALD    on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com,
               rfarren@klehr.com
              BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank brya.keilson@usdoj.gov
              CAMERON  KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com,
               RRich2@hunton.com
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net,    J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov

```
District/off: 0313-2          User: ChrissyW           Page 2 of 4          Date Rcvd: Jun 26, 2018
                              Form ID: pdf900          Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
         Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
         DAVID L. BRAVERMAN    on behalf of Creditor   Braverman Kaskey, P.C. dbraver@braverlaw.com,
         dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
         DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com,
         pamedparalegal@comcast.net
         DENNIS R. MEAKIM    on behalf of Defendant   Bucks County Beverage Company, LLC
         DMeakim@howlandhess.com, CBallasy@howlandhess.com
         DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
         CBallasy@howlandhess.com
         DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
         DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
         dkarapelou@karapeloulaw.com
         DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
         dkarapelou@karapeloulaw.com
         EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
         EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
         EVAN THOMAS MILLER    on behalf of Interested Party   Partnership Liquidity Investors, LLC
         emiller@bayardlaw.com, lmorton@bayardlaw.com
         FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC
         frank.taney@taneylegal.com
         GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company
         gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
         GARY F SEITZ    on behalf of  Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com
         GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
         GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
         HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C.
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C.
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of  Christine  Shubert, Chapter 7 Trustee
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of   Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HOWARD  GERSHMAN    on behalf of Defendant   Russell Law Group hg229ecf@gmail.com,
         229ecf@glpoc.comcastbiz.net
         HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
         J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
         JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation
         jhaney@wongfleming.com, cjackson@wongfleming.com,sshalloo@wongfleming.com
         JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc.
         JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
         JEFFREY  KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
         JEFFREY  KURTZMAN    on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
         JEFFREY  KURTZMAN    on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
         JEFFREY  KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP
         Kurtzman@kurtzmansteady.com

```
District/off: 0313-2          User: ChrissyW               Page 3 of 4                   Date Rcvd: Jun 26, 2018
                              Form ID: pdf900              Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JEFFREY   KURTZMAN    on behalf of Interested Party   Grasso Holdings Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP
               Kurtzman@kurtzmansteady.com
              JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc.
               jvenzie@venzie.com
              JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
               jcianciulli@weirpartners.com,    thall@weirpartners.com
              JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
               jgrossman@grossmanfirm.com,    jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
              JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
              JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc.
               jmcmahon@ciardilaw.com,    mflores@ciardilaw.com,
              KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
              LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               lschwimmer@weirpartners.com,    thall@weirpartners.com
              LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
              LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
               jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
              LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com,   rwarren@saul.com
              MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
              MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
               2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com,    donna.curcio@bipc.com
              MAURICE R. MITTS    on behalf of    Donna  Grasso mmitts@mittslaw.com,    agary@mittslaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
              MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              MICHAEL H. KALINER     mhkaliner@gmail.com
              MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
               mjoyce@crosslaw.com
              MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
               r47593@notify.bestcase.com
              MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              Michael P. Gigliotti    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PAUL BRINTON MASCHMEYER    on behalf of    MICHAEL H. KALINER pmaschmeyer357@gmail.com,
               FMarinas@msn.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
               pwinterhalter@offitkurman.com,    rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               pwinterhalter@offitkurman.com,    rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
```

```
District/off: 0313-2           User: ChrissyW              Page 4 of 4                   Date Rcvd: Jun 26, 2018
                               Form ID: pdf900             Total Noticed: 5


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com,    plorenz@mmwr.com;
              ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
              ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN    on behalf of     Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com,    steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
               steven.usdin@flastergreenberg.com,    steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
               steven.usdin@flastergreenberg.com,    steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
              THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry P. Dershaw    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               marriott@ballardspahr.com
              VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
              WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                             TOTAL: 126
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| JOSEPH GRASSO, | ) |
| | ) Case No. 12-11063 (MDC) |
| Debtor. | ) |
| | ) |
| | ) |

### ORDER GRANTING TRUSTEE'S OBJECTIONS TO CLAIM NOS. 5, 6, 13 AND 16

AND NOW, this __21st__ day of __June__, 2018, upon consideration of First Omnibus Objection to Claims filed by Christine C. Shubert, Chapter 7 Trustee (the "Claim Objection"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Claim Objection is hereby SUSTAINED as to Proof of Claim Nos. 5, 6, 13 and 16; and it is

FURTHER ORDERED that

1. Proof of Claim No. 5 filed by John D. Larson is hereby DISALLOWED.

2. Proof of Claim No. 6 filed by Greg Bayer is hereby DISALLOWED.

3. Proof of Claim No. 13 filed by Jerry Ehrlich is hereby DISALLOWED.

4. Proof of Claim No. 16 filed by Thomas Mackin is hereby DISALLOWED.

BY THE COURT:

_Magdeline D. C_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge