# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | Chapter 7 |
| JOSEPH GRASSO, | Case No. 12-11063 (MDC) |
| Debtor | |

## NOTICE OF APPEAL

Paul J. Winterhalter, P.C., hereby appeals the Order of the United States Bankruptcy Court dated June 15, 2018 in its entirety, including but not limited to the Bankruptcy Court denying the Second Interim and Final Fee Application of Paul J. Winterhalter, P.C. for the approval and authorization of the payment of professional fees as counsel for the Debtor in Possession; the vacation, reversal and denial of the Court's prior Order dated August 17, 2012 approving and authorizing the previous payment of professional legal fees as counsel for the Debtor in Possession; the direction that Paul J. Winterhalter, P.C. re-pay monies paid on account of those fees back to the Bankruptcy Estate. A copy of the Order is appended as Exhibit 1 to this Notice of Appeal.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Roger G. Jones, Esquire
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Rjones@babc.com
Tel.: 615-252-2323
*Counsel for Madison Capital Company, LLC*

Mr. Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035
*215-680-6800*

*-Continued on next page-*

1

CC: Judge Coleman
District Court, P. Winter Halter
Electronic J. Grasso, Debtor
US. Trustee H. Giaconetti
D. Tancredi
S. Usdin
L mc michael
C. Comerford
C. Shubert
D. Kartfelow
R. Cheifetz
R. Jones
A. McMullen
A. Karcich

Harry J. Giacometti, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg, P.C.
4 Penn Center
1600 John F. Kennedy Boulevard, 2nd Floor
Philadelphia, PA 19103
Tel. 215-587-5680
harry.giacometti@flastergreenberg.com
steven.usdin@flastergreenberg.com
*Counsel for Christine C. Shubert, Chapter 7 Trustee*

Respectfully submitted,

OFFIT KURMAN, P.A.

By: */S/ P.J. Winterhalter*
     PAUL J. WINTERHALTER
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Tel: 267.338.1370
Fax: 267.338.1335
Email: pwinterhalter@offitkurman.com


DILWORTH PAXSON, LLP

By:*/S/ Lawrence G. McMichael*
     LAWRENCE G. McMICHAEL
     ANNE M. ARRONSON
1500 Market Street, Suite 3500E
Philadelphia, PA 19103
Email: lmcmichael@dilworthlaw.com
          aaaronson@dilworthlaw.com


Dated: June 28, 2018