

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

June 29, 2018

Re: Joseph Grasso
Bankruptcy No.: 12-11063MDC
Civil Action No.

18  2798

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(x) Certificate of appeal from order entered June 15, 2018 by the Honorable Magdeline D. Coleman.
    Notice of appeal filing fee (x)paid ( )not paid

( ) Designation of Record on Appeal Filed
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .
    ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered by the Honorable .
    ( ) Objections filed .

( ) Report and recommendation entered by the Honorable .

    ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: Paul A. Puskar
Deputy Clerk

---

Received Above material or record tile this 2nd day of July, 2018.

Civil Action No. 18 CV 2798    Signature: Steve Tomas

Miscellaneous No. _____    Date: JUL -2 2018

Assigned to Judge _____

BFL5.frm(rev 11/8/17)

JUL -2 2018