IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| JOSEPH GRASSO, | : | Case No. 12-11063 (MDC) |
|  | : |  |
| *Debtor*. | : |  |

**CERTIFICATE OF SERVICE FOR APPELLANT'S
DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD
ON APPEAL AND STATEMENT OF ISSUES**

I, Paul J. Winterhalter, Esquire, hereby certify that I did cause a true and correct copy of the foregoing Appellant's Designation of Items to be Included in Record on Appeal and Statement of Issues to be served this 10th day of July, 2018 via the CM/ECF System of the Bankruptcy Court or by U.S. Mail, postage prepaid, upon the following parties in interest who participated in the contested matter:

The Honorable Magdeline D. Coleman
Judge, U.S. Bankruptcy Court
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Room 214
Philadelphia, PA 19107

Roger G. Jones, Esquire
Austin L. McMullen, Esquire
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Rjones@babc.com
amcmullen@babc.com
*Counsel for Madison Capital Company, LLC*

*-continued on following page-*

Harry J. Giacometti, Esquire
Steven D. Usdin, Esquire
Damien N. Tancredi, Esquire
Flaster/Greenberg, P.C.
4 Penn Center
1600 John F. Kennedy Boulevard, 2nd Floor
Philadelphia, PA 19103
harry.giacometti@flastergreenberg.com
steven.usdin@flastergreenberg.com
damien.tancredi@flastergreenberg.com
*Counsel for Christine C. Shubert, Chapter 7 Trustee*

Dimitri L. Karapelou, Esquire
Law Offices of Dimitri Karapelou, LLC
2 Penn Center
1500 John F. Kennedy Boulevard, Suite 920
Philadelphia, PA 19102
dkarapelou@karapeloulaw.com
*Counsel for Marshall J. Katz*

Robert D. Cheifetz, Esquire
Sperling & Slater, P.C.
55 West Monroe Street, Suite 2300
Chicago, IL 60603
robc@sperling-law.com
*Counsel for Marshall J. Katz*

*-continued on following page-*

Mr. Joseph Grasso
649 Dodds Lane
Gladwyne, PA 19035

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By: */S/P.J. Winterhalter*
    PAUL J. WINTERHALTER
    1801 Market Street, Suite 2300
    Philadelphia, PA 1903
    Telephone: 267.338.1370
    Facsimile: 267.338.1335
    E-mail: pwinterhalter@offitkurman.com

**DILWORTH PAXSON, LLP**

By: */S/Lawrence G. McMichael*
    LAWRENCE G. McMICHAEL
    CHRISTIE CALLAHAN COMERFORD
    ANNE M. AARONSON
    1500 Market Street, Suite 3500E
    Philadelphia, PA 19103
    Telephone: 215.575.7000
    Facsimile: 215.575.7200
    E-mail: lmcmichael@dilworthlaw.com
            ccomerford@dilworthlaw.com
            aaaronson@dilworthlaw.com

Dated: July 10, 2018