## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| JOSEPH GRASSO, | ) |
| | ) Case No. 12-11063 (MDC) |
| Debtor. | ) |
| | ) |
| | ) |

### ORDER GRANTING TRUSTEE'S OBJECTION TO CLAIM NO. 47

AND NOW, this __11th__ day of __July__, 2018, upon consideration of First Omnibus Objection to Claims filed by Christine C. Shubert, Chapter 7 Trustee (the "Claim Objection"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Claim Objection is hereby SUSTAINED as to Proof of Claim No. 47, and it is

FURTHER ORDERED that Proof of Claim No. 47 filed by GCCFC 2007-GG11 Sanatoga Retail Limited Partnership is hereby DISALLOWED.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

6796324 v1