**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| JOSEPH GRASSO, | : | Case No. 12-11063 (MDC) |
|  | : |  |
| Debtor | : |  |
|  | : |  |

**STATEMENT OF JURISDICTIONS**

I, Paul J. Winterhalter, in compliance with the Bankruptcy Court's Order dated June 15, 2018, hereby advised that I am a member in good standing of the following jurisdictions:

Commonwealth of Pennsylvania
State of New Jersey
United States Supreme Court
United States Court of Appeals for the Third Circuit
U.S. District Court for the Eastern District of Pennsylvania
U.S. District Court for the Middle District of Pennsylvania
U.S. District Court for the District of New Jersey
U.S. Bankruptcy Court for the Eastern District of Pennsylvania
U.S. Bankruptcy Court for the Middle District of Pennsylvania
U.S. Bankruptcy Court for the District of New Jersey

Respectfully submitted,

OFFIT KURMAN, P.A.

By: */S/ P.J. Winterhalter*
    PAUL J. WINTERHALTER
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Tel: 267.338.1370
Fax: 267.338.1335
Email: pwinterhalter@offitkurman.com

Dated: July 13, 2018