United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 12-11063-mdc
Joseph Grasso                                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP             Page 1 of 4             Date Rcvd: Jul 12, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
db         +Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514
cr         +GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC,    c/o Mark Pfeiffer, Esquire,
             Buchanan Ingersoll & Rooney PC,    50 S. 16th St., Ste. 3200,    Philadelphia, PA 19102-2555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
        AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aaron.applebaum@saul.com,
        Catherine.santangelo@saul.com
        ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
        ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
        ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
        ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
        ALAN L. FRANK    on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net
        ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
        AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
        ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        ANDREW JAY FLAME    on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com
        ARSEN  KASHKASHIAN    on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
        ARSEN  KASHKASHIAN    on behalf of Plaintiff John  Larson kashlaw@aol.com
        ASHLEY B. STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
        astitzer@macelree.com,    tnadachowski@macelree.com
        AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
        AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
        BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
        bgolub@weirpartners.com,    imarciniszyn@weirpartners.com
        BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM,
        cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com
        BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company
        bkile@grenenbirsic.com,    mcupec@grenenbirsic.com
        BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company
        bkile@grenenbirsic.com,    mcupec@grenenbirsic.com
        BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com,
        mcupec@grenenbirsic.com
        BRIAN R. FITZGERALD    on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com,
        rfarren@klehr.com
        BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank brya.keilson@usdoj.gov
        CAMERON  KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com,
        RRich2@hunton.com
        CHRISTINE C. SHUBERT     christine.shubert@comcast.net,    J100@ecfcbis.com
        CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
        J100@ecfcbis.com
        CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
        CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
        DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
        Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com

```
District/off: 0313-2              User: PaulP                  Page 2 of 4                  Date Rcvd: Jul 12, 2018
                                  Form ID: pdf900              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com,
               pamedparalegal@comcast.net
              DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
               CBallasy@howlandhess.com
              DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC
               DMeakim@howlandhess.com, CBallasy@howlandhess.com
              DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
              DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
               dkarapelou@karapeloulaw.com
              DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
               dkarapelou@karapeloulaw.com
              EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
              EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
              EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
               emiller@bayardlaw.com, lmorton@bayardlaw.com
              FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC
               frank.taney@taneylegal.com
              GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company
               gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
              GARY F SEITZ    on behalf of  Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com
              GEORGE M. CONWAY    on behalf of   United States Trustee george.m.conway@usdoj.gov
              GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
              HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C.
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C.
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of  Christine  Shubert, Chapter 7 Trustee
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HOWARD  GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
              J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
              JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation
               jhaney@wongfleming.com, cjackson@wongfleming.com,sshalloo@wongfleming.com
              JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc.
               JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
              JEFFREY  KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP
               Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com

```
District/off: 0313-2          User: PaulP              Page 3 of 4            Date Rcvd: Jul 12, 2018
                              Form ID: pdf900          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JEFFREY   KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP
           Kurtzman@kurtzmansteady.com
          JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc.
           jvenzie@venzie.com
          JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
           jcianciulli@weirpartners.com, lobrien@weirpartners.com
          JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
           jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
           dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
          JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc.
           jmcmahon@ciardilaw.com, mflores@ciardilaw.com,
          KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
          LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           lschwimmer@weirpartners.com, lobrien@weirpartners.com
          LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
          LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
           jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
          LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
          MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
          MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
           2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
          MAURICE R. MITTS    on behalf of    Donna  Grasso mmitts@mittslaw.com, agary@mittslaw.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
          MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          MICHAEL H. KALINER     mhkaliner@gmail.com
          MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
           mjoyce@crosslaw.com
          MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
           r47593@notify.bestcase.com
          MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
           mdisabatino@saul.com
          MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
           mdisabatino@saul.com
          Michael P. Gigliotti    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          PAUL BRINTON MASCHMEYER    on behalf of    MICHAEL H. KALINER pmaschmeyer357@gmail.com,
           FMarinas@msn.com
          PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
           pwinterhalter@offitkurman.com, rcovington@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
           pwinterhalter@offitkurman.com, rcovington@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
           rcovington@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
           rcovington@offitkurman.com
          REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
          RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com, plorenz@mmwr.com;
          ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
```

```
District/off: 0313-2            User: PaulP                  Page 4 of 4                  Date Rcvd: Jul 12, 2018
                                Form ID: pdf900              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN    on behalf of    Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
              THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry P. Dershaw     td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
              VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               marriott@ballardspahr.com
              WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                             TOTAL: 127
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| JOSEPH GRASSO, ) | |
| ) | Case No. 12-11063 (MDC) |
| Debtor. ) | |
| ) | |
| _____ ) | |

### ORDER GRANTING TRUSTEE'S OBJECTION TO CLAIM NO. 47

AND NOW, this __11th__ day of __July__, 2018, upon consideration of First Omnibus Objection to Claims filed by Christine C. Shubert, Chapter 7 Trustee (the "Claim Objection"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Claim Objection is hereby SUSTAINED as to Proof of Claim No. 47, and it is

FURTHER ORDERED that Proof of Claim No. 47 filed by GCCFC 2007-GG11 Sanatoga Retail Limited Partnership is hereby DISALLOWED.

BY THE COURT:

_Magdeline D. Coleman_
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

6796324 v1