**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JOSEPH GRASSO, | |
| Debtor. | Case No. 12-11063 (MDC) |

**APPELLEE DESIGNATION OF ADDITIONAL ITEM FOR RECORD ON APPEAL**

Christine C. Shubert (the "Trustee"), the Chapter 7 Trustee for the Estate of Joseph Grasso (the "Debtor"), by and through her undersigned counsel, Flaster/Greenberg, P.C., hereby designates the following additional item to be included as part of the record on appeal pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure:

| Docket No. | Filing Date | Description |
|---|---|---|
| 34 | 3/5/2012 | Schedule B |
| 193 | 8/2/2012 | Motion to Convert Case to Chapter 7 |
| 258 | 9/14/2012 | Motion of Madison Capital to Appoint Chapter 11 Trustee |
| 270 | 9/28/2012 | Debtor's Response to Motion [Docket No. 258] |
| 301 | 10/15/2012 | Order Granting Motion to Appoint Chapter 11 Trustee |
| 550 | 4/4/2013 | Order |
| 551 | 4/4/2013 | Memorandum re: Order [Docket No. 550] |
| 1474 | 3/11/2015 | Motion to Continue Hearing on Application |
| 1696 | 3/25/2016 | Transcript of Day 5 of Remand Hearing, May 29, 2015 |

Dated: July 24, 2018

**FLASTER/GREENBERG, P.C.**

By: */s/ Harry J. Giacometti*
Harry J. Giacometti, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Tel: (215) 587-5680
*Attorneys for Christine C. Shubert,*
*Chapter 7 Trustee*

6820804 v1