UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                      Telephone
Clerk                                                                                                        (215) 408-2800

July 26, 2018

Re:   Joseph Grasso
      Bankruptcy No.: 12-11063MDC
      Civil Action No. 18-cv-2798

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered June 15, 2018 by the Honorable Magdeline D Coleman.
   Notice of appeal filing fee ()paid    ()not paid

(x) Appelant"s Designation of Record on Appeal Filed

() Designation of Record on Appeal Not Filed

(x) Supplemental certificate of appeal ( Appellant's) Statement of Jurisdictions and

Appellee Designation filed by Christine Shubert, Chapter 7 Trustee

() Motion for leave to appeal filed .

      () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .

      () Objections filed .

() Report and recommendation entered  by the Honorable .

      () Objections filed .

() Original record transferred to the District Court pursuant to the order of the

Honorable .() Other:

Kindly acknowledge receipt on the copy of the letter provided.

                                      Timothy B. McGrath
                                      Clerk
                                      For the Court
                                      By:   /s/ Paul  A.  Puskar_____
                                      Deputy Clerk

_____

Received Above material or record tile this _____ day of _____, 20      .

Civil Action No. _____        Signature:_____

Miscellaneous No. _____       Date: _____

Assigned to Judge _____                        BFL5.frm(rev 11/8/17)

bfcoa

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Joseph Grasso                              :        Chapter 7

                                                   :        Bankruptcy No.  12-11063-MDC
                                                            Adversary   No.

                                                   :        Civil Action No: 18-cv-2798


**CERTIFICATE OF APPEAL FROM**
**ORDER OF THE BANKRUPTCY JUDGE  DATED JUNE 15 2018**
**AND ENTERED ON THE DOCKET JUNE 15, 2018**


        I, Timothy B. McGrath, Clerk of the United States Bankruptcy Court,
Eastern District of Pennsylvania,  herewith electronically transmit the record on appeal
filed June 28, 2018,  and certify that the above proceeding was properly before
the Honorable Bankruptcy Judge Magdeline D. Coleman.


                                        For the Court
                                        Timothy B. McGrath
                                        Clerk


                                        By: Paul Puskar
                                             Deputy Clerk


Parties/Counsel of Record :

                                        Paul J. Winterhalter, Esq.
                                        Offit Kurman, PA
                                        1801 Market Street, Suite 2300
                                        Philadelphia, PA 19103
                                        Appellant

Lawrence G. McMichael, Esq.
Dilworth Paxson, LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19103
Counsel for Appellant

Christie Callahan  Comerford, Esq.
Dilworth Paxson, LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19103
Counsel for Appellant

Anne M.  Aaronson, Esq.
Dilworth Paxson, LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19103
Counsel for Appellant

Mr. Joseph Grasso
649 Dodds Lane
Gladwyne, PA 19035
Debtor

Roger G. Jones, Esq
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Counsel for Madison Capital Company, LLC

Austin L. McMullen, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Counsel for Madison Capital Company, LLC

Harry J. Giacometti, Esq.
Flaster/Greenberg, PC
4 Penn Center
1600 John F Kennedy Boulevard, 2nd Floor
Philadelphia, PA 19103
Counsel for Appellee, Christine Shubert, Ch 7
Trustee

Steven D. Usdin, Esq.
Flaster/Greeberg, PC
4 Penn Center
1600 John F Kennedy Boulevard, 2nd Floor
Philadelphia, PA 19103
Counsel for Appellee, Christine C. Shubert, Chapter
7 Trustee

Damien N. Tancredi, Esq.
Flaster/Greenberg, PC
4 Penn Center
1600 John F Kennedy Boulevard, 2nd Floor
Philadelphia, PA 19103
Counsel for Christine C. Shubert, Chapter 7 Trustee

Dimitri L. Karapelou, Esq.
Law Offices of Dimitri Karapelou, LLC
2 Penn Center
1500 John F. Kennedy Boulevard, Suite 920
Philadelphia, PA 19102
Counsel for Marshall J. Katz

Robert D. Chiefetz, Esq.
Sperling & Slater, PC
55 West Monroe Street, Suite 2300
Chicago, IL 60603
Counsel for Marshall J. Katz

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19106
Assistant United States Trustee

Kevin P. Callahan, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19106
Assistant United States Trustee

bfcertap.frm