UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

July 26, 2018

Re:    Joseph Grasso
       Bankruptcy No.: 12-11063MDC
       Civil Action No. 18-cv-2798

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

( ) Certificate of appeal from order entered June 15, 2018 by the Honorable Magdeline D Coleman.
     Notice of appeal filing fee ( )paid    ( )not paid

(x) Appelant"s Designation of Record on Appeal Filed

( ) Designation of Record on Appeal Not Filed

(x) Supplemental certificate of appeal ( Appellant's) Statement of Jurisdictions and

Appellee Designation filed by Christine Shubert, Chapter 7 Trustee

( ) Motion for leave to appeal filed .

    ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered  by the Honorable .

    ( ) Objections filed .

( ) Report and recommendation entered  by the Honorable .

    ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the

Honorable .( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.
                                    Timothy B. McGrath
                                    Clerk
                                    For the Court
                                    By: /s/ Paul A. Puskar
                                    Deputy Clerk

---

Received Above material or record tile this  30th  day of  JULY , 20 ___.

Civil Action No.  18-2798          Signature: _____

Miscellaneous No. _____       Date:  07/30/2018

Assigned to Judge  RUFE

BFL5.frm(rev 11/8/17)