UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              )
                                                    )   Chapter 7
JOSEPH GRASSO,                                      )
                                                    )   Case No. 12-11063 (MDC)
            Debtor.                                 )
                                                    )
                                                    )

## CONSENT ORDER ON TRUSTEE'S
## OBJECTION TO SECURED CLAIM NO. 44 OF MID PENN BANK

AND NOW, this _____ day of _____, 2018, upon consideration of the Objection to Secured Claim No. 44 of Mid Penn Bank filed by Christine C. Shubert, Chapter 7 Trustee (the "Claim Objection"), and by agreement of the parties, it is hereby

ORDERED that the Claim Objection is hereby SUSTAINED; and it is further

ORDERED that Proof of Claim No. 44 filed by Mid Penn Bank is hereby DISALLOWED in its entirety.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

Consented to by:

_____                     _____
Harry J. Giacometti, Esquire                         Steven J. Schiffman, Esquire
FLASTER/GREENBERG P.C.                               SCHIFFMAN, SHERIDAN & BROWN, P.C.
1835 Market Street, Suite 1050                       2080 Linglestown Road, Suite 201
Philadelphia, PA 19103                               Harrisburg, PA 17110
Tel: (215) 587-5680                                  Tel: (717) 540-9170
*Attorneys for Christine C. Shubert,*                *Attorneys for Mid Penn Bank*
*Chapter 7 Trustee for Joseph Grasso*

6833472 v1