UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| JOSEPH GRASSO, | ) |
| | ) Case No. 12-11063 (MDC) |
| Debtor. | ) |
| | ) |
| | ) |

## CONSENT ORDER ON TRUSTEE'S
## OBJECTION TO SECURED CLAIM NO. 44 OF MID PENN BANK

AND NOW, this __8th__ day of __August__, 2018, upon consideration of the Objection to Secured Claim No. 44 of Mid Penn Bank filed by Christine C. Shubert, Chapter 7 Trustee (the "Claim Objection"), and by agreement of the parties, it is hereby

ORDERED that the Claim Objection is hereby SUSTAINED; and it is further

ORDERED that Proof of Claim No. 44 filed by Mid Penn Bank is hereby DISALLOWED in its entirety.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

Consented to by:

_____           _____
Harry J. Giacometti, Esquire            Steven J. Schiffman, Esquire
FLASTER/GREENBERG P.C.                  SCHIFFMAN, SHERIDAN & BROWN, P.C.
1835 Market Street, Suite 1050          2080 Linglestown Road, Suite 201
Philadelphia, PA 19103                  Harrisburg, PA 17110
Tel: (215) 587-5680                     Tel: (717) 540-9170
*Attorneys for Christine C. Shubert,*   *Attorneys for Mid Penn Bank*
*Chapter 7 Trustee for Joseph Grasso*

6833472 v1