United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-11063-mdc
Joseph Grasso                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 4           Date Rcvd: Aug 09, 2018
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db          +Joseph Grasso,    649 Dodds Lane,   Gladwyn, PA 19035-1514
            +Steven J. Schiffman, Esq.,    Schiffman, Sheridan & Brown, PC,
             2080 Linglestown Road, Suite 201,   Harrisburg, PA 17110-9670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
          AARON S APPLEBAUM    on behalf of Creditor   The Sherwin Williams Company aaron.applebaum@saul.com,
           Catherine.santangelo@saul.com
          ALAN I. MOLDOFF    on behalf of Interested Party   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF    on behalf of Creditor   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
          ALAN L. FRANK    on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net
          ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
          AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
          ANDREW F GORNALL    on behalf of Creditor   GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW JAY FLAME    on behalf of Accountant   Bederson & Company, LLP andrew.flame@dbr.com
          ARSEN  KASHKASHIAN    on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
          ARSEN  KASHKASHIAN    on behalf of Plaintiff John  Larson kashlaw@aol.com
          ASHLEY B. STITZER    on behalf of Interested Party   Partnership Liquidity Investors, LLC
           astitzer@macelree.com,  tnadachowski@macelree.com
          AUSTIN L MCMULLEN    on behalf of Plaintiff   Madison Capital Company, LLC AMcMullen@babc.com
          AUSTIN L MCMULLEN    on behalf of Creditor   Madison Capital Company, LLC AMcMullen@babc.com
          BONNIE R. GOLUB    on behalf of Creditor   Wilmington Savings Fund Society, FSB
           bgolub@weirpartners.com,  imarciniszyn@weirpartners.com
          BRIAN H. SMITH    on behalf of Creditor   Wells Fargo Bank BHS@JSDC.COM,
           cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com
          BRIAN M. KILE    on behalf of Plaintiff   NexTier Bank, N.A. d/b/a Radnor Trust Company
           bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
          BRIAN M. KILE    on behalf of Defendant   NexTier Bank, N.A. d/b/a Radnor Trust Company
           bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
          BRIAN M. KILE    on behalf of Creditor   NexTier Bank bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com
          BRIAN R. FITZGERALD    on behalf of Interested Party   Grasso Holdings bfitzgerald@klehr.com,
           rfarren@klehr.com
          BRYA M KEILSON    on behalf of Interested Party   The Bancorp Bank brya.keilson@usdoj.gov
          CAMERON  KINVIG    on behalf of Defendant   Excelco Trading, LP ckinvig@hunton.com,
           RRich2@hunton.com
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
          CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
           J100@ecfcbis.com
          CHRISTOPHER J. MCDONALD    on behalf of Creditor   Wells Fargo Bank lstarkman@lammrubenstone.com
          CHRISTOPHER R. MOMJIAN    on behalf of Creditor   PA Dept of Revenue crmomjian@attorneygeneral.gov
          DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
           Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com

```
District/off: 0313-2          User: PaulP              Page 2 of 4            Date Rcvd: Aug 09, 2018
                              Form ID: pdf900          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          DAVID L. BRAVERMAN    on behalf of Creditor   Braverman Kaskey, P.C. dbraver@braverlaw.com,
           dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
           verlaw.com
          DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com,
           pamedparalegal@comcast.net
          DENNIS R. MEAKIM    on behalf of Defendant Felicia   Meakim DMeakim@howlandhess.com,
           CBallasy@howlandhess.com
          DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC
           DMeakim@howlandhess.com,   CBallasy@howlandhess.com
          DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
          DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
           dkarapelou@karapeloulaw.com
          DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
           dkarapelou@karapeloulaw.com
          EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
          EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
          EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
           emiller@bayardlaw.com,   lmorton@bayardlaw.com
          FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC
           frank.taney@taneylegal.com
          GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company
           gbressler@mdmc-law.com,   kdeans@mdmc-law.com;sshidner@mdmc-law.com;cbassano@mdmc-law.com
          GARY F SEITZ    on behalf of   Terry P. Dershaw gseitz@gsbblaw.com,   hsmith@gsbblaw.com
          GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
          GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
          HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C.
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          HARRY J. GIACOMETTI    on behalf of Trustee Christine   Shubert, Chapter 7 Trustee
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C.
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          HARRY J. GIACOMETTI    on behalf of   Christine   Shubert, Chapter 7 Trustee
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          HARRY J. GIACOMETTI    on behalf of Debtor Joseph   Grasso harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          HARRY J. GIACOMETTI    on behalf of Plaintiff Christine   Shubert
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          HOWARD  GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
          J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
          JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation
           jhaney@wongfleming.com,   cjackson@wongfleming.com,sshalloo@wongfleming.com
          JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc.
           JPHitchings@duanemorris.com,   AutoDocketWILM@duanemorris.com
          JEFFREY  KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN    on behalf of Creditor Michael   Grasso Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN    on behalf of Creditor David   Grasso Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP
           Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com

District/off: 0313-2          User: PaulP              Page 3 of 4              Date Rcvd: Aug 09, 2018
                             Form ID: pdf900           Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          JEFFREY KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP
           Kurtzman@kurtzmansteady.com
          JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc.
           jvenzie@venzie.com
          JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
           jcianciulli@weirpartners.com, lobrien@weirpartners.com
          JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
           jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
           dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
          JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc.
           jmcmahon@ciardilaw.com, mflores@ciardilaw.com
          KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
          LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           lschwimmer@weirpartners.com, lobrien@weirpartners.com
          LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
          LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
           jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
          LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
          MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
          MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
           2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
          MAURICE R. MITTS    on behalf of    Donna Grasso mmitts@mittslaw.com, agary@mittslaw.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
          MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          MICHAEL H. KALINER    mhkaliner@gmail.com
          MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
           mjoyce@crosslaw.com
          MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
           r47593@notify.bestcase.com
          MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
           mdisabatino@saul.com
          MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
           mdisabatino@saul.com
          Michael P. Gigliotti    on behalf of Creditor John Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Plaintiff Greg Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Creditor Greg Bayer gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Plaintiff John Larson gigliottimike2@gmail.com,
           cappioandgigliotti@gmail.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          PAUL BRINTON MASCHMEYER    on behalf of    MICHAEL H. KALINER pmaschmeyer357@gmail.com,
           FMarinas@msn.com
          PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
           pwinterhalter@offitkurman.com, rcovington@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
           pwinterhalter@offitkurman.com, rcovington@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant Donna Grasso pwinterhalter@offitkurman.com,
           rcovington@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant Joseph Grasso pwinterhalter@offitkurman.com,
           rcovington@offitkurman.com
          REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
          RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com, plorenz@mmwr.com;
          ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com

