**Form 2**

Page: 25

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-11063-MDC | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** | Grasso, Joseph | **Bank Name:** | United Bank |
| **Taxpayer ID #:** | **-***6414 | **Account #:** | ********3348 Checking Account |
| **For Period Ending:** | 08/29/2018 | **Blanket Bond (per case limit):** | $16,510,275.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $6,250,240.98 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $6,250,240.98 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7667 Checking Account | $147,571.33 | $1,025.05 | $0.00 |
| ******7666 Checking Account | $287,303.52 | $22,496.29 | $0.00 |
| ******4298 Checking | $1,539,305.00 | $486,282.96 | $0.00 |
| ******4301 Checking | $4,045,224.23 | $345,542.39 | $0.00 |
| ******3470 Money Market | $3,056.62 | $2,554,424.61 | $0.00 |
| ******1000 Checking | $127,653.49 | $2,199,797.72 | $0.00 |
| ******1002 Checking | $0.00 | $0.00 | $0.00 |
| ******1003 Checking | $126.79 | $17,420.85 | $0.00 |
| ********3321 Checking Account | $100,000.00 | $54,108.58 | $310,397.10 |
| ********3348 Checking Account | $0.00 | $0.00 | $258,745.43 |
| | **$6,250,240.98** | **$5,681,098.45** | **$569,142.53** |