**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    )
                                                          )          Chapter 7
JOSEPH GRASSO,                                            )
                                                          )          Case No. 12-11063 (MDC)
                          Debtor.                         )
                                                          )
_____                          )

**ORDER GRANTING TRUSTEE'S**
**SECOND OMNIBUS OBJECTION TO CLAIMS**

AND NOW, this _29th_ day of _August_, 2018, upon consideration of First

Omnibus Objection to Claims filed by Christine C. Shubert, Chapter 7 Trustee (the "Claim

Objection"), and any and all responses thereto, and after notice and an opportunity for hearing, it

is hereby

ORDERED that the Claim Objection is hereby SUSTAINED; and it is further

ORDERED that the following claims are hereby reclassified as unsecured, nonpriority

claims:

(a) Proof of Claim No. 22 of Fox Chase Bank in the amount of $952,535.67;

(b) Proof of Claim No. 28 of Green Tree Servicing, LLC in the amount of

$125,869.22; and

(c) Proof of Claim No. 40 of Royal Bank America in the amount of $92,881.29

BY THE COURT:


_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge


6826147 v1