UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| JOSEPH GRASSO, ) | |
| ) | Case No. 12-11063 (MDC) |
| Debtor. ) | |
| ) | |
| _____ ) | |

**ORDER GRANTING TRUSTEE'S
OBJECTION TO SECURED CLAIM NO. 11 OF VIST BANK**

AND NOW, this 29th day of August, 2018, upon consideration of the Objection to Secured Claim No. 11 of VIST Bank filed by Christine C. Shubert, Chapter 7 Trustee (the "Claim Objection"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Claim Objection is hereby SUSTAINED; and it is further

ORDERED that Proof of Claim No. 11 filed by VIST Bank is hereby DISALLOWED in its entirety.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

6826798 v1