United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 12-11063-mdc
Joseph Grasso                                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: CarolP              Page 1 of 4              Date Rcvd: Aug 30, 2018
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db             +Joseph Grasso,   649 Dodds Lane,   Gladwyn, PA 19035-1514
sp             +Robert H. Holber,   41 East Front Street,   Media, PA 19063-2911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
      AARON S APPLEBAUM    on behalf of Creditor   The Sherwin Williams Company aaron.applebaum@saul.com,
       Catherine.santangelo@saul.com
      ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
      ALAN L. FRANK    on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net
      ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
      AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
      ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      ANDREW JAY FLAME    on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com
      ARSEN   KASHKASHIAN    on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
      ARSEN   KASHKASHIAN    on behalf of Plaintiff John  Larson kashlaw@aol.com
      ASHLEY B. STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
       astitzer@macelree.com,   tnadachowski@macelree.com
      AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
      AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
      BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
       bgolub@weirpartners.com,   imarciniszyn@weirpartners.com
      BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM,
       cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com
      BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company
       bkile@grenenbirsic.com,   mcupec@grenenbirsic.com
      BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company
       bkile@grenenbirsic.com,   mcupec@grenenbirsic.com
      BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com,
       mcupec@grenenbirsic.com
      BRIAN R. FITZGERALD    on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com,
       rfarren@klehr.com
      BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank brya.keilson@usdoj.gov
      CAMERON   KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com,
       RRich2@hunton.com
      CHRISTINE C. SHUBERT    christine.shubert@comcast.net,   J100@ecfcbis.com
      CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
       J100@ecfcbis.com
      CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
      CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
      DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
       Damien.Tancredi@flastergreenberg.com,   damien.tancredi@ecf.inforuptcy.com

```
District/off: 0313-2          User: CarolP              Page 2 of 4          Date Rcvd: Aug 30, 2018
                              Form ID: pdf900           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com

DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com, pamedparalegal@comcast.net

DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com, CBallasy@howlandhess.com

DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC DMeakim@howlandhess.com, CBallasy@howlandhess.com

DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com

DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com

DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com

EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com

EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com

EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC emiller@bayardlaw.com, lmorton@bayardlaw.com

FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC frank.taney@taneylegal.com

GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;cbassano@mdmc-law.com

GARY F SEITZ    on behalf of    Terry P. Dershaw gseitz@gsbblaw.com, hsmith@gsbblaw.com

GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov

GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com

HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com

HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com

HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com

HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com

HARRY J. GIACOMETTI    on behalf of    Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com

HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com

HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com

HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com

HARRY J. GIACOMETTI    on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com

HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com

HOWARD  GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov

J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com

JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation jhaney@wongfleming.com, cjackson@wongfleming.com,sshalloo@wongfleming.com

JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc. JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com

JEFFREY  KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com

JEFFREY  KURTZMAN    on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com

JEFFREY  KURTZMAN    on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com

JEFFREY  KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP Kurtzman@kurtzmansteady.com

JEFFREY  KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com

JEFFREY  KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com

```
District/off: 0313-2             User: CarolP               Page 3 of 4           Date Rcvd: Aug 30, 2018
                                 Form ID: pdf900            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JEFFREY KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP Kurtzman@kurtzmansteady.com
        JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc. jvenzie@venzie.com
        JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP jcianciulli@weirpartners.com, lobrien@weirpartners.com
        JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
        JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
        JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
        JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc. jmcmahon@ciardilaw.com, mflores@ciardilaw.com
        KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
        KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
        LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB lschwimmer@weirpartners.com, lobrien@weirpartners.com
        LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C. lmcmichael@dilworthlaw.com, cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycaplow@dilworthlaw.com
        LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire lmcmichael@dilworthlaw.com, cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycaplow@dilworthlaw.com
        LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C. lmcmichael@dilworthlaw.com, cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycaplow@dilworthlaw.com
        LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
        LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com, jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
        LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
        MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
        MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC 2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
        MAURICE R. MITTS    on behalf of    Donna Grasso mmitts@mittslaw.com, agary@mittslaw.com
        MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
        MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
        MICHAEL H. KALINER    mhkaliner@gmail.com
        MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P. mjoyce@crosslaw.com
        MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com, r47593@notify.bestcase.com
        MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company mdisabatino@saul.com
        MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company mdisabatino@saul.com
        Michael P. Gigliotti    on behalf of Creditor John Larson gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
        Michael P. Gigliotti    on behalf of Plaintiff Greg Bayer gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
        Michael P. Gigliotti    on behalf of Creditor Greg Bayer gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
        Michael P. Gigliotti    on behalf of Plaintiff John Larson gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
        PAUL BRINTON MASCHMEYER    on behalf of    MICHAEL H. KALINER pmaschmeyer357@gmail.com, FMarinas@msn.com
        PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire pwinterhalter@offitkurman.com, rcovington@offitkurman.com
        PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C. pwinterhalter@offitkurman.com, rcovington@offitkurman.com
        PAUL J. WINTERHALTER    on behalf of Defendant Donna Grasso pwinterhalter@offitkurman.com, rcovington@offitkurman.com
        PAUL J. WINTERHALTER    on behalf of Defendant Joseph Grasso pwinterhalter@offitkurman.com, rcovington@offitkurman.com
        REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
        RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com, plorenz@mmwr.com;
        ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com

```
District/off: 0313-2          User: CarolP               Page 4 of 4                  Date Rcvd: Aug 30, 2018
                              Form ID: pdf900            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@salduttcollect.com,
               lmarciano@salduttcollect.com;pwirth@salduttcollect.com;kcollins@slgcollect.com
              ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN    on behalf of    Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
               steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
              THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry P. Dershaw    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
              VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               marriott@ballardspahr.com
              WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                             TOTAL: 127
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| JOSEPH GRASSO, ) | |
| ) | Case No. 12-11063 (MDC) |
| Debtor. ) | |
| ) | |
| _____ ) | |

ORDER GRANTING TRUSTEE'S
SECOND OMNIBUS OBJECTION TO CLAIMS

AND NOW, this 29th day of August, 2018, upon consideration of First Omnibus Objection to Claims filed by Christine C. Shubert, Chapter 7 Trustee (the "Claim Objection"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Claim Objection is hereby SUSTAINED; and it is further

ORDERED that the following claims are hereby reclassified as unsecured, nonpriority claims:

(a) Proof of Claim No. 22 of Fox Chase Bank in the amount of $952,535.67;

(b) Proof of Claim No. 28 of Green Tree Servicing, LLC in the amount of $125,869.22; and

(c) Proof of Claim No. 40 of Royal Bank America in the amount of $92,881.29

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

6826147 v1