**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Joseph Grasso, | : | |
| Debtor. | : | Bankruptcy No. 12-11063-MDC |

# O R D E R

**AND NOW**, this 5th day of September, 2018, upon consideration of the Eleventh Interim Application of Flaster/Greenberg, P.C. for Compensation for Legal Services Rendered as Counsel for Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of Expenses for the period September 1, 2017 through July 31, 2018, and after notice and opportunity or hearing, it is

**ORDERED** that Flaster/Greenberg, P.C., as counsel for the Chapter 7 Trustee, is hereby allowed the sum of $32,176.00 as compensation for legal fees and the sum of $573.17 for reimbursement of expenses for the time period September 1, 2017 through July 31, 2018.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Harry J. Giacometti, Esquire
Flaster/Greenberg, PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

Kevin P. Callahan, Esquire
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035