United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-11063-mdc
Joseph Grasso                                                   Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 4          Date Rcvd: Sep 05, 2018
                             Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db             +Joseph Grasso,   649 Dodds Lane,   Gladwyn, PA 19035-1514
               +Kevin P. Callahan Esquire,   United States Trustee,   833 Chestnut Street,   Suite 500,
                Philadelphia, PA 19107-4405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
          AARON S APPLEBAUM   on behalf of Creditor   The Sherwin Williams Company aaron.applebaum@saul.com,
           Catherine.santangelo@saul.com
          ALAN I. MOLDOFF   on behalf of Interested Party   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF   on behalf of Creditor   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF   on behalf of Creditor   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN L. FRANK   on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
          ALAN L. FRANK   on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net
          ALAN L. FRANK   on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
          AMY E. VULPIO   on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
          ANDREW F GORNALL   on behalf of Creditor   GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW JAY FLAME   on behalf of Accountant   Bederson & Company, LLP andrew.flame@dbr.com
          ARSEN KASHKASHIAN   on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
          ARSEN KASHKASHIAN   on behalf of Plaintiff John  Larson kashlaw@aol.com
          ASHLEY B. STITZER   on behalf of Interested Party   Partnership Liquidity Investors, LLC
           astitzer@macelree.com,  tnadachowski@macelree.com
          AUSTIN L MCMULLEN   on behalf of Plaintiff   Madison Capital Company, LLC AMcMullen@babc.com
          AUSTIN L MCMULLEN   on behalf of Creditor   Madison Capital Company, LLC AMcMullen@babc.com
          BONNIE R. GOLUB   on behalf of Creditor   Wilmington Savings Fund Society, FSB
           bgolub@weirpartners.com,  imarciniszyn@weirpartners.com
          BRIAN H. SMITH   on behalf of Creditor   Wells Fargo Bank BHS@JSDC.COM,
           cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com
          BRIAN M. KILE   on behalf of Plaintiff   NexTier Bank, N.A. d/b/a Radnor Trust Company
           bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
          BRIAN M. KILE   on behalf of Defendant   NexTier Bank, N.A. d/b/a Radnor Trust Company
           bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
          BRIAN M. KILE   on behalf of Creditor   NexTier Bank bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com
          BRIAN R. FITZGERALD   on behalf of Interested Party   Grasso Holdings bfitzgerald@klehr.com,
           rfarren@klehr.com
          BRYA M KEILSON   on behalf of Interested Party   The Bancorp Bank brya.keilson@usdoj.gov
          CAMERON KINVIG   on behalf of Defendant   Excelco Trading, LP ckinvig@hunton.com,
           RRich2@hunton.com
          CHRISTINE C. SHUBERT   christine.shubert@comcast.net,  J100@ecfcbis.com
          CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
           J100@ecfcbis.com
          CHRISTOPHER J. MCDONALD   on behalf of Creditor   Wells Fargo Bank lstarkman@lammrubenstone.com
          CHRISTOPHER R. MOMJIAN   on behalf of Creditor   PA Dept of Revenue crmomjian@attorneygeneral.gov
          DAMIEN NICHOLAS TANCREDI   on behalf of Trustee CHRISTINE C. SHUBERT
           Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com

District/off: 0313-2           User: DonnaR          Page 2 of 4              Date Rcvd: Sep 05, 2018
                              Form ID: pdf900        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          DAVID L. BRAVERMAN    on behalf of Creditor   Braverman Kaskey, P.C. dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
          verlaw.com
          DAVID M. SHAFKOWITZ    on behalf of Creditor   15th and Sansom, L.P. dms@shafkowitzlaw.com,
          pamedparalegal@comcast.net
          DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
          CBallasy@howlandhess.com
          DENNIS R. MEAKIM    on behalf of Defendant   Bucks County Beverage Company, LLC
          DMeakim@howlandhess.com,  CBallasy@howlandhess.com
          DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
          DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
          dkarapelou@karapeloulaw.com
          DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
          dkarapelou@karapeloulaw.com
          EDWARD J. HAYES    on behalf of Creditor   Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
          EDWARD J. HAYES    on behalf of Defendant   Origins Holding Company, LLC ehayes@foxrothschild.com
          EVAN THOMAS MILLER    on behalf of Interested Party   Partnership Liquidity Investors, LLC
          emiller@bayardlaw.com,  lmorton@bayardlaw.com
          FRANCIS X. TANEY    on behalf of Defendant   Volcafe Specialty Coffee LLC
          frank.taney@taneylegal.com
          GARY DAVID BRESSLER    on behalf of Plaintiff   The Sherwin Williams Company
          gbressler@mdmc-law.com,  kdeans@mdmc-law.com;sshidner@mdmc-law.com;cbassano@mdmc-law.com
          GARY F SEITZ    on behalf of   Terry P. Dershaw gseitz@gsbblaw.com,  hsmith@gsbblaw.com
          GEORGE M. CONWAY    on behalf of   United States Trustee george.m.conway@usdoj.gov
          GRETCHEN M SANTAMOUR    on behalf of Creditor   VIST Bank gsantamour@stradley.com
          HARRY J. GIACOMETTI    on behalf of Attorney   Flaster/Greenberg P.C.
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Interested Party   Flaster/Greenberg P.C.
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of   Christine  Shubert, Chapter 7 Trustee
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of   Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
          HOWARD GERSHMAN    on behalf of Defendant   Russell Law Group hg229ecf@gmail.com,
          229ecf@glpoz.comcastbiz.net
          HUGH J. WARD    on behalf of U.S. Trustee   United States Trustee hugh.j.ward@usdoj.gov
          J. TIMOTHY ARNDT, III    on behalf of Creditor   Stonebridge Bank tarndt@lcslaw.com
          JAMES KEVIN HANEY    on behalf of Creditor   General Electric Capital Corporation
          jhaney@wongfleming.com,  cjackson@wongfleming.com,sshalloo@wongfleming.com
          JARRET P. HITCHINGS    on behalf of Creditor   Hill International, Inc.
          JPHitchings@duanemorris.com,  AutoDocketWILM@duanemorris.com
          JEFFREY  KURTZMAN    on behalf of Creditor   15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN    on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN    on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN    on behalf of Creditor   730 East Elm Associates, LP
          Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN    on behalf of Interested Party   Grasso Holdings Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN    on behalf of Defendant   15th and Sansom, L.P. Kurtzman@kurtzmansteady.com

