# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| JOSEPH GRASSO, | : | Case No. 12-11063 (MDC) |
| | : | |
| Debtor. | : | **Re: Docket No. 1871** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

1. The Motion of Christine C. Shubert, Chapter 7 Trustee, for Authority to Make Third Interim Distribution to Creditors (the "Motion") was filed on October 5, 2018.

2. The Motion and/or the Notice of Motion, Response Deadline, and Hearing Date (the "Notice") [Docket No. 1872,] were served upon all creditors and parties in interest as reflected in the Certificate of Service filed with the Motion and Notice.

3. As of the date hereof, undersigned counsel has not received any responses to the Motion. A review of the docket in this case reflects that no responses have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter the Order attached to the Motion.

FLASTER/GREENBERG P.C.

Dated: October 23, 2017   By: /s/ *Harry J. Giacometti*
Harry J. Giacometti, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
*Counsel for the Chapter 7 Trustee*

6942799 v1