UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| JOSEPH GRASSO, | ) |
| | ) Case No. 12-11063 (MDC) |
| Debtor. | ) |

ORDER APPROVING TRUSTEE'S MOTION FOR
AUTHORITY TO MAKE THIRD INTERIM DISTRIBUTION TO CREDITORS

AND NOW, this __31st__ day of __October__, 2018, upon consideration of Motion of Christine C. Shubert, Chapter 7 Trustee, for Authority to Make a Third Interim Distribution to Creditors pursuant to 11 U.S.C. §§105(a), 503, 507, 704 and 726 (the "Motion"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED the Trustee is authorized to make the interim distributions set forth in the Schedule attached to the Motion as Exhibit "B"; and it is further

ORDERED that the balance of the funds in the Trustee's account for the Debtor's estate shall continue to be held by the Trustee until further Order of this Court.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

6920876 v1