United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-11063-mdc
Joseph Grasso                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 4          Date Rcvd: Nov 02, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2018.
db             +Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2018 at the address(es) listed below:
              AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aaron.applebaum@saul.com,
               Catherine.santangelo@saul.com
              ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
              ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
              ALAN L. FRANK    on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net
              ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
              AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
              ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW JAY FLAME    on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com
              ARSEN   KASHKASHIAN    on behalf of Plaintiff Greg  Bayer kashlaw@aol.com
              ARSEN   KASHKASHIAN    on behalf of Plaintiff John  Larson kashlaw@aol.com
              ASHLEY B. STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
               astitzer@macelree.com,    tnadachowski@macelree.com
              AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
              AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com,    imarciniszyn@weirpartners.com
              BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM,
               dkd@jsdc.com;cls@jsdc.com;eaf@jsdc.com
              BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company
               bkile@grenenbirsic.com,    mcupec@grenenbirsic.com
              BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company
               bkile@grenenbirsic.com,    mcupec@grenenbirsic.com
              BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              BRIAN R. FITZGERALD    on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com,
               rfarren@klehr.com
              BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank brya.keilson@usdoj.gov
              CAMERON   KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com,
               RRich2@hunton.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
              DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
               Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com

```
District/off: 0313-2              User: PaulP                    Page 2 of 4                   Date Rcvd: Nov 02, 2018
                                  Form ID: pdf900                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

  DAVID L. BRAVERMAN  on behalf of Creditor  Braverman Kaskey, P.C. dbraver@braverlaw.com,
  dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
  DAVID M. SHAFKOWITZ  on behalf of Creditor  15th and Sansom, L.P. dms@shafkowitzlaw.com,
  pamedparalegal@comcast.net
  DENNIS R. MEAKIM  on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
  CBallasy@howlandhess.com
  DENNIS R. MEAKIM  on behalf of Defendant  Bucks County Beverage Company, LLC
  DMeakim@howlandhess.com, CBallasy@howlandhess.com
  DEREK J. BAKER  on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
  DIMITRI L. KARAPELOU  on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
  dkarapelou@karapeloulaw.com
  DIMITRI L. KARAPELOU  on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
  dkarapelou@karapeloulaw.com
  EDWARD J. HAYES  on behalf of Creditor  Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
  EDWARD J. HAYES  on behalf of Defendant  Origins Holding Company, LLC ehayes@foxrothschild.com
  EVAN THOMAS MILLER  on behalf of Interested Party  Partnership Liquidity Investors, LLC
  emiller@bayardlaw.com, lmorton@bayardlaw.com
  FRANCIS X. TANEY  on behalf of Defendant  Volcafe Specialty Coffee LLC
  frank.taney@taneylegal.com
  GARY DAVID BRESSLER  on behalf of Plaintiff  The Sherwin Williams Company
  gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;cbassano@mdmc-law.com
  GARY F SEITZ  on behalf of  Terry P. Dershaw gseitz@gsbblaw.com
  GEORGE M. CONWAY  on behalf of  United States Trustee george.m.conway@usdoj.gov
  GRETCHEN M SANTAMOUR  on behalf of Creditor  VIST Bank gsantamour@stradley.com
  HARRY J. GIACOMETTI  on behalf of Attorney  Flaster/Greenberg P.C.
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
  HARRY J. GIACOMETTI  on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
  HARRY J. GIACOMETTI  on behalf of Plaintiff Christine C. Shubert
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
  HARRY J. GIACOMETTI  on behalf of Interested Party  Flaster/Greenberg P.C.
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
  HARRY J. GIACOMETTI  on behalf of  Christine  Shubert, Chapter 7 Trustee
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
  HARRY J. GIACOMETTI  on behalf of Plaintiff CHRISTINE C. SHUBERT
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
  HARRY J. GIACOMETTI  on behalf of Trustee CHRISTINE C. SHUBERT
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
  HARRY J. GIACOMETTI  on behalf of  Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
  HARRY J. GIACOMETTI  on behalf of Debtor Joseph  Grasso harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
  HARRY J. GIACOMETTI  on behalf of Plaintiff Christine  Shubert
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
  HOWARD GERSHMAN  on behalf of Defendant  Russell Law Group hg229ecf@gmail.com,
  229ecf@glpoc.comcastbiz.net
  HUGH J. WARD  on behalf of U.S. Trustee  United States Trustee hugh.j.ward@usdoj.gov
  J. TIMOTHY ARNDT, III  on behalf of Creditor  Stonebridge Bank tarndt@lcslaw.com
  JAMES KEVIN HANEY  on behalf of Creditor  General Electric Capital Corporation
  jhaney@wongfleming.com, cjackson@wongfleming.com,sshalloo@wongfleming.com
  JARRET P. HITCHINGS  on behalf of Creditor  Hill International, Inc.
  JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
  JEFFREY KURTZMAN  on behalf of Creditor  15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
  JEFFREY KURTZMAN  on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
  JEFFREY KURTZMAN  on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
  JEFFREY KURTZMAN  on behalf of Creditor  730 East Elm Associates, LP
  Kurtzman@kurtzmansteady.com
  JEFFREY KURTZMAN  on behalf of Interested Party  Grasso Holdings Kurtzman@kurtzmansteady.com
  JEFFREY KURTZMAN  on behalf of Defendant  15th and Sansom, L.P. Kurtzman@kurtzmansteady.com

```
District/off: 0313-2           User: PaulP                 Page 3 of 4                  Date Rcvd: Nov 02, 2018
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JEFFREY KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP Kurtzman@kurtzmansteady.com
        JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc. jvenzie@venzie.com
        JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP jcianciulli@weirpartners.com, lobrien@weirpartners.com
        JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
        JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
        JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
        JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc. jmcmahon@ciardilaw.com, mflores@ciardilaw.com
        KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
        KRISTEN WETZEL LADD    on behalf of Creditor    Royal Bank America kladd@utbf.com
        LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB lschwimmer@weirpartners.com, lobrien@weirpartners.com
        LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C. lmcmichael@dilworthlaw.com, cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycaplow@dilworthlaw.com
        LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire lmcmichael@dilworthlaw.com, cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycaplow@dilworthlaw.com
        LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C. lmcmichael@dilworthlaw.com, cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycaplow@dilworthlaw.com
        LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
        LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com, jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
        LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
        MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
        MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC 2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
        MAURICE R. MITTS    on behalf of    Donna Grasso mmitts@mittslaw.com, agary@mittslaw.com
        MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com
        MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
        MICHAEL H. KALINER    mhkaliner@gmail.com
        MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P. mjoyce@crosslaw.com
        MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com, r47593@notify.bestcase.com
        MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company mdisabatino@saul.com
        MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company mdisabatino@saul.com
        Michael P. Gigliotti    on behalf of Creditor John    Larson gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
        Michael P. Gigliotti    on behalf of Plaintiff Greg    Bayer gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
        Michael P. Gigliotti    on behalf of Creditor Greg    Bayer gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
        Michael P. Gigliotti    on behalf of Plaintiff John    Larson gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
        PAUL BRINTON MASCHMEYER    on behalf of    MICHAEL H. KALINER pmaschmeyer357@gmail.com, FMarinas@msn.com
        PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire pwinterhalter@offitkurman.com, rcovington@offitkurman.com
        PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C. pwinterhalter@offitkurman.com, rcovington@offitkurman.com
        PAUL J. WINTERHALTER    on behalf of Defendant Donna    Grasso pwinterhalter@offitkurman.com, rcovington@offitkurman.com
        PAUL J. WINTERHALTER    on behalf of Defendant Joseph    Grasso pwinterhalter@offitkurman.com, rcovington@offitkurman.com
        REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
        RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com, plorenz@mmwr.com;
        ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com

```
District/off: 0313-2           User: PaulP                 Page 4 of 4                  Date Rcvd: Nov 02, 2018
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@salduttIcollect.com,
               lmarciano@salduttIcollect.com;pwirth@salduttIcollect.com;kcollins@slgcollect.com
              ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN    on behalf of    Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of  Christine   Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
              THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry P. Dershaw    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
              VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               marriott@ballardspahr.com
              WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                             TOTAL: 127
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| JOSEPH GRASSO, | ) |
| | ) Case No. 12-11063 (MDC) |
| Debtor. | ) |
| | ) |
| | ) |

## ORDER APPROVING TRUSTEE'S MOTION FOR
## AUTHORITY TO MAKE THIRD INTERIM DISTRIBUTION TO CREDITORS

AND NOW, this __31st__ day of __October__, 2018, upon consideration of Motion of Christine C. Shubert, Chapter 7 Trustee, for Authority to Make a Third Interim Distribution to Creditors pursuant to 11 U.S.C. §§105(a), 503, 507, 704 and 726 (the "Motion"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED the Trustee is authorized to make the interim distributions set forth in the Schedule attached to the Motion as Exhibit "B"; and it is further

ORDERED that the balance of the funds in the Trustee's account for the Debtor's estate shall continue to be held by the Trustee until further Order of this Court.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

6920876 v1