**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Joseph Grasso, | : | |
| Debtor. | : | Bankruptcy No. 12-11063-MDC |

# O R D E R

**AND NOW**, Flaster/Greenberg, P.C. (the "Applicant") filed a *Twelfth Interim Application of Flaster/Greenberg, P.C. for Compensation for Legal Services Rendered as Counsel for Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of Expenses for the Period August 1, 2018 through January 31, 2019* (the "Application").[1]

**AND**, as required by L.R. 2016-2(b), the Court requires further information regarding the history of case administration and the present status of the bankruptcy estate in order to evaluate the Application.

It is hereby **ORDERED** that:

1. **On or before March 31, 2019**, the Trustee shall file a summary of the assets that have been administered and the disbursements that have been made, which shall include a statement of the amount of money presently in the bankruptcy estate available for distribution.

2. The Trustee may comply with this Order by filing updated versions of the documents commonly known as "Form 1" and "Form 2."

3. A ruling on the Application is **DEFERRED** pending the Court's receipt of the summary required by Paragraph 1 above.

---

[1] Bankr. Docket No. 1878.

Dated:   March 7, 2019

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Harry J. Giacometti, Esquire
Steven D. Usdin, Esquiqre
Flaster/Greenberg, PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

Kevin P. Callahan, Esquire
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035