UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| JOSEPH GRASSO, ) | |
| ) | Case No. 12-11063 (MDC) |
| Debtor. ) | |
| ) | |
| _____ ) | |

## MOTION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE
## FOR RELEASE OF UNCLAIMED FUNDS

Christine C. Shubert, Chapter 7 Trustee (the "Trustee") of the estate of Joseph Grasso (the "Debtor"), by and through her undersigned attorneys, hereby moves, pursuant to 11 U.S.C. §§ 105(a) for the release of unclaimed funds, and in support hereof states as follows:

1. On February 6, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. By Order dated June 12, 2013, this Court converted the case to a proceeding under Chapter 7 of the Bankruptcy Code.

3. On June 14, 2013, the Trustee was appointed as Chapter 7 Trustee.

4. The Trustee has obtained recoveries and liquidated assets of the estate so as to ensure that the estate will be administratively solvent.

5. On October 5, 2018, the Trustee filed a Third Motion for Interim Distribution (Docket No. 1871) (the "Third Interim Distribution Motion"), wherein the Trustee sought this Court's authority to make payment of certain claims filed against the Debtor's Estate.

6. On October 31, 2018, this Court entered an Order approving the Third Interim Distribution Motion, authorizing, among other things, payment to the general, unsecured creditors of the Debtor's Estate on account of their allowed claims in the aggregate amount of $266,046.38 (Docket No. 1875).

7152341 v1

7. On February 26, 2019, the Trustee paid, and the Clerk of this Court received, payment of $16,522.83, representing funds not claimed by certain of the general unsecured creditors.

8. The funds included a payment due to Origin Capital Debt Fund in the amount of $3,711.88, which was returned to the Trustee.

9. The Trustee has now identified a better address for Origin Capital Debt Fund, and seeks an Order authorizing the Clerk to remit those funds directly.

10. Interim distributions are authorized under §105(a) where they are in the best interests of the estate. *In re Bird*, 565 B.R. 382, 400 (S.D. Tex. 2017) and the payment to Origin was authorized by this Court's Order of October 31, 2018.

WHEREFORE, the Trustee respectfully requests that the Court enter an order authorizing and directing the Clerk to make payment of $3,711.88 to Origin, and granting such other and further relief as is just and proper.

Date: March 15, 2019                **FLASTER/GREENBERG, P.C.**

By:  /s/ *Harry J. Giacometti*
Harry J. Giacometti, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Tel: (215) 587-5680
*Counsel for the Chapter 7 Trustee*

7152341 v1