**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| JOSEPH GRASSO, | ) | |
| | ) | Case No. 12-11063 (MDC) |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

**ORDER ON TRUSTEE'S MOTION FOR**
**FOR RELEASE OF UNCLAIMED FUNDS**

AND NOW, this _____ day of _____, 2019, upon consideration of Motion

of Christine C. Shubert, Chapter 7 Trustee, for Release of Unclaimed Funds, (the "Motion"), and

any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED the Clerk of this Court is authorized and directed to make payment in the

amount of $3,711.88 to Origin Capital Debt Fund, and deliver such payment to:

Origin Capital Debt Fund
c/o Edward J. Hayes, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

7152346 v1