**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| IN RE: | : | CHAPTER 11 |
| | : | |
| JOSEPH GRASSO, | : | Case No. 12-11063 (MDC) |
| | : | |
| Debtor. | : | **Re: Docket No. 1883** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

1.      The Fifth Motion of Christine C. Shubert, Chapter 7 Trustee for Authority to Make Payments to Taxing Authorities (the "Motion") was filed on March 12, 2019.

2.       The Motion and Notice of Motion, Response Deadline, and Hearing Date [Docket No. 1884] were sent to all parties entitled to notice, as reflected in the Certificate of Service filed of record.

3.      As of the date hereof, undersigned counsel has not received any responses to the Motion.  A review of the docket in this case reflects that no responses have been filed.

4.      Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter the Order attached to the Motion.

FLASTER/GREENBERG P.C.

Dated:  April 9, 2019

By: */s/ Harry J. Giacometti*
Harry J. Giacometti, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Tel: 215-587-5680
Counsel for the Chapter 7 Trustee

7201535 v1