UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  )
                                        )    Chapter 7
JOSEPH GRASSO,                          )
                                        )    Case No. 12-11063 (MDC)
            Debtor.                     )
                                        )
_____ )

## ORDER

AND NOW, this 10th day of April, 2019, upon consideration of the Fifth Motion of Christine C. Shubert, Chapter 7 Trustee, for Authority to Make Payments to Taxing Authorities (the "Motion"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED the Trustee is authorized to make such payments as more specifically set forth in the Motion.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

7146775 v1