UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    )
                                          )    Chapter 7
JOSEPH GRASSO,                            )
                                          )    Case No. 12-11063 (MDC)
            Debtor.                       )
                                          )
_____       )

ORDER ON TRUSTEE'S MOTION FOR
FOR RELEASE OF UNCLAIMED FUNDS

AND NOW, this 10th day of April, 2019, upon consideration of Motion of Christine C. Shubert, Chapter 7 Trustee, for Release of Unclaimed Funds, (the "Motion"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED the Clerk of this Court is authorized and directed to make payment in the amount of $3,711.88 to Origin Capital Debt Fund, and deliver such payment to:

Origin Capital Debt Fund
c/o Edward J. Hayes, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

7152346 v1