United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-11063-mdc
Joseph Grasso                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 4    Date Rcvd: Apr 11, 2019
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
db         #+Joseph Grasso,   649 Dodds Lane,   Gladwyn, PA 19035-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
          AARON S APPLEBAUM   on behalf of Creditor   The Sherwin Williams Company aaron.applebaum@saul.com,
            Catherine.santangelo@saul.com
          ALAN I. MOLDOFF   on behalf of Interested Party   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF   on behalf of Defendant   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF   on behalf of Creditor   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN L. FRANK   on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
          ALAN L. FRANK   on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net
          ALAN L. FRANK   on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
          AMY E. VULPIO   on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
          ANDREW F GORNALL   on behalf of Creditor   GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          ANDREW JAY FLAME   on behalf of Accountant   Bederson & Company, LLP andrew.flame@dbr.com
          ARSEN KASHKASHIAN   on behalf of Plaintiff Greg  Bayer kashlaw@aol.com,
            doverar87647@notify.bestcase.com
          ARSEN KASHKASHIAN   on behalf of Plaintiff John  Larson kashlaw@aol.com,
            doverar87647@notify.bestcase.com
          ASHLEY B. STITZER   on behalf of Interested Party   Partnership Liquidity Investors, LLC
            astitzer@macelree.com, tnadachowski@macelree.com
          AUSTIN L MCMULLEN   on behalf of Plaintiff   Madison Capital Company, LLC AMcMullen@babc.com
          AUSTIN L MCMULLEN   on behalf of Creditor   Madison Capital Company, LLC AMcMullen@babc.com
          BONNIE R. GOLUB   on behalf of Creditor   Wilmington Savings Fund Society, FSB
            bgolub@weirpartners.com, imarciniszyn@weirpartners.com
          BRIAN H. SMITH   on behalf of Creditor   Wells Fargo Bank BHS@JSDC.COM,
            dkd@jsdc.com;cls@jsdc.com;eaf@jsdc.com
          BRIAN M. KILE   on behalf of Plaintiff   NexTier Bank, N.A. d/b/a Radnor Trust Company
            bkile@grenenbirsic.com, mcupec@grenenbirsic.com
          BRIAN M. KILE   on behalf of Defendant   NexTier Bank, N.A. d/b/a Radnor Trust Company
            bkile@grenenbirsic.com, mcupec@grenenbirsic.com
          BRIAN M. KILE   on behalf of Creditor   NexTier Bank bkile@grenenbirsic.com,
            mcupec@grenenbirsic.com
          BRIAN R. FITZGERALD   on behalf of Interested Party   Grasso Holdings bfitzgerald@klehr.com,
            rfarren@klehr.com
          BRYA M KEILSON   on behalf of Interested Party   The Bancorp Bank brya.keilson@usdoj.gov
          CAMERON KINVIG   on behalf of Defendant   Excelco Trading, LP ckinvig@hunton.com,
            RRich2@hunton.com
          CHRISTINE C. SHUBERT   christine.shubert@comcast.net, J100@ecfcbis.com
          CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
            J100@ecfcbis.com

```
District/off: 0313-2          User: PaulP              Page 2 of 4          Date Rcvd: Apr 11, 2019
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
         CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
         DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
         Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
         DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com,
         dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
         DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com,
         pamedparalegal@comcast.net
         DENNIS R. MEAKIM    on behalf of Defendant Felicia   Meakim DMeakim@howlandhess.com,
         CBallasy@howlandhess.com
         DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC
         DMeakim@howlandhess.com, CBallasy@howlandhess.com
         DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
         DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
         dkarapelou@karapeloulaw.com
         DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
         dkarapelou@karapeloulaw.com
         EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
         EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
         EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
         emiller@bayardlaw.com, lmorton@bayardlaw.com
         FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC
         frank.taney@taneylegal.com
         GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company
         gbressler@mdmc-law.com, kdeans@mdmc-law.com; sshidner@mdmc-law.com;cbassano@mdmc-law.com
         GARY F SEITZ    on behalf of    Terry P. Dershaw gseitz@gsbblaw.com
         GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
         GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
         HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C.
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Trustee Christine   Shubert, Chapter 7 Trustee
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C.
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of    Christine   Shubert, Chapter 7 Trustee
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HARRY J. GIACOMETTI    on behalf of Plaintiff Christine   Shubert
         harry.giacometti@flastergreenberg.com,
         harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
         HOWARD   GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com,
         229ecf@glpoc.comcastbiz.net
         HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
         J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
         JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation
         jhaney@wongfleming.com, cjackson@wongfleming.com,sshalloo@wongfleming.com
         JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc.
         JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
         JEFFREY   KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
         JEFFREY   KURTZMAN    on behalf of Creditor Michael   Grasso Kurtzman@kurtzmansteady.com
         JEFFREY   KURTZMAN    on behalf of Creditor David   Grasso Kurtzman@kurtzmansteady.com
         JEFFREY   KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP
         Kurtzman@kurtzmansteady.com
         JEFFREY   KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com

