# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| JOSEPH GRASSO, | : Case No. 12-11063 (MDC) |
| Debtor. | : **Re: Docket No. 1898** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

1. The Notice of Proposed Abandonment (the "Notice") was filed on May 23, 2019.

2. The Notice was sent to all parties entitled to notice, as reflected in the Certificate of Service filed of record.

3. As of the date hereof, undersigned counsel has not received any responses to the Notice. A review of the docket in this case reflects that no responses have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Notice is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter the Order attached to the Notice.

FLASTER/GREENBERG P.C.

Dated: June 7, 2019    By: /s/ *Harry J. Giacometti*
Harry J. Giacometti, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Tel: 215-587-5680
Counsel for the Chapter 7 Trustee

7283519 v1