IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | : Chapter 7 |
| | : |
| JOSEPH GRASSO, | : Bankruptcy No. 12-11063 (MDC) |
| | : |
| Debtor. | : |
| | : |

# **ORDER**

AND NOW this __17th__ day of __June__, 2019, upon consideration of the Chapter 7 Trustee's Notice of Proposed Abandonment and upon certification of no objection thereto, it is hereby

**ORDERED** that the Chapter 7 Trustee is authorized to abandon the Claim as more particularly referenced in the Notice of Proposed Abandonment.

BY THE COURT:

*Magdeline D. Coleman*

Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge

Interested Parties:

Harry J. Giacometti, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Christine C. Shubert
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Kevin P. Callahan
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

7262317 v1