United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-11063-mdc
Joseph Grasso                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 4          Date Rcvd: Jun 17, 2019
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
db             #+Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514
                +Kevin P. Callahan, Esq.,    Office of the United States Trustee,
                  833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:

        AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aaron.applebaum@saul.com, Catherine.santangelo@saul.com
        ALAN I. MOLDOFF     on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
        ALAN I. MOLDOFF     on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
        ALAN I. MOLDOFF     on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
        ALAN L. FRANK     on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
        ALAN L. FRANK     on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net
        ALAN L. FRANK     on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
        AMY E. VULPIO     on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
        ANDREW F GORNALL     on behalf of Creditor    GREEN TREE SERVICING LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        ANDREW JAY FLAME     on behalf of Accountant    Bederson & Company, LLP andrew.flame@dbr.com
        ARSEN KASHKASHIAN     on behalf of Plaintiff Greg  Bayer kashlaw@aol.com, doverar87647@notify.bestcase.com
        ARSEN KASHKASHIAN     on behalf of Plaintiff John  Larson kashlaw@aol.com, doverar87647@notify.bestcase.com
        ASHLEY B. STITZER     on behalf of Interested Party    Partnership Liquidity Investors, LLC astitzer@macelree.com, tnadachowski@macelree.com
        AUSTIN L MCMULLEN     on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
        AUSTIN L MCMULLEN     on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
        BONNIE R. GOLUB     on behalf of Creditor    Wilmington Savings Fund Society, FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com
        BRIAN H. SMITH     on behalf of Creditor    Wells Fargo Bank BHS@JSDC.COM, dkd@jsdc.com;cls@jsdc.com;eaf@jsdc.com
        BRIAN M. KILE     on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company bkile@grenenbirsic.com, mcupec@grenenbirsic.com
        BRIAN M. KILE     on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company bkile@grenenbirsic.com, mcupec@grenenbirsic.com
        BRIAN M. KILE     on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com
        BRIAN R. FITZGERALD     on behalf of Interested Party    Grasso Holdings bfitzgerald@klehr.com, rfarren@klehr.com
        BRYA M KEILSON     on behalf of Interested Party    The Bancorp Bank brya.keilson@usdoj.gov
        CAMERON KINVIG     on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com, RRich2@hunton.com
        CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com

```
District/off: 0313-2              User: PaulP                  Page 2 of 4                   Date Rcvd: Jun 17, 2019
                                  Form ID: pdf900              Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
              DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
               Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com,
               pamedparalegal@comcast.net
              DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
               EPyle@howlandhess.com
              DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC
               DMeakim@howlandhess.com, EPyle@howlandhess.com
              DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
              DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
               dkarapelou@karapeloulaw.com
              DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
               dkarapelou@karapeloulaw.com
              EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
              EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
              EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
               emiller@bayardlaw.com, lmorton@bayardlaw.com
              FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC
               frank.taney@taneylegal.com
              GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company
               gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;cbassano@mdmc-law.com
              GARY F SEITZ    on behalf of  Terry P. Dershaw gseitz@gsbblaw.com
              GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
              GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
              HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C.
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
               tergreenberg.com
              HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
               tergreenberg.com
              HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
               tergreenberg.com
              HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C.
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
               tergreenberg.com
              HARRY J. GIACOMETTI    on behalf of  Christine  Shubert, Chapter 7 Trustee
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
               tergreenberg.com
              HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
               tergreenberg.com
              HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
               tergreenberg.com
              HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
               tergreenberg.com
              HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flas
               tergreenberg.com
              HOWARD  GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
              J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
              JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation
               jhaney@wongfleming.com, cjackson@wongfleming.com,sshalloo@wongfleming.com
              JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc.
               JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
              JEFFREY  KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
```

```
District/off: 0313-2                  User: PaulP                     Page 3 of 4                    Date Rcvd: Jun 17, 2019
                                      Form ID: pdf900                 Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JEFFREY   KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP
               Kurtzman@kurtzmansteady.com
              JEFFREY C. VENZIE    on behalf of Creditor    Sunlight Electrical Contracting Co., Inc.
               jvenzie@venzie.com
              JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
               jcianciulli@weirpartners.com, lobrien@weirpartners.com
              JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
               jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
              JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
              JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc.
               jmcmahon@ciardilaw.com, mflores@ciardilaw.com,
              KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               lschwimmer@weirpartners.com
              LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
              LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
               jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
              LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
              MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP mcohen@mwc-law.com
              MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
               2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
              MAURICE R. MITTS    on behalf of Donna  Grasso mmitts@mittslaw.com,
               agary@mittslaw.com;kbennett@mittslaw.com;rcurrie@mittslaw.com;mduffy@mittslaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              MICHAEL H. KALINER    mhkaliner@gmail.com
              MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
               mjoyce@crosslaw.com
              MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
               r47593@notify.bestcase.com
              MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              Michael P. Gigliotti    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PAUL BRINTON MASCHMEYER    on behalf of   MICHAEL H. KALINER pmaschmeyer@maschmarinas.com,
               FMarinas@msn.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
               pwinterhalter@offitkurman.com, rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               pwinterhalter@offitkurman.com, rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
```

```
District/off: 0313-2                  User: PaulP                    Page 4 of 4                    Date Rcvd: Jun 17, 2019
                                      Form ID: pdf900                Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          PAUL J. WINTERHALTER   on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com, rcovington@offitkurman.com
          REGINA STANGO KELBON   on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
          RICHARD G. PLACEY   on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com, plorenz@mmwr.com;richard-placey-6658@ecf.pacerpro.com
          ROBERT H. HOLBER   on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
          ROBERT H. HOLBER   on behalf of Plaintiff Christine C. Shubert trustee@holber.com, rholber@ecf.axosfs.com
          ROBERT H. HOLBER   on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
          ROBERT L. SALDUTTI   on behalf of Creditor    Putnam Leasing Company rsaldutti@salduttcollect.com, lmarciano@salduttcollect.com;pwirth@salduttcollect.com;kcollins@slgcollect.com
          ROGER GALE JONES   on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
          ROGER GALE JONES   on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
          RONALD S. GELLERT   on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com
          SARAH  SCHINDLER-WILLIAMS   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE SCHINDLERWILLIAMSS@BallardSpahr.com
          STEVEN D. USDIN   on behalf of     Flaster/Greenberg, PC steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of  Christine  Shubert, Chapter 7 Trustee steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Accountant    Bederson & Company LLP steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Attorney    Flaster/Greenberg P.C. steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com
          STEVEN JOHN WHITE   on behalf of Creditor    VIST Bank swhite@stradley.com
          THOMAS I. PULEO   on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          Terry P. Dershaw    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VINCENT J. MARRIOTT, III   on behalf of Creditor    GCCFC marriott@ballardspahr.com
          VINCENT J. MARRIOTT, III   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE marriott@ballardspahr.com
          WILLIAM J. LEVANT   on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com

                                                                                          TOTAL: 125

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | : Chapter 7 |
| JOSEPH GRASSO, | : Bankruptcy No. 12-11063 (MDC) |
| Debtor. | : |

**ORDER**

AND NOW this __17th__ day of __June__, 2019, upon consideration of the Chapter 7 Trustee's Notice of Proposed Abandonment and upon certification of no objection thereto, it is hereby

**ORDERED** that the Chapter 7 Trustee is authorized to abandon the Claim as more particularly referenced in the Notice of Proposed Abandonment.

BY THE COURT:

_Magdeline D. Coleman_
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge

Interested Parties:

Harry J. Giacometti, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Christine C. Shubert
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Kevin P. Callahan
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

7262317 v1