**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

IN RE:
    **JOSEPH GRASSO**    : CHAPTER 11
          Debtor                :
                                  : No. 12-11063-mdc

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR SUNLIGHT
ELECTRICAL CONTRACTING CO. INC.**

**TO THE CLERK:**

Kindly withdraw the appearance of Jeffrey C. Venzie, Esq. and Venzie, Phillips & Warshawer on behalf of Sunlight Electrical Contracting Co., Inc. in the above captioned case.

    By:    /S/ Jeffrey C. Venzie, Esquire
              Jeffrey C. Venzie, Esquire
              **VENZIE, PHILLIPS & WARSHAWER**
              18 Campus Blvd., Suite 100
              Newtown Square, PA  19073
              (484) 423-3500
              (484) 423-3510 – Telecopier
              jvenzie@venzie.com

**TO THE CLERK:**

Kindly enter my appearance on behalf of Sunlight Electrical Contracting Co., Inc. in the above case.  All parties shall serve notices directed to my client upon me at the address appearing below.

    By:    /S/ Eric Rayz, Esquire
              Kalikhman & Rayz, LLC
              1051 County Line Road, Suite "A"
              Huntingdon Valley, PA 19006
              Telephone: (215) 364-5030
              Facsimile: (215) 364-5029
              erayz@kalraylaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

IN RE:
 **JOSEPH GRASSO**  : CHAPTER 11
   Debtor  :
    : No. 12-11063-mdc

**CERTIFICATION OF SERVICE/MAILING**

 I, Jeffrey C. Venzie, Esq., hereby certify that on the 9th day of August, 2019, I did send a copy of the foregoing Notice of Withdrawal and Substitution of Counsel, via first class mail, postage prepaid (except as noted) to the following:

Office of the U.S. Trustee    Served by ECF System

Joseph Grasso
649 Dobbs Lane
Gladwyn, PA 19035

Harry J. Giacometti, Esq.    Served by ECF System
Counsel for Christine C. Schubert,
Chapter 7 Trustee

Christine Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ 08226

     VENZIE, PHILLIPS & WARSHAWER

     By: /S/Jeffrey C. Venzie, Esquire
      Jeffrey C. Venzie, Esquire
      VENZIE, PHILLIPS & WARSHAWER
      18 Campus Blvd., Suite 100
      Newtown Square, PA  19073
      (484) 423-3500
      (484) 423-3510 – Telecopier
      jvenzie@venzie.com