IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: August 29, 2019

IN RE:                                   :        Chapter 7

Joseph Grasso
        Debtor(s)              :        Bankruptcy No. 12-11063MDC

CERTIFICATION OF COSTS

The sum of $6,153.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before September 12, 2019.

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | 0 | 0.00 |
| Claims | 0 | 0.00 |
| Certifications | 0 | 0.00 |
| Adversary Complaints | 21 @ $293.00 | 6,153.00 |
| | 13-479, 13-528, 13-546, 13-548, 13-549, 13-555, | |
| | 13-635, 14-52, 14-53, 14-54, 14-55, 14-56, 14-57, 14-58, | |
| | 14-59, 14-60, 14-61, 14-62, 14-63, 14-64, 14-65 | |
| Copies | 0 | 0.00 |
| | TOTAL: | $6,153.00 |

Dated at Philadelphia, Pennsylvania
this 29th day of August 2019

TIMOTHY B. MCGRATH, Clerk

By:  Paul A. Puskar
     Deputy Clerk

Certcost 8/99