**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Joseph Grasso | : | |
| Debtor. | : | Bankruptcy No. 12-11063-MDC |

# O R D E R

**AND NOW**, on August 1, 2019, Flaster/Greenberg, P.C. filed the *Thirteenth and Final Application of Flaster/Greenberg P.C. for Compensation for Legal Services Rendered as Counsel for Christine C. Shubert, Chapter 7 Trustee, and for Reimbursement of Expenses for the Period February 1, 2019 through July 26, 2019* (the "FG Application").[1]

**AND**, on August 1, 2019, Bederson LLP field the *Eleventh & Final Fee Application of Bederson LLP as Accountants for Christine Shubert as Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period September 1, 2017 through July 8, 2019* (the "Bederson Application").[2]

**AND**, the Court requires further information regarding the history of case administration and the present status of the bankruptcy estate in order to evaluate the fees and expenses sought pursuant to the FG Application and the Bederson Application.

It is hereby **ORDERED** that:

1. On or before **October 21, 2019**, the Trustee shall file a summary of the assets that have been administered and the disbursements that have been made, which shall include a statement of the amount of money presently in the bankruptcy estate available for distribution.

2. The Trustee may comply with this Order by filing the documents commonly known as "Form 1" and "Form 2."

3. A ruling on the FG Application and the Bederson Application is **DEFERRED** pending the Court's receipt of the summary required by Paragraph 1 above.

---

[1] Bankr. Docket No. 1902.

[2] Bankr. Docket No. 1904.

Dated:   September 30, 2019

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Joseph Grasso
649 Dodd Lane
Gladwyn, PA 19035

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

Leon R. Barson, Esquire
Blank Rome LLP
3000 Two Logan Square
130 North 18th Street
Philadelphia, PA 19103-2799

Harry J. Giacometti, Esquire
Damien N. Tancredi, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg, PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Alan L. Frank, Esquire
Alan L. Frank Law Associates PC
135 Old York Road
Jenkintown, PA 19046

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

Regina S. Kelbon, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Michael G. Menkowitz, Esquire
Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Kevin P. Callahan, Esquire
Hugh J. Ward, Esquire
United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106