IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH GRASSO,
    Debtor

CIVIL ACTION NO. 18-2798

## ORDER

**AND NOW**, this 2nd day of May 2019, upon receipt of the parties' Stipulation of Dismissal [Doc. No. 22] in the above-captioned matter, it is hereby **ORDERED** that the appeal in this proceeding is **DISMISSED AS WITHDRAWN**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**