United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-11063-mdc
Joseph Grasso                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP           Page 1 of 8          Date Rcvd: Feb 25, 2020
                              Form ID: pdf900       Total Noticed: 141

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
```
db          #+Joseph Grasso,   649 Dodds Lane,   Gladwyn, PA 19035-1514
aty          +AARON J. MARGOLIS,   Duane Morris LLP,   30 South 17th Street,   Philadelphia, PA 19103-4196
aty          +Dilworth Paxson LLP,   Centre Square,   1500 Market Street,   Suite 3500E,
              Philadelphia, PA 19102-2101
aty          +EAMON P. KELLY,   Sperling & Slater, P.C.,   55 West Monroe Street,   Suite 3200,
              Chicago, IL 60603-5035
aty          +ERIC RAYZ,   1051 County Line Road,   Ste A,   Huntingdon Valley, Pa 19006-1232
aty          +Hangley Aronchick Segal Pudlin & Schiller,   One Logan Square, 27th Floor,
              Philadelphia, PA 19103-6910
aty          +JAMES GREENBERG,   Duane Morris LLP,   1940 Route 70 East,   Suite 200,
              Cherry Hill, NJ 08003-2141
aty           JEFFREY BADDELEY,   1660 W. 2nd Street,   Suite 1100,   Cleveland, OH  44113-1448
aty          +KEVIN B WATSON,   Cipriani & Werner,   Suite 200,   450 Sentry Parkway,
              Blue Bell, PA 19422-2319
aty          +LAWRENCE G. MCMICHAEL,   Dilworth Paxson LLP,   1500 Market Street,   Suite 3500E,
              Philadelphia, PA 19102-2101
aty          +ROBERT D. CHEIFETZ,   Sperling & Slater PC,   55 W. Monroe St,   Suite 2300,
              Chicago, IL 60603-5117
aty          +ROBERT K. MALONE,   Drinker, Biddle & Reath, LLP,   500 Campus Drive,
              Florham Park, NJ 07932-1024
cr           +730 East Elm Associates, LP,   c/o Jeffrey Kurtzman, Esquire,
              Klehr Harrison Harvey Branzburg LLP,   1835 Market Street,   Suite 1400,
              Philadelphia, PA 19103-2945
sp           +Alan L. Frank,   135 Old York Road,   Jenkintown, PA 19046-3617
consult      +Asterion, Inc.,   c/o Stephen J. Scherf,   215 S. Broad Street, 3rd,
              Phiiadelphia, PA 19107-5315
acc         ++BEDERSON LLP,   347 MT PLEASANT AVENUE SUITE 200,   WEST ORANGE NJ 07052-2749
              (address filed with court: Bederson & Company, LLP,   405 Northfield Avenue,
              West Orange, NJ  07052)
cr           +David Grasso,   c/o Jeffrey Kurtzman, Esquire,   Klehr Harrison Harvey Branzburg LLP,
              1835 Market Street,   Suite 1400,   Philadelphia, PA 19103-2945
NONE         +Flaster/Greenberg, PC,   c/o Harry J. Giacometti,   4 Penn Center, 2nd Floor,   1600 JFK Blvd,
              Philadelphia, PA 19103-2852
cr           +Fox Chase Bank,   c/o Saul Ewing LLP,   Attn: Joshua W.B. Richards, Esq.,
              1500 Market St., 38th Fl.,   Philadelphia, PA 19102-2184
cr           +GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC,   c/o Mark Pfeiffer, Esquire,
              Buchanan Ingersoll & Rooney PC,   50 S. 16th St., Ste. 3200,   Philadelphia, PA 19102-2555
intp         +Grasso Holdings,   Grasso Holdings,   30 South 15th Street,   Philadelphia, PA 19102-4804
cr           +Hill International, Inc.,   c/o Duane Morris LLP,   1940 Route 70 East,   Suite 200,
              Cherry Hill, NJ 08003-2141
cr           +John Larson,   50 Highland Road,   Burr Ridge, IL 60527-7029
cr           +Madison Capital Company, LLC,   5619 DTC Parkway,   Suite 800,
              Greenwood Village, CO 80111-3139
app          +Mastroieni & Associates, Inc.,   1000 Germantown Pike,   unit C-6,
              plymouth Meeting, pa 19462-2483
cr           +Northeast Revenue Services, LLC,   c/o Michael D. Vagnoni, Esquire,   One Penn Center, 19th Flo,
              1617 JFK Boulevard,   Philadelphia, PA 19103-1821
cr           +PA Dept of Revenue,   c/o Denise A. Kuhn,   21 S. 12 th Street,   3rd floor,
              Philadelphia, PA 19107-3604
cr           +Putnam Leasing Company,   c/o Saldutti, LLC,   Robert L. Saldutti, Esquire,
              800 N Kings Highway,   Suite 300,   Cherry Hill, NJ 08034-1511
sp           +ROBERT A. KARGEN,   White & Williams, LLP,   1650 Market Street,   Suite 1800,
              Philadelphia, PA 19103-7304
cr           +Rewards Network Establishing Services, Inc.,   c/o Ciardi Ciardi & Astin,   One Commerce Square,
              2005 Market Street,   Suite 1930,   Philadelphia, PA 19103-7042
sp           +Robert H. Holber,   41 East Front Street,   Media, PA 19063-2911
NONE         +SIegle Business Real Estate Corp.,   c/o Bernie Siegel,   101 8th Ave., Suite 301,
              Philadelphia, PA 19106-3204
br          ++STAR REAL ESTATE GROUP INC,   1500 WALNUT STREET,   STE 1103,   PHILADELPHIA PA 19102-3506
              (address filed with court: Star Real Estate Group, Inc.,   c/o Richard Astrella,
              510 Walnut Street,   Suite 100,   Philadelphia, PA  16106)
cr           +Spring Ridge Associates, LP,   Klehr Harrison Harvey Branzburg LLP,   c/o Jeffrey Kurtzman,
              1835 Market Street,   Suite 1400,   Philadelphia, PA 19103-2945
sp           +Steven J. Mitnick,   SM Law, PC,   49 Old Turnpike Road,   PO Box 530,   Oldwick, NJ 08858-0530
cr           +Stonebridge Bank,   c/o J. Timothy Arndt III, Esquire,   Lachall, Cohen & Sagnor,
              144 West Market Street,   West Chester, PA 19382-2902
cr           +Stonebridge Bank c/o Kimberly Stack,   624 Willowbrook Lane,   West Chester, PA 19382-5554
cr           +Sunlight Electrical Contracting Co., Inc.,   499 York Road,   Warminster, PA 18974-4538
cr            The Sherwin Williams Company,   c/o Jeffrey Baddeley, Esquire,   1660 W. 2d Street,
              Suite 1100,   Cleveland, OH  44113-1448
cr           +Wells Fargo Bank,   123 N Wacker Drive,   Suite 1900,   Chicago, IL 60606-1735
12801126     +15th and Sansom, L.P.,   30 S. 15th Street,   Philadelphia, PA 19102-4826
12727374      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
```

```
District/off: 0313-2          User: PaulP              Page 2 of 8              Date Rcvd: Feb 25, 2020
                              Form ID: pdf900          Total Noticed: 141
```

```
12998439      +Austin L. McMullen,   Bradley Arant Boult Cummings, LLP,   1600 Division St., Ste 700,
                Nashville, TN 37203-2771
12749922      +Avalon Breezes Plaza Condominium,   Unit Property Owners,   c/o Andrew J. Karcich, Esquire,
                1020 Laurel Oak Road, Suite 100,   Voorhees, NJ 08043-3518
12670434      +Bank of America, N.A.,   100 N. Tryon Street,   Charlotte, NC 28255-0001
12749279       Bank of America, N.A.,   P.O. Box 660933,   Dallas, Texas 75266-0933
12750233      +Braverman Kaskey PC,   Attn: John E. Kaskey,   1650 Market Street,   56th Floor,
                Philadelphia, PA 19103-7337
12701270      +Braverman Kaskey, P.C.,   One Liberty Place, 56th Floor,   1650 Market Street,
                Philadelphia, PA 19103-7301
12670435      +Braverman Kaskey, P.C.,   One Liberty Place, 56th Floor,   Philadelphia, PA 19103-7337
13034748      +CHRISTINE C. SHUBERT, Chapter 11 Trustee,   c/o STEVEN D. USDIN,   4 Penn Center,
                1600 JFK Boulevard, 2nd Floor,   Philadelphia, PA 19103-2852
12745030      +CIBC, Inc.,   c/o Morrison & Foerster, LLP,   Adam A. Lewis, Esq.,   425 Market Street,
                San Francisco, CA 94105-2467
12670438      +Commonwealth of Pennsylvania,   Dept. of Labor & Industry,   444 N. Third Street, Suite 200,
                Philadelphia, PA 19123-4141
12690804      +DAS Architects,   c/o Melissa Simola, Esquire,   1100 E. Hector Street, Suite 425,
                Conshohocken, PA 19428-2353
12690805      +DDP Roofing,   c/o Cohen Seglias et al.,   30 S. 17th Street, 19th Floor,
                Philadelphia, PA 19103-4010
12749330      +David Grasso,   c/o William A. Harvey, Esquire,   Klehr Harrison Harvey Branzburg LLP,
                1835 Market Street, Suite 1400,   Philadelphia, PA 19103-2945
12670439      +Douglas Fabshultz,   4572 Seaboard Lane,   Ft. Collins, CO 80525-4863
13343101      +Excelco Trading, LP,   c/o Hunton & Williams LLP,   Attn: Robert A. Rich, Esq.,
                200 Park Avenue, 53rd Floor,   New York, New York 10166-0091
13343102      +Excelco Trading, LP,   Attn: Doug Craner,   17 Battery Place, Suite #1010,
                New York, New York 10004-1113
13164011      +Fidelity National Title Insurance Company,   Monique Bar DiSabatino,   Saul Ewing LLP,
                Centre Square West,   1500 Marke Street 38th Floor,   Philadelphia Pa 19102-2100
13304303      +Flaster/Greenberg, P.C.,   c/o Christin E. Deacon, Esquire,   Four Penn Center,
                1600 JFK Blvd., 2nd Floor,   Phila., PA 19103-2852
13163272      +GCCFC 2007-GG11 Sanatoga Retail Ltd Partnership,   c/o Mark Pfeiffer, Esquire,
                Buchanan Ingersoll & Rooney PC,   50 S. 16th St., Ste. 3200,   Philadelphia, PA 19102-2555
12964785      +GCCFC 2007-GG9 Mall Office Limited P'ship,   c/o LNR Partners LLC, Attn Ed Birsic,
                1601 Washington Ave Suite 800,   Miami Beach, FL 33139-3165
12690809      +GE Capital Corp.,   c/o Wong Fleming,   1515 Market St., Suite 820,
                Philadelphia, PA 19102-1908
12670440      +Gary Fabschutz,   Irene Fabschutz,   4572 Seaboard Lane,   Ft. Collins, CO 80525-4863
12879452      +Grasso Holdings,   c/o JEFFREY KURTZMAN,   Klehr Harrison Harvey Branzburg LLP,
                1835 Market Street, Suite 1400,   Philadelphia, PA 19103-2945
12670441      +Greg Bayer,   50 Highland Road,   Burr Ridge, IL 60527-7029
13676465       Greg Bayer,   John D. Larson,   55 Highland Road,   Willowbrook, IL 60527
14109922      +James Greenberg, Esquire,   Duane Morris LLP,   1940 Route 70 East, Suite 100,
                Cherry Hill, NJ 08003-2171
12730892       Jerry Ehrlich,   c/o Brian J. Smith, Esquire,   140 E. Butler Avenue,   PO Box 387,
                Ambler, PA 19002-0387
12670443      +John D. Larson,   10765 Clock Tower Drive,   Countryside, IL 60525-3150
12690813      +John Dunfee,   534 Hawarden Road,   Springfield, PA 19064-2623
12670445      +MB Bank,   6111 North River Road,   Rosemont, IL 60018-5111
12670446      +MEPT Arch, LLC,   c/o James Greenberg, Esquire,   Duane Morris, L.P.,
                1940 Route 70 East, Suite 200,   Cherry Hill, NJ 08003-2141
12899514      +MICHAEL H. KALINER,   c/o PAUL BRINTON MASCHMEYER,   Maschmeyer Karalis P.C.,
                1900 Spruce Street,   Philadelphia, PA 19103-6697
12736661      +Madison Capital Company, LLC,   c/o Roger Jones,   Bradley Arant Boult Cummings, LLP,
                1600 Division Street, Suite 700,   Nashville, TN 37203-2771
12682999      +Marshall J. Katz,   c/o Dimitri L. Karapelou, Esquire,
                Law Offices of Dimitri L. Karapelou,LLC,   1600 Market Street, 25th Floor,
                Philadelphia, PA 19103-7240
12690816      +McDevitt, et al.,   c/o Andrew Karcich, Esquire,   1020 Laurel Oak Rd., Suite 100,
                Vorhees, NJ 08043-3518
12670447      +Mitts Milavec, LLC,   Two Logan Square, Twelfth Floor,   18th & Arch Streets,
                Philadelphia, PA 19103-2707
13390297      +Montgomery County Tax Claim Bureau,   c/o Northeast Revenue Service, LLC,
                One Montgomery Plaza, Suite 610,   Norristown, PA 19401-4855
12670448     ++NEXTIER BANK,   SPECIAL ASSETS,   245 PITTSBURGH RD,   BUTLER PA 16001-3883
               (address filed with court: Nextier Bank,   101 East Diamond Street,   Butler, PA 16001)
12693794       NexTier Bank,   c/o Brian M. Kile, Esquire,   Grenen & Birsic, P.C.,
                One Gateway Center, Ninth Floor,   Pittsburgh, PA 15222
12670449      +Norris Hills Associates, L.P.,   600 Old Elm Street,   Conshohocken, PA 19428-1013
12670450      +Origin Capital Debt Fund I, LLC,   1122 N. LaSalle Street,   Chicago, IL 60610-2602
12699596      +Origin Capital Debt Fund I, LLC,   300 W. Adams Street,   Suite 804,   Chicago, IL 60606-5109
12670462      +P.O. Box 563966,   Charlotte, NC 28256-3966,   Wilmington Savings Fund Society,
                500 Delaware Avenue,   Wilmington, DE 19801-7405
12690841       P.O. Box 563966,   Charlotte, NC 28256-3966
13475716      +Paragon Coffee Trading Co., LP,   c/o Michael J. Joyce, Esq.,   Cross & Simon, LLC,
                1105 N. Market Street, Suite 901,   Wilmington, DE 19801-1216
12670451      +Plexus Capital,   200 Providence Road, Suite 210,   Charlotte, NC 28207-1437
13169606      +Putnam Leasing Company, LLC,   c/o Jay C. Scheinfield, Esq.,   8234 West Chester Pike,
                Upper Darby, PA 19082-2723
```

```
District/off: 0313-2          User: PaulP              Page 3 of 8            Date Rcvd: Feb 25, 2020
                              Form ID: pdf900          Total Noticed: 141


12747500      +Rewards Network Establishment Services Inc.,   c/o Isaac M. Gabriel,   Quarles & Brady LLP,
               2 N. Central Avenue,   Phoenix, AZ 85004-2322
12690825      +Sam Stone,   c/o Brian J. Smith & Associates,   140 East Butler Street,   Ambler, PA 19002-4427
12670454      +Segal McCambridge Singer,   233 S. Wacher Drive, Suite 5500,   Chicago, IL 60606-6366
12690828      +Sherman Williams Company,   101 Prospect Avenue, NW,   Cleveland, OH 44115-1093
13485601      +Siegel Business Real Estate Corp.,   c/o Bernie Siegel,   101 E. 8th Ave., Suite 301,
               Conshohocken, PA 19428-1783
12670455      +Simon Fabschutz,   4572 Seaboard Lane,   Ft. Collins, CO 80525-4863
12670456      +Singer Equipment Company, Inc.,   150 South Twin Valley Road,   Elverson, PA 19520-9387
12670457      +Stonebridge Bank,   624 Willowbrook Lane,   West Chester, PA 19382-5554
12670458      +Sunlight Electrical Contr. Co., Inc.,   499 York Road,   Warminster, PA 18974-4538
12670459      +T.D. Bank, N.A.,   1701 Route 70 East,   Cherry Hill, NJ 08034,   Thomas Mackin,
               4910 Martha Lane,   Swenksville, PA 19473-2042
13168264      +Terry P. Dershaw, Ch 7 Trustee of Garrett Miller,   c/o Gary F. Seitz, Esquire,
               Gellert Scali Busenkell & Brown LLC,   The Curtis Center,   601 Walnut Street, Suite 280 South,
               Phialdelphia, PA 19106-3314
12750006      +The Bancorp Bank,   c/o Gary M. Schildhorn, Esq.,   Eckert Seamans Cherin & Mellott, LLC,
               50 S. 16th Street, 22nd Floor,   Philadelphia, PA 19102-2523
12747391       The Sherwin-Williams Company,   Attn: Shane R. Carpenter/Tax Dept.,   101 Prospect Avenue NW,
               1220 Guildhall,   Cleveland, OH 44115
12690835      +Thomas Mackin,   4910 Martha Lane,   Swenksville, PA 19473-2042
12738270      +Thomas Mackin,   4910 Martha Lane,   Schwenksville, PA 19473-2042
12964780      +U.S. Bank National Association as Trustee,   c/o CW Capital Asset Managment,
               7501 Wisconsin Ave Suite 500 West,   Bethesda, MD 20814-6519
12722440      +VIST Bank,   c/o Steven J. White, Esquire,   2600 One Commerce Square,
               Philadelphia, PA 19103-7018
12670460      +VIST Financial Corporation,   1240 Broadcasting Road,   Wyomissing, PA 19610-3203
12749329      +William A. Harvey, Esquire,   Klehr Harrison Harvey Branzburg LLP,
               1835 Market Street, Suite 1400,   Philadelphia, PA 19103-2945
13360862      +William Bostic,   100 West Elm Street,   Conshohocken PA 19428-2041
12701128      +Wilmington Savings Fund Society, FSB,   c/o Bonnie R. Golub, Esquire,   Weir & Partners LLP,
               1339 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-3501
12670463       Yale Electric Supply Company,   PO Box 647,   Lebanon, PA 17042-0647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Feb 26 2020 03:45:24    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2020 03:45:10
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 26 2020 03:45:18    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Feb 26 2020 03:45:24    City Of Philadelphia,
               Law Revenue Departments,   Aaron Shotland, Esq.,   1401 JFK Blvd., 5th Floor,
               Municipal Services Building,   Philadelphia, PA  19102
cr             E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 03:51:40    GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
cr             E-mail/Text: bankruptcy.bnc@ditech.com Feb 26 2020 03:45:02    Green Tree Servicing LLC,
               PO Box 6154,   Rapid City, SD  57709-6154
cr            +E-mail/Text: bonnie.berkoski@midpennbank.com Feb 26 2020 03:45:33    Mid Penn Bank,
               349 Union Street,   Millersburg, PA 17061-1654
cr             E-mail/Text: Collections@bmtc.com Feb 26 2020 03:44:00    Royal Bank America,
               1230 Walnut Street,   Philadelphia, PA  19107
12670432      +E-mail/Text: bkdept@cancapital.com Feb 26 2020 03:44:00    Advanceme, Inc.,
               2015 Vaugh Road, Suite 500,   Kennesaw, GA 30144-7831
12670433      +E-mail/Text: gcummings@thebancorp.com Feb 26 2020 03:44:57    Bancorp Bank,
               1818 Market Street,   28th Floor,   Philadelphia, PA 19103-3629
12975678       E-mail/Text: megan.harper@phila.gov Feb 26 2020 03:45:24    City of Philadelphia,
               City of Philadelphia Law Department,   Tax Unit - Bankruptcy,   Municipal Services Building,
               1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1595
12819490      +E-mail/Text: bnc@bass-associates.com Feb 26 2020 03:44:01    Capital One, N.A.,
               Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
12670436      +E-mail/Text: megan.harper@phila.gov Feb 26 2020 03:45:24    City of Philadelphia,
               Department of Revenue,   1401 John F. Kennedy Blvd.,   Philadelphia, PA 19102-1697
12670437       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2020 03:45:10    Commonwealth of Pennsylvania,
               Department of Revenue,   Bankruptcy Review Section,   PO Box 280946,
               Harrisburg, PA 17128-0946
12696523       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2020 03:45:10
               Commonwealth of Pennsylvania Department of Revenue,   PO Box 280946,   Bankruptcy Division,
               Harrisburg, PA 17128-0496
12750426       E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 03:51:40    GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13081291       E-mail/Text: bankruptcy.bnc@ditech.com Feb 26 2020 03:45:02    Green Tree Servicing LLC,
               PO BOX 0049,   Palantine, IL 60055-0049
12742016      +E-mail/Text: bnc@bass-associates.com Feb 26 2020 03:44:01    HSBC Bank Nevada, N.A.,
               c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
12670442       E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 26 2020 03:45:01    Internal Revenue Service,
               Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0313-2          User: PaulP              Page 4 of 8              Date Rcvd: Feb 25, 2020
                              Form ID: pdf900          Total Noticed: 141


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13102554       +E-mail/Text: bonnie.berkoski@midpennbank.com Feb 26 2020 03:45:33     Mid Penn Bank,
                 5500 Allentown Blvd,   Harrisburg, PA 17112-4037
12705380        E-mail/PDF: rmscedi@recoverycorp.com Feb 26 2020 03:51:26
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12670452       +E-mail/Text: bankruptcy@rewardsnetwork.com Feb 26 2020 03:44:57
                 Rewards Network Estab. Services, Inc.,   1528 Walnut Street, Suite 1225,
                 Philadelphia, PA 19102-3604
12690834        E-mail/Text: bankruptcy@td.com Feb 26 2020 03:45:15     T.D. Bank, N.A.,   1701 Route 70 East,
                 Cherry Hill, NJ 08034
12741199        E-mail/Text: bankruptcy@td.com Feb 26 2020 03:45:15     TD Bank, N.A.,   c/o Michael Rovinsky,
                 1701 Rte. 70 East,   Cherry Hill, NJ 08034
12670453        E-mail/Text: Collections@bmtc.com Feb 26 2020 03:44:00     Royal Bank America,
                 732 Montgomery Avenue,   Narberth, PA 19072
13136189       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 26 2020 03:45:14     U. S. Trustee,
                 833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13133260       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 26 2020 03:45:14     United States Trustee,
                 833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13133360       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 26 2020 03:45:14     United States Trustee,
                 833 Chestnut Street Room 500,   Philadelphia, PA 19107-4405
12690842       +E-mail/Text: Bankruptcy@wsfsbank.com Feb 26 2020 03:45:34     Wilmington Savings Fund Society,
                 500 Delaware Avenue,   Wilmington, DE 19801-7405
13026854       +E-mail/Text: bnc@bass-associates.com Feb 26 2020 03:44:01     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                         TOTAL: 30


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            White and Williams LLP
cr             ABW-Pa, Inc.
NONE           Blank Rome LLP
cr             Origin Capital Debt Fund I, LLC,   300 W. Adams Street,   Suite 804,   Chicago
br             SFG Business Services
sp             SM Law, PC
op             United Bankruptcy Services, Inc.,   Attn: Larry Waslow
12690833       SXB Acquisitions, LLC, Saxbys Coffee Worldwide, LL,   Meakim
12690826       Saxbys Coffee, Inc., Coffee Shops International, L,   Nicholas Bayer, Kevin Meakim, Robert Car,
                 Capital
12690836       Union Trust Philadelphia, LLC, Garrett Miller, Sax,   Worldwide, LLC, Kevin Meakim, Nicholas B
12690837       Union Trust Philadelphia, LLC, WSC717 Associates,,   Miller
12722439       VIST Bank
12690840       Wells Fargo Bank, N.A,   Corres. Team-D1118-02D
12670461       Wells Fargo Bank, N.A,   Corres. Team-D1118-02D
cr*            +15th and Sansom, L.P.,   30 S. 15th Street,   Philadelphia, PA 19102-4826
acc*           ++BEDERSON LLP,   347 MT PLEASANT AVENUE SUITE 200,   WEST ORANGE NJ 07052-2749
                (address filed with court: Bederson & Company LLP,   405 Northfield Avenue,
                 c/o Charles N. Persing,   West Orange, NJ  07052)
cr*            +Braverman Kaskey, P.C.,   One Liberty Place, 56th Floor,   1650 Market Street,
                 Philadelphia, PA 19103-7301
cr*            +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*            +Greg Bayer,   50 Highland Road,   Burr Ridge, IL 60527-7029
cr*            +Marshall J. Katz,   3625 Indian Wells Lane,   Northbrook, IL 60062-3103
cr*            +Singer Equipment Company Inc,   150 South Twin Valley Road,   Elverson, PA 19520-9387
cr*            +Wilmington Savings Fund Society, FSB,   c/o Bonnie R. Golub, Esquire,   Weir & Partners LLP,
                 1339 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-3501
cr*            +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
                 TUCSON, AZ 85712-1083
12690797*      +Advanceme, Inc.,   2015 Vaugh Road, Suite 500,   Kennesaw, GA 30144-7831
12690798*      +Bancorp Bank,   1818 Market Street,   28th Floor,   Philadelphia, PA 19103-3629
12690799*      +Bank of America, N.A.,   100 N. Tryon Street,   Charlotte, NC 28255-0001
12690800*      +Braverman Kaskey, P.C.,   One Liberty Place, 56th Floor,   Philadelphia, PA 19103-7337
12690801*      +City of Philadelphia,   Department of Revenue,   1401 John F. Kennedy Blvd.,
                 Philadelphia, PA 19102-1697
12690802*       Commonwealth of Pennsylvania,   Department of Revenue,   Bankruptcy Review Section,
                 PO Box 280946,   Harrisburg, PA 17128-0946
12690803*      +Commonwealth of Pennsylvania,   Dept. of Labor & Industry,   444 N. Third Street, Suite 200,
                 Philadelphia, PA 19123-4141
12690806*      +Douglas Fabshultz,   4572 Seaboard Lane,   Ft. Collins, CO 80525-4863
12690808*      +Gary Fabschutz,   Irene Fabschutz,   4572 Seaboard Lane,   Ft. Collins, CO 80525-4863
12690810*      +Greg Bayer,   50 Highland Road,   Burr Ridge, IL 60527-7029
12690811*       Internal Revenue Service,   Centralized Insolvency Operation,   PO Box 7346,
                 Philadelphia, PA 19101-7346
12690812*      +John D. Larson,   10765 Clock Tower Drive,   Countryside, IL 60525-3150
12690815*      +MB Bank,   6111 North River Road,   Rosemont, IL 60018-5111
12690817*      +MEPT Arch, LLC,   c/o James Greenberg, Esquire,   Duane Morris, L.P.,
                 1940 Route 70 East, Suite 200,   Cherry Hill, NJ 08003-2141
12690814*      +Marshall J. Katz,   3625 Indian Wells Lane,   Northbrook, IL 60062-3103
```

```
District/off: 0313-2          User: PaulP            Page 5 of 8              Date Rcvd: Feb 25, 2020
                              Form ID: pdf900        Total Noticed: 141


             ***** BYPASSED RECIPIENTS (continued) *****
12690818*      +Mitts Milavec, LLC,   Two Logan Square, Twelfth Floor,   18th & Arch Streets,
                Philadelphia, PA 19103-2707
12690819*      ++NEXTIER BANK,   SPECIAL ASSETS,   245 PITTSBURGH RD,   BUTLER PA 16001-3883
                (address filed with court: Nextier Bank,   101 East Diamond Street,   Butler, PA 16001)
12690820*      +Norris Hills Associates, L.P.,   600 Old Elm Street,   Conshohocken, PA 19428-1013
12690821*      +Origin Capital Debt Fund I, LLC,   1122 N. LaSalle Street,   Chicago, IL 60610-2602
12698181*      +Origin Capital Debt Fund I, LLC,   1122 N. LaSalle Street,   Chicago, IL 60610-2602
12690822*      +Plexus Capital,   200 Providence Road, Suite 210,   Charlotte, NC 28207-1437
12690823*      +Rewards Network Estab. Services, Inc.,   1528 Walnut Street, Suite 1225,
                Philadelphia, PA 19102-3604
12690827*      +Segal McCambridge Singer,   233 S. Wacher Drive, Suite 5500,   Chicago, IL 60606-6366
12690829*      +Simon Fabschutz,   4572 Seaboard Lane,   Ft. Collins, CO 80525-4863
12690830*      +Singer Equipment Company, Inc.,   150 South Twin Valley Road,   Elverson, PA 19520-9387
12690831*      +Stonebridge Bank,   624 Willowbrook Lane,   West Chester, PA 19382-5554
12690832*      +Sunlight Electrical Contr. Co., Inc.,   499 York Road,   Warminster, PA 18974-4538
12690824*      ++THE BRYN MAWR TRUST COMPANY,   ATTN LEGAL DEPT,   801 LANCASTER AVE,   BRYN MAWR PA 19010-3396
                (address filed with court: Royal Bank America,   732 Montgomery Avenue,   Narberth, PA 19072)
12690838*      +VIST Financial Corporation,   1240 Broadcasting Road,   Wyomissing, PA 19610-3203
12690839*      +VIST Financial Corporation,   1240 Broadcasting Road,   Wyomissing, PA 19610-3203
12690843*       Yale Electric Supply Company,   PO Box 647,   Lebanon, PA 17042-0647
aty            ##+Paul J. Winterhalter, P.C.,   1717 Arch Street,   Suite 4110,   Philadelphia, PA 19103-2839
auc            ##+Barry S. Slosberg, Inc.,   2501 East Ontario Street,   Philadelphia, PA 19134-5327
md             ##+Robert Szwajkos,   Curtin & Heener, LLP,   250 North Pennsylvania Avenue,
                Morrisville, PA 19067-1104
12690807       ##+Fox Chase Bank,   510 Township Line Road,   Blue Bell, PA 19422-2721
12746707       ##+Fox Chase Bank,   Attn: Ralph K. Brown, V.P.,   510 Township Line Road,
                Blue Bell, PA 19422-2721
12670444       ##+Marshall J. Katz,   3625 Indian Wells Lane,   Northbrook, IL 60062-3103
13485600       ##+Mastroieni & Associates, Inc.,   6198 Butler Pike, Suite 151,   Blue Bell, PA 19422-2600
                                                                        TOTALS: 14, * 40, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
        AARON S APPLEBAUM   on behalf of Creditor   The Sherwin Williams Company aaron.applebaum@saul.com,
         Catherine.santangelo@saul.com
        ALAN I. MOLDOFF    on behalf of Creditor   The Bancorp Bank amoldoff@eckertseamans.com
        ALAN I. MOLDOFF    on behalf of Interested Party   The Bancorp Bank amoldoff@eckertseamans.com
        ALAN I. MOLDOFF    on behalf of Defendant   The Bancorp Bank amoldoff@eckertseamans.com
        ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
        ALAN L. FRANK    on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net
        ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
        AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
        ANDREW F GORNALL    on behalf of Creditor   GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        ANDREW JAY FLAME    on behalf of Accountant   Bederson & Company, LLP andrew.flame@dbr.com
```

District/off: 0313-2          User: PaulP              Page 6 of 8              Date Rcvd: Feb 25, 2020
                              Form ID: pdf900          Total Noticed: 141

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         ARSEN  KASHKASHIAN   on behalf of Plaintiff John  Larson kashlaw@aol.com,
        doverar87647@notify.bestcase.com
         ARSEN  KASHKASHIAN   on behalf of Plaintiff Greg  Bayer kashlaw@aol.com,
        doverar87647@notify.bestcase.com
         ASHLEY B. STITZER   on behalf of Interested Party   Partnership Liquidity Investors, LLC
        astitzer@macelree.com,  tnadachowski@macelree.com
         AUSTIN L MCMULLEN   on behalf of Plaintiff   Madison Capital Company, LLC AMcMullen@babc.com
         AUSTIN L MCMULLEN   on behalf of Creditor   Madison Capital Company, LLC AMcMullen@babc.com
         BONNIE R. GOLUB   on behalf of Creditor   Wilmington Savings Fund Society, FSB
        bgolub@weirpartners.com,  imarciniszyn@weirpartners.com
         BRIAN H. SMITH   on behalf of Creditor   Wells Fargo Bank brian.h.smith@fnf.com
         BRIAN M. KILE   on behalf of Plaintiff   NexTier Bank, N.A. d/b/a Radnor Trust Company
        bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
         BRIAN M. KILE   on behalf of Defendant   NexTier Bank, N.A. d/b/a Radnor Trust Company
        bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
         BRIAN M. KILE   on behalf of Creditor   NexTier Bank bkile@grenenbirsic.com,
        mcupec@grenenbirsic.com
         BRIAN R. FITZGERALD   on behalf of Interested Party   Grasso Holdings bfitzgerald@klehr.com,
        rfarren@klehr.com
         BRYA M KEILSON   on behalf of Interested Party   The Bancorp Bank brya.keilson@usdoj.gov
         CAMERON  KINVIG   on behalf of Defendant   Excelco Trading, LP ckinvig@hunton.com,
        RRich2@hunton.com
         CHRISTINE C. SHUBERT   christine.shubert@comcast.net,  J100@ecfcbis.com
         CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
        J100@ecfcbis.com
         CHRISTOPHER J. MCDONALD   on behalf of Creditor   Wells Fargo Bank lstarkman@lammrubenstone.com
         CHRISTOPHER R. MOMJIAN   on behalf of Creditor   PA Dept of Revenue crmomjian@attorneygeneral.gov
         DAMIEN NICHOLAS TANCREDI   on behalf of Trustee CHRISTINE C. SHUBERT
        Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
         DAVID L. BRAVERMAN   on behalf of Creditor   Braverman Kaskey, P.C. dbraver@braverlaw.com,
        dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
        verlaw.com
         DAVID M. SHAFKOWITZ   on behalf of Creditor   15th and Sansom, L.P. dms@shafkowitzlaw.com,
        pamedparalegal@comcast.net
         DENNIS R. MEAKIM   on behalf of Defendant   Bucks County Beverage Company, LLC
        DMeakim@howlandhess.com,  EPyle@howlandhess.com
         DENNIS R. MEAKIM   on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
        EPyle@howlandhess.com
         DEREK J. BAKER   on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
         DIMITRI L. KARAPELOU   on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
        dkarapelou@karapeloulaw.com
         DIMITRI L. KARAPELOU   on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
        dkarapelou@karapeloulaw.com
         EDWARD J. HAYES   on behalf of Creditor   Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
         EDWARD J. HAYES   on behalf of Defendant   Origins Holding Company, LLC ehayes@foxrothschild.com
         EVAN THOMAS MILLER   on behalf of Interested Party   Partnership Liquidity Investors, LLC
        emiller@bayardlaw.com,  lmorton@bayardlaw.com
         FRANCIS X. TANEY   on behalf of Defendant   Volcafe Specialty Coffee LLC
        frank.taney@taneylegal.com
         GARY DAVID BRESSLER   on behalf of Plaintiff   The Sherwin Williams Company
        gbressler@mdmc-law.com,  kdeans@mdmc-law.com;kpatterson@mdmc-law.com
         GARY F SEITZ   on behalf of  Terry P. Dershaw gseitz@gsbblaw.com
         GEORGE M. CONWAY   on behalf of   United States Trustee george.m.conway@usdoj.gov
         GRETCHEN M SANTAMOUR   on behalf of Creditor   VIST Bank gsantamour@stradley.com
         HARRY J. GIACOMETTI   on behalf of Interested Party   Flaster/Greenberg P.C.
        harry.giacometti@flastergreenberg.com,
        harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
        ergreenberg.com
         HARRY J. GIACOMETTI   on behalf of  Christine  Shubert, Chapter 7 Trustee
        harry.giacometti@flastergreenberg.com,
        harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
        ergreenberg.com
         HARRY J. GIACOMETTI   on behalf of Plaintiff CHRISTINE C. SHUBERT
        harry.giacometti@flastergreenberg.com,
        harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
        ergreenberg.com
         HARRY J. GIACOMETTI   on behalf of Accountant   Bederson LLP
        harry.giacometti@flastergreenberg.com,
        harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
        ergreenberg.com
         HARRY J. GIACOMETTI   on behalf of Trustee CHRISTINE C. SHUBERT
        harry.giacometti@flastergreenberg.com,
        harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
        ergreenberg.com
         HARRY J. GIACOMETTI   on behalf of   Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
        harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
        ergreenberg.com

District/off: 0313-2          User: PaulP              Page 7 of 8              Date Rcvd: Feb 25, 2020
                             Form ID: pdf900           Total Noticed: 141


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          HARRY J. GIACOMETTI   on behalf of Plaintiff Christine  Shubert
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
           ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Attorney   Flaster/Greenberg P.C.
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
           ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
           ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Plaintiff Christine C. Shubert
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
           ergreenberg.com
          HOWARD  GERSHMAN   on behalf of Defendant   Russell Law Group hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          HUGH J. WARD   on behalf of U.S. Trustee   United States Trustee hugh.j.ward@usdoj.gov
          J. TIMOTHY ARNDT, III   on behalf of Creditor   Stonebridge Bank tarndt@lcslaw.com
          JAMES KEVIN HANEY   on behalf of Creditor   General Electric Capital Corporation
           jhaney@wongfleming.com,  spiotrowski@wongfleming.com,sshalloo@wongfleming.com
          JARRET P. HITCHINGS   on behalf of Creditor   Hill International, Inc.
           JPHitchings@duanemorris.com,  AutoDocketWILM@duanemorris.com
          JEFFREY  KURTZMAN   on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Creditor   730 East Elm Associates, LP
           Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Interested Party   Grasso Holdings Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Defendant   15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Creditor   Spring Ridge Associates, LP
           Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Creditor   15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY S. CIANCIULLI   on behalf of Accountant   Bederson & Company LLP
           jcianciulli@weirpartners.com,  tpisano@weirpartners.com
          JEFFREY T GROSSMAN   on behalf of Creditor   Madison Capital Company, LLC
           jgrossman@grossmanfirm.com,  jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JOHN E. KASKEY   on behalf of Creditor   Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
           dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN K. FIORILLO   on behalf of Creditor   Royal Bank America Jfiorillo@UTBF.com
          JOSEPH J. MCMAHON, Jr.   on behalf of Creditor   Rewards Network Establishing Services, Inc.
           jmcmahon@ciardilaw.com,  mflores@ciardilaw.com,
          KEVIN P. CALLAHAN   on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN   on behalf of   United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN   on behalf of   United states trustee kevin.p.callahan@usdoj.gov
          LAUREN N. SCHWIMMER   on behalf of Creditor   Wilmington Savings Fund Society, FSB
           lschwimmer@weirpartners.com
          LAWRENCE G. MCMICHAEL   on behalf of Defendant   Paul J. Winterhalter, Esquire
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL   on behalf of Defendant   Law Offices of Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LAWRENCE G. MCMICHAEL   on behalf of Attorney   Paul J. Winterhalter, P.C.
           lmcmichael@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
           ow@dilworthlaw.com
          LEON R. BARSON   on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
          LORI K. SERRATELLI   on behalf of Creditor   Mid Penn Bank LSerratelli@ssbc-law.com,
           jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
          LUCIAN BORDERS MURLEY   on behalf of Creditor   Fox Chase Bank lmurley@saul.com,  rwarren@saul.com
          MARISA MYERS COHEN   on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP ecfmail@ecf.courtdrive.com,
           mcohen@mwc-law.com
          MARK D. PFEIFFER   on behalf of Creditor   GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
           2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com,  donna.curcio@bipc.com
          MAURICE R. MITTS   on behalf of  Donna  Grasso mmitts@mittslaw.com,
           agary@mittslaw.com;kbennett@mittslaw.com;rcurrie@mittslaw.com;mduffy@mittslaw.com
          MICHAEL D. VAGNONI   on behalf of Creditor   Northeast Revenue Services, LLC
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.b
           elair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
          MICHAEL G. MENKOWITZ   on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          MICHAEL H. KALINER   mhkaliner@gmail.com

District/off: 0313-2          User: PaulP              Page 8 of 8              Date Rcvd: Feb 25, 2020
                              Form ID: pdf900          Total Noticed: 141


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
               mjoyce@crosslaw.com
              MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
               r47593@notify.bestcase.com
              MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              Michael P. Gigliotti    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PAUL BRINTON MASCHMEYER    on behalf of  MICHAEL H. KALINER pmaschmeyer@maschmarinas.com,
               FMarinas@msn.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               pwinterhalter@offitkurman.com,  rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
               pwinterhalter@offitkurman.com,  rcovington@offitkurman.com
              REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
              RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com,
               plorenz@mmwr.com;richard-placey-6658@ecf.pacerpro.com
              ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com,
               abrown@gsbblaw.com
              SARAH SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN    on behalf of    Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN JOHN WHITE    on behalf of Creditor    VIST Bank swhite@stradley.com
              THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry P. Dershaw    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               marriott@ballardspahr.com
              VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
              WILLIAM J LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                   TOTAL: 125

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Joseph Grasso

Case No. 12- BK-11063-MDC

Debtor(s)

## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1.      Applicant was appointed trustee of this bankruptcy estate on 02/06/2012.
2.      Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3.      Applicant requests compensation in the amount of $201,516.96 for such services performed in accordance with Section 704 of the Bankruptcy Code.
4.      Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.
5.      Applicant requests reimbursement in the amount of $744.19 for actual and necessary expenses incurred during the administration of this bankruptcy estate.
6.      COMPUTATION OF COMPENSATION
        Total disbursement to parties in interest, EXCLUDING DISBURSEMENT TO THE DEBTOR, are $6,250,240.98.
Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/23/94:

| | | |
|---|---|---|
| 25% on 1st | $ 5,000 = | $1,250.00 |
| 10% on next | $ 45,000 = | $4,500.00 |
| 5% on next | $ 950,000 = | $47,500.00 |
| 3% on balance over | $ 1,000,000 = | $148,266.96 |
| Calculated Compensation | = | $201,5196.96 |
| Less Adjustment | = | $190,510.48 |
| Total Compensation | = | $11,006.48 |

7.      TRUSTEE EXPENSES ITEMIZATION

| Description of Expenses | Amount of Expenses |
|---|---|
| TRAVEL | $8.00 |
| TRAVEL | $20.00 |
| TRAVEL | $11.00 |
| TRAVEL | $32.00 |
| TRAVEL | $25.00 |
| TRAVEL | $54.00 |

| | |
|---|---:|
| TRAVEL | $30.00 |
| TRAVEL | $30.00 |
| TRAVEL | $22.00 |
| COPIES | $2.00 |
| DISTRIBUTION | $4.00 |
| DISTRIBUTION | $22.00 |
| POSTAGE | $1.47 |
| POSTAGE | $1.10 |
| POSTAGE | $5.00 |
| POSTAGE | $8.33 |
| POSTAGE | $9.52 |
| POSTAGE | $26.53 |
| POSTAGE | $26.97 |
| POSTAGE | $35.77 |
| POSTAGE | $53.97 |
| OTHER | $16.00 |
| OTHER | $60.00 |
| OTHER | $77.00 |
| OTHER | $96.00 |
| OTHER | $22.00 |
| OTHER | $14.75 |
| OTHER | $29.78 |
| Calculated Expenses: | $744.19 |
| Previously Paid: | $615.22 |
| Total Expenses: | $128.97 |

WHEREFORE, Applicant requests approval of the payment of compensation in the

amount of $11,006.48 and reimbursement of expenses in the amount of $128.97.

/s/ Christine C. Shubert
Dated:    February 19, 2020                 Christine C. Shubert