**MADISON CAPITAL COMPANY, LLC**
**4950 S. YOSEMITE ST. F2 #517**
**GREENWOOD VILLAGE CO 80111**



FILED
MAR 20 2020
TIMOTHY McGRATH, CLERK

March 16, 2020

United States Bankruptcy Court
Eastern District of Pennsylvania
Office of the Clerk
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

Re: **In re: Joseph Grasso, Case No. 12-11063-MDC**

Dear Clerk of the Court:

I am writing on behalf of Madison Capital Company, LLC ("Madison"), a claimant in the above-referenced matter (Claim No. 15-1). Please change Madison's address of record. The old address is c/o Roger Jones Bradley Arant Boult Cummings, LLP.

The new address is:

Madison Capital Company, LLC
4950 S. Yosemite St.
F2 #517
Greenwood Village, CO 80111

Thank you for your attention.

Sincerely yours,

Suzanne Land
General Counsel
Madison Capital Company, LLC