```
District/off: 0313-2          User: PaulP          Page 4 of 4          Date Rcvd: Aug 09, 2018
                              Form ID: pdf900      Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
           rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
          ROBERT L. SALDUTTI    on behalf of Creditor   Putnam Leasing Company rsaldutti@saldutticollect.com,
           lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
          ROGER GALE JONES    on behalf of Creditor   Madison Capital Company, LLC RJones@babc.com
          ROGER GALE JONES    on behalf of Plaintiff   Madison Capital Company, LLC RJones@babc.com
          RONALD S. GELLERT    on behalf of Interested Party   CIBC, Inc. rgellert@gsbblaw.com
          SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           SCHINDLERWILLIAMSS@BallardSpahr.com
          STEVEN D. USDIN    on behalf of   Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
           steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Accountant   Bederson & Company LLP
           steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Attorney   Flaster/Greenberg P.C.
           steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN JOHN WHITE    on behalf of Creditor   VIST Bank swhite@stradley.com
          THOMAS I. PULEO    on behalf of Creditor   GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Terry P. Dershaw    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VINCENT J. MARRIOTT, III    on behalf of Creditor   GCCFC marriott@ballardspahr.com
          VINCENT J. MARRIOTT, III    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           marriott@ballardspahr.com
          WILLIAM J. LEVANT    on behalf of Creditor   Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                    TOTAL: 127
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: )
) Chapter 7
JOSEPH GRASSO, )
) Case No. 12-11063 (MDC)
Debtor. )
)
_____ )

CONSENT ORDER ON TRUSTEE'S
OBJECTION TO SECURED CLAIM NO. 44 OF MID PENN BANK

AND NOW, this ___8th___ day of ___August___, 2018, upon consideration of the

Objection to Secured Claim No. 44 of Mid Penn Bank filed by Christine C. Shubert, Chapter 7

Trustee (the "Claim Objection"), and by agreement of the parties, it is hereby

ORDERED that the Claim Objection is hereby SUSTAINED; and it is further

ORDERED that Proof of Claim No. 44 filed by Mid Penn Bank is hereby

DISALLOWED in its entirety.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

Consented to by:

_____
Harry J. Giacometti, Esquire
FLASTER/GREENBERG P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Tel: (215) 587-5680
*Attorneys for Christine C. Shubert,*
*Chapter 7 Trustee for Joseph Grasso*

_____
Steven J. Schiffman, Esquire
SCHIFFMAN, SHERIDAN & BROWN, P.C.
2080 Linglestown Road, Suite 201
Harrisburg, PA 17110
Tel: (717) 540-9170
*Attorneys for Mid Penn Bank*

6833472 v1