District/off: 0313-2          User: DonnaR          Page 3 of 4          Date Rcvd: Sep 05, 2018
                              Form ID: pdf900       Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          JEFFREY KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP
          Kurtzman@kurtzmansteady.com
          JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc.
          jvenzie@venzie.com
          JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
          jcianciulli@weirpartners.com,   lobrien@weirpartners.com
          JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
          jgrossman@grossmanfirm.com,   jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. JKaskey@braverlaw.com,
          dmarano@braverlaw.com;gollottoto@braverlaw.com;belle@braverlaw.com;sime@braverlaw.com
          JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
          JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc.
          jmcmahon@ciardilaw.com,   mflores@ciardilaw.com
          KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
          LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
          lschwimmer@weirpartners.com,   lobrien@weirpartners.com
          LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
          lmcmichael@dilworthlaw.com,
          cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
          ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
          lmcmichael@dilworthlaw.com,
          cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
          ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
          lmcmichael@dilworthlaw.com,
          cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
          ow@dilworthlaw.com
          LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
          LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
          jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
          LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com,   rwarren@saul.com
          MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
          HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
          MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
          2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com,   donna.curcio@bipc.com
          MAURICE R. MITTS    on behalf of Donna  Grasso mmitts@mittslaw.com,   agary@mittslaw.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
          michael.vagnoni@obermayer.com,
          Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
          MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
          brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          MICHAEL H. KALINER    mhkaliner@gmail.com
          MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
          mjoyce@crosslaw.com
          MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
          r47593@notify.bestcase.com
          MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
          mdisabatino@saul.com
          MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
          mdisabatino@saul.com
          Michael P. Gigliotti    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
          cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
          cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
          cappioandgigliotti@gmail.com
          Michael P. Gigliotti    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
          cappioandgigliotti@gmail.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
          karena.blaylock@phila.gov
          PAUL BRINTON MASCHMEYER    on behalf of    MICHAEL H. KALINER pmaschmeyer357@gmail.com,
          FMarinas@msn.com
          PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
          pwinterhalter@offitkurman.com,   rcovington@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
          pwinterhalter@offitkurman.com,   rcovington@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
          rcovington@offitkurman.com
          PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
          rcovington@offitkurman.com
          REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
          RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com,   plorenz@mmwr.com;
          ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com

District/off: 0313-2          User: DonnaR              Page 4 of 4              Date Rcvd: Sep 05, 2018
                             Form ID: pdf900           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          ROBERT H. HOLBER   on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
           rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER   on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
          ROBERT L. SALDUTTI   on behalf of Creditor   Putnam Leasing Company rsaldutti@saldutticollect.com,
           lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
          ROGER GALE JONES   on behalf of Creditor   Madison Capital Company, LLC RJones@babc.com
          ROGER GALE JONES   on behalf of Plaintiff   Madison Capital Company, LLC RJones@babc.com
          RONALD S. GELLERT   on behalf of Interested Party   CIBC, Inc. rgellert@gsbblaw.com
          SARAH SCHINDLER-WILLIAMS   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           SCHINDLERWILLIAMSS@BallardSpahr.com
          STEVEN D. USDIN   on behalf of    Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of  Christine  Shubert, Chapter 7 Trustee
           steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Accountant   Bederson & Company LLP
           steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Attorney   Flaster/Greenberg P.C.
           steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN JOHN WHITE   on behalf of Creditor   VIST Bank swhite@stradley.com
          THOMAS I. PULEO   on behalf of Creditor   GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Terry P. Dershaw   td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          VINCENT J. MARRIOTT, III   on behalf of Creditor   GCCFC marriott@ballardspahr.com
          VINCENT J. MARRIOTT, III   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           marriott@ballardspahr.com
          WILLIAM J. LEVANT   on behalf of Creditor   Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                       TOTAL: 127

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Joseph Grasso, | : | |
| Debtor. | : | Bankruptcy No.  12-11063-MDC |

# O R D E R

     **AND NOW**, this 5th day of September, 2018, upon consideration of the Eleventh Interim

Application of Flaster/Greenberg, P.C. for Compensation for Legal Services Rendered as Counsel for

Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of Expenses for the period September 1,

2017 through July 31, 2018, and after notice and opportunity or hearing, it is

     **ORDERED** that Flaster/Greenberg, P.C., as counsel for the Chapter 7 Trustee, is hereby allowed

the sum of $32,176.00 as compensation for legal fees and the sum of $573.17 for reimbursement of

expenses for the time period September 1, 2017 through July 31, 2018.

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Harry J. Giacometti, Esquire
Flaster/Greenberg, PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

Kevin P. Callahan, Esquire
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035