```
District/off: 0313-2            User: PaulP                 Page 3 of 4                  Date Rcvd: Apr 11, 2019
                                Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              JEFFREY   KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP
               Kurtzman@kurtzmansteady.com
              JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc.
               jvenzie@venzie.com
              JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
               jcianciulli@weirpartners.com, lobrien@weirpartners.com
              JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
               jgrossman@grossmanfirm.com,    jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
              JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
              JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc.
               jmcmahon@ciardilaw.com,    mflores@ciardilaw.com,
              KEVIN P. CALLAHAN    on behalf of     United states trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of     United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               lschwimmer@weirpartners.com
              LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
              LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
               jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
              LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com,    rwarren@saul.com
              MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
              MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
               2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com,    donna.curcio@bipc.com
              MAURICE R. MITTS    on behalf of    Donna  Grasso mmitts@mittslaw.com,    agary@mittslaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              MICHAEL H. KALINER    mhkaliner@gmail.com
              MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
               mjoyce@crosslaw.com
              MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
               r47593@notify.bestcase.com
              MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              Michael P. Gigliotti    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PAUL BRINTON MASCHMEYER    on behalf of     MICHAEL H. KALINER pmaschmeyer357@gmail.com,
               FMarinas@msn.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
               pwinterhalter@offitkurman.com,    rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               pwinterhalter@offitkurman.com,    rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
```

```
District/off: 0313-2          User: PaulP              Page 4 of 4            Date Rcvd: Apr 11, 2019
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com,
           plorenz@mmwr.com;richard-placey-6658@ecf.pacerpro.com
          ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
          ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
           rholber@ecf.axosfs.com
          ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
          ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@salutticollect.com,
           lmarciano@salutticollect.com;pwirth@salutticollect.com;kcollins@slgcollect.com
          ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
          ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
          RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
          SARAH   SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           SCHINDLERWILLIAMSS@BallardSpahr.com
          STEVEN D. USDIN    on behalf of    Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
           steven.usdin@flastergreenberg.com,    steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
           steven.usdin@flastergreenberg.com,    steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
           steven.usdin@flastergreenberg.com,    steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
          THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Terry P. Dershaw    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
          VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           marriott@ballardspahr.com
          WILLIAM J. LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                              TOTAL: 125
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: )
 )
JOSEPH GRASSO, ) Chapter 7
 )
 ) Case No. 12-11063 (MDC)
Debtor. )
 )
_____ )

## ORDER

AND NOW, this 10th day of April, 2019, upon consideration of the Fifth Motion of Christine C. Shubert, Chapter 7 Trustee, for Authority to Make Payments to Taxing Authorities (the "Motion"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED the Trustee is authorized to make such payments as more specifically set forth in the Motion.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

7146775 v1