United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 12-11063-mdc
Joseph Grasso                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP             Page 1 of 4         Date Rcvd: Apr 10, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2020.
db             #+Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2020 at the address(es) listed below:
      AARON S APPLEBAUM    on behalf of Creditor    The Sherwin Williams Company aaron.applebaum@saul.com,
       Catherine.santangelo@saul.com
      ALAN I. MOLDOFF    on behalf of Interested Party    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN I. MOLDOFF    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN I. MOLDOFF    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
      ALAN L. FRANK    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
      ALAN L. FRANK    on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net
      ALAN L. FRANK    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
      AMY E. VULPIO    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
      ANDREW F GORNALL    on behalf of Creditor     GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      ARSEN KASHKASHIAN    on behalf of Plaintiff Greg  Bayer kashlaw@aol.com,
       doverar87647@notify.bestcase.com
      ARSEN KASHKASHIAN    on behalf of Plaintiff John  Larson kashlaw@aol.com,
       doverar87647@notify.bestcase.com
      ASHLEY B. STITZER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
       astitzer@macelree.com, tnadachowski@macelree.com
      AUSTIN L MCMULLEN    on behalf of Plaintiff    Madison Capital Company, LLC AMcMullen@babc.com
      AUSTIN L MCMULLEN    on behalf of Creditor    Madison Capital Company, LLC AMcMullen@babc.com
      BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
       bgolub@weirpartners.com, imarciniszyn@weirpartners.com
      BRIAN H. SMITH    on behalf of Creditor    Wells Fargo Bank brian.h.smith@fnf.com
      BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company
       bkile@grenenbirsic.com, mcupec@grenenbirsic.com
      BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company
       bkile@grenenbirsic.com, mcupec@grenenbirsic.com
      BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com,
       mcupec@grenenbirsic.com
      BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank brya.keilson@usdoj.gov
      CAMERON KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com,
       RRich2@hunton.com
      CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
      CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
       J100@ecfcbis.com
      CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
      CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
      DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
       Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com

```
District/off: 0313-2                  User: PaulP                  Page 2 of 4                  Date Rcvd: Apr 10, 2020
                                      Form ID: pdf900              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

 DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
 DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com, pamedparalegal@comcast.net
 DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com, EPyle@howlandhess.com
 DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC DMeakim@howlandhess.com, EPyle@howlandhess.com
 DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
 DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
 DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
 EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
 EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
 EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC emiller@bayardlaw.com, lmorton@bayardlaw.com
 FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC frank.taney@taneylegal.com
 GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com
 GARY F SEITZ    on behalf of    Terry P. Dershaw gseitz@gsbblaw.com
 GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
 GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
 HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
 HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
 HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
 HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
 HARRY J. GIACOMETTI    on behalf of    Christine  Shubert, Chapter 7 Trustee harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
 HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
 HARRY J. GIACOMETTI    on behalf of Accountant    Bederson LLP harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
 HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
 HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
 HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
 HOWARD  GERSHMAN    on behalf of Defendant    Russell Law Group hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
 HUGH J. WARD    on behalf of U.S. Trustee    United States Trustee hugh.j.ward@usdoj.gov
 J. TIMOTHY ARNDT, III    on behalf of Creditor    Stonebridge Bank tarndt@lcslaw.com
 JAMES KEVIN HANEY    on behalf of Creditor    General Electric Capital Corporation jhaney@wongfleming.com, spiotrowski@wongfleming.com,sshalloo@wongfleming.com
 JARRET P. HITCHINGS    on behalf of Creditor    Hill International, Inc. JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com
 JEFFREY  KURTZMAN    on behalf of Creditor    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
 JEFFREY  KURTZMAN    on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
 JEFFREY  KURTZMAN    on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
 JEFFREY  KURTZMAN    on behalf of Creditor    730 East Elm Associates, LP Kurtzman@kurtzmansteady.com
 JEFFREY  KURTZMAN    on behalf of Interested Party    Grasso Holdings Kurtzman@kurtzmansteady.com

```
District/off: 0313-2                  User: PaulP                    Page 3 of 4                   Date Rcvd: Apr 10, 2020
                                      Form ID: pdf900                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JEFFREY    KURTZMAN    on behalf of Defendant     15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN    on behalf of Creditor    Spring Ridge Associates, LP
               Kurtzman@kurtzmansteady.com
              JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
               jcianciulli@weirpartners.com, tpisano@weirpartners.com
              JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
               jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
              JOHN E. KASKEY    on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN K. FIORILLO    on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
              JOSEPH J. MCMAHON, Jr.    on behalf of Creditor    Rewards Network Establishing Services, Inc.
               jmcmahon@ciardilaw.com, mflores@ciardilaw.com,
              KEVIN P. CALLAHAN    on behalf of    United states trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LAUREN N. SCHWIMMER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               lschwimmer@weirpartners.com
              LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
               ow@dilworthlaw.com
              LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
              LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
               jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
              LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com, rwarren@saul.com
              MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP ecfmail@ecf.courtdrive.com,
               mcohen@mwc-law.com
              MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
               2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com
              MAURICE R. MITTS    on behalf of Donna  Grasso mmitts@mittslaw.com,
               agary@mittslaw.com;kbennett@mittslaw.com;rcurrie@mittslaw.com;mduffy@mittslaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.b
               elair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
              MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              MICHAEL H. KALINER    mhkaliner@gmail.com
              MICHAEL JOSEPH JOYCE    on behalf of Defendant    Paragon Coffee Trading Co., L.P.
               mjoyce@crosslaw.com
              MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
               r47593@notify.bestcase.com
              MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
               mdisabatino@saul.com
              Michael P. Gigliotti    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PAUL BRINTON MASCHMEYER    on behalf of  MICHAEL H. KALINER pmaschmeyer@maschmarinas.com,
               FMarinas@msn.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
               pwinterhalter@offitkurman.com, rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
               rcovington@offitkurman.com
              PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
               pwinterhalter@offitkurman.com, rcovington@offitkurman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage, LLC bkgroup@kmllawgroup.com
              REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
```

```
District/off: 0313-2                  User: PaulP                   Page 4 of 4                   Date Rcvd: Apr 10, 2020
                                      Form ID: pdf900               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com,
               plorenz@mmwr.com;richard-placey-6658@ecf.pacerpro.com
              ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
              ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
               rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Putnam Leasing Company rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              ROGER GALE JONES    on behalf of Creditor    Madison Capital Company, LLC RJones@babc.com
              ROGER GALE JONES    on behalf of Plaintiff    Madison Capital Company, LLC RJones@babc.com
              RONALD S. GELLERT    on behalf of Interested Party    CIBC, Inc. rgellert@gsbblaw.com,
               abrown@gsbblaw.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Accountant    Bederson & Company LLP
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Attorney    Flaster/Greenberg P.C.
               steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              STEVEN D. USDIN    on behalf of     Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
               steven.usdin@ecf.inforuptcy.com
              THOMAS I. PULEO    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry P. Dershaw    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VINCENT J. MARRIOTT, III    on behalf of Creditor    GCCFC marriott@ballardspahr.com
              VINCENT J. MARRIOTT, III    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               marriott@ballardspahr.com
              WILLIAM J LEVANT    on behalf of Creditor    Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                             TOTAL: 123
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Joseph Grasso<br><br>　　　　Debtor(s) | Chapter 7<br><br>Bankruptcy No. 12-11063-MDC |

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this __10th__ day of _____April_____ 20 _20_, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-11063-MDC
Case Name: JOSEPH GRASSO
Trustee Name: Christine C. Shubert

**Balance on hand:**  $ 219,594.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11-1 | VIST Bank c/o Steven J. White, Esquire | 2,233,486.80 | 0.00 | 0.00 | 0.00 |
| 29-1 | NexTier Bank c/o Brian M. Kile, Esquire Grenen & Birsic, P.C. | 496,030.13 | 0.00 | 0.00 | 0.00 |
| 3 | Commonwealth of Pennsylvania Department of Revenue | 647,088.88 | 0.00 | 0.00 | 0.00 |
| 44-1 | Mid Penn Bank | 3,352,126.79 | 0.00 | 0.00 | 0.00 |
| 4-1 | 15th and Sansom, L.P. | 929,259.69 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 219,594.36

**UST Form 101-7-TFR(5/1/2011)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - CHRISTINE C. SHUBERT | 201,516.96 | 190,510.48 | 11,006.48 |
| Trustee, Expenses - CHRISTINE C. SHUBERT | 744.19 | 615.22 | 128.97 |
| Auctioneer Fees - Barry Slosberg, Inc. | 2,380.50 | 2,380.50 | 0.00 |
| Auctioneer Expenses - Barry Slosberg, Inc. | 1,450.00 | 1,450.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 6,446.00 | 6,446.00 | 0.00 |
| Fees, United States Trustee | 325.00 | 325.00 | 0.00 |
| Bond Payments - International Sureties | 5,788.77 | 5,788.77 | 0.00 |
| Income Taxes - Internal Revenue Service (post-petition) - United States Treasury | 67,050.32 | 67,050.32 | 0.00 |
| Fees, United States Trustee | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - SM LAW, PC | 859.95 | 859.95 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Flaster Greenberg PC | 1,260,263.50 | 1,247,232.00 | 13,031.50 |
| Attorney for Trustee Fees (Other Firm) - Robert Holber, Esquire | 5,983.50 | 5,983.50 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Alan L. Frank Law Associates, PC | 35,000.00 | 35,000.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - SM LAW, PC | 210.75 | 210.75 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Flaster Greenberg PC | 30,584.74 | 30,413.44 | 171.30 |
| Attorney for Trustee Expenses (Other Firm) - Robert Holber, Esquire | 117.72 | 117.72 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Alan L. Frank Law Associates, PC | 14,584.10 | 14,584.10 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Bederson LLP | 373,808.75 | 359,278.75 | 14,530.00 |
| Accountant for Trustee Expenses (Other Firm) - Bederson LLP | 4,513.16 | 4,309.56 | 203.60 |
| Appraiser for Trustee Fees - Mastroieni and Associates | 4,225.00 | 4,225.00 | 0.00 |
| Arbitrator/Mediator for Trustee Fees - Robert Szwajkos, Esq | 3,750.00 | 3,750.00 | 0.00 |
| Other Professional Fees - Michael G. Menkowitz, Esq. | 8,820.00 | 8,820.00 | 0.00 |
| Other Professional Expenses - United Bankruptcy Services, Inc. | 1,133.60 | 1,133.60 | 0.00 |
| Total to be paid for chapter 7 administrative expenses: | | $ | 39,071.85 |
| Remaining balance: | | $ | 180,522.51 |

**UST Form 101-7-TFR(5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Prior Chapter Trustee Compensation - Christine C. Shubert | 17,389.20 | 17,389.20 | 0.00 |
| Prior Chapter Trustee Expenses - Christine C. Shubert | 249.29 | 248.80 | 0.49 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Flaster Greenberg PC | 63,847.50 | 63,847.50 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Flaster Greenberg PC | 1,981.74 | 1,981.74 | 0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Bederson LLP | 93,545.83 | 93,545.83 | 0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - ASTERION. INC | 25,860.50 | 25,860.50 | 0.00 |
| Prior Chapter Auctioneer/Liquidator Fees - Barry Slosberg, Inc. | 5,870.75 | 5,870.75 | 0.00 |
| Prior Chapter Auctioneer/Liquidator Expenses - Barry Slosberg, Inc. | 6,097.28 | 6,097.28 | 0.00 |
| Other Prior Chapter Professional Fees - White & Williams | 407,752.10 | 407,752.10 | 0.00 |
| Other Prior Chapter Professional Fees - Madison Capital Company, LLC | 79,107.00 | 79,107.00 | 0.00 |
| Other Prior Chapter Professional Fees - Hangley Aronchik | 43,117.00 | 43,117.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Hangley Aronchik | 760.14 | 760.11 | 0.03 |
| Other Prior Chapter Administrative Expenses - White & Williams | 15,795.20 | 15,795.20 | 0.00 |

Total to be paid for prior chapter administrative expenses:   $ 0.52
Remaining balance:   $ 180,521.99

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $737,509.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Internal Revenue Service Centralized Insolvency Operation | 57,875.23 | 57,875.23 | 0.00 |
| 3P-1 | Commonwealth of Pennsylvania Department of Revenue | 351,066.27 | 351,066.27 | 0.00 |
| 43P | City of Philadelphia Law Department Tax Unit - Bankruptcy Municipal Services Building | 328,567.53 | 328,567.53 | 0.00 |
| 56 | Commonwealth of Pennsylvania Department of Revenue | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:   $ 0.00
Remaining balance:   $ 180,521.99

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,754,499.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A | 133,655.09 | 941.83 | 639.07 |
| 2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2 | Internal Revenue Service Centralized Insolvency Operation | 0.00 | 0.00 | 0.00 |
| 2U | Internal Revenue Service Centralized Insolvency Operation | 24,987.54 | 176.08 | 119.48 |
| 3 | Commonwealth of Pennsylvania Department of Revenue | 395,491.89 | 2,786.93 | 1,891.03 |
| 3U | Commonwealth of Pennsylvania Department of Revenue | 0.00 | 0.00 | 0.00 |
| 4 | 15th and Sansom, L.P. | 0.00 | 0.00 | 0.00 |
| 5-3 | Greg Bayer | 0.00 | 0.00 | 0.00 |
| 6-2 | Greg Bayer | 0.00 | 0.00 | 0.00 |
| 7-1 | VIST Bank c/o Steven J. White, Esquire | 0.00 | 0.00 | 0.00 |
| 8-2 | American Express Centurion Bank c o Becket and Lee LLP | 58,030.38 | 408.93 | 277.47 |
| 9-1 | Singer Equipment Company, Inc. | 350,000.00 | 2,466.36 | 1,673.52 |
| 10-1 | Plexus Capital | 394,758.00 | 2,781.76 | 1,887.52 |
| 11 | VIST Bank c/o Steven J. White, Esquire | 0.00 | 0.00 | 0.00 |
| 12-1 | Sam Stone c/o Brian J. Smith & Associates | 8,000.00 | 56.37 | 38.26 |
| 13-1 | Jerry Ehrlich c/o Brian J. Smith, Esquire | 0.00 | 0.00 | 0.00 |
| 14-1 | Origin Capital Debt Fund I, LLC | 526,750.92 | 3,711.88 | 2,518.64 |
| 15-1 | Madison Capital Company, LLC c/o Roger Jones Bradley Arant Boult Cummings, LLP | 7,865,528.80 | 55,426.39 | 37,608.78 |
| 16-1 | Thomas Mackin | 0.00 | 0.00 | 0.00 |
| 17-1 | TD Bank, N.A. c/o Michael Rovinsky | 5,053,542.60 | 35,611.03 | 24,163.36 |
| 18-1 | eCAST Settlement Corporation c/o Bass & Associates, P.C. | 5,547.96 | 39.10 | 26.52 |
| 19-1 | MEPT Arch, LLC c/o James Greenberg, Esquire Duane Morris, L.P. | 150,000.00 | 1,057.01 | 717.22 |
| 20-1 | Sunlight Electrical Contr. Co., Inc. | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 21-1 | CIBC, Inc. c/o Morrison & Foerster, LLP Adam A. Lewis, Esq. | 0.00 | 0.00 | 0.00 |
| 22 | Fox Chase Bank | 952,535.67 | 6,712.29 | 4,554.52 |
| 22 | Fox Chase Bank Attn: Ralph K. Brown, V.P. | 0.00 | 0.00 | 0.00 |
| 23-1 | The Sherwin-Williams Company Attn: Shane R. Carpenter/Tax Dept. | 3,636,289.00 | 25,624.01 | 17,386.80 |
| 24-1 | Mitts Milavec, LLC | 120,088.25 | 846.23 | 574.20 |
| 25-1 | Rewards Network Establishment Services Inc. c/o Isaac M. Gabriel Quarles & Brady LLP | 176,419.16 | 1,243.18 | 843.54 |
| 26-1 | Marshall J. Katz c/o Dimitri L. Karapelou, Esquire Law Offices of Dimitri L. Karapelou,LLC | 5,750,000.00 | 40,518.79 | 27,493.45 |
| 27-1 | GE Capital Corp. c/o Wong Fleming | 223,218.04 | 1,572.96 | 1,067.31 |
| 28 | Green Tree Servicing LLC | 0.00 | 0.00 | 0.00 |
| 28-1 | Green Tree Servicing LLC | 125,869.22 | 886.97 | 601.85 |
| 29 | NexTier Bank c/o Brian M. Kile, Esquire Grenen & Birsic, P.C. | 0.00 | 0.00 | 0.00 |
| 30-2 | David Grassoc/o William A. Harvey, Esquire Klehr Harrison Harvey Branzburg LLP | 0.00 | 0.00 | 0.00 |
| 31-1 | Avalon Breezes Plaza Condominium Unit Property Owners c/o Andrew J. Karcich, Esquire | 82,737.21 | 583.03 | 395.60 |
| 32-1 | The Bancorp Bank c/o Gary M. Schildhorn, Esq. Eckert Seamans Cherin & Mellott, LLC | 1,528,854.22 | 10,773.45 | 7,310.17 |
| 33-2 | The Bancorp Bankc/o Gary M. Schildhorn, Esq. Eckert Seamans Cherin & Mellott, LLC | 297,574.60 | 2,096.93 | 1,422.85 |
| 34-1 | Stonebridge Bank | 276,907.16 | 1,951.29 | 1,324.03 |
| 35-1 | The Bancorp Bank c/o Gary M. Schildhorn, Esq. Eckert Seamans Cherin & Mellott, LLC | 0.00 | 0.00 | 0.00 |
| 36-2 | The Bancorp Bankc/o Gary M. Schildhorn, Esq. Eckert Seamans Cherin & Mellott, LLC | 1,721,262.14 | 12,129.30 | 8,230.16 |
| 37-1 | The Bancorp Bank c/o Gary M. Schildhorn, Esq. Eckert Seamans Cherin & Mellott, LLC | 0.00 | 0.00 | 0.00 |
| 38-1 | Braverman Kaskey PC Attn: John E. Kaskey | 191,272.18 | 1,347.85 | 914.56 |
| 39-1 | GE Capital Retail Bank c/o Recovery Management Systems Corp | 1,196.14 | 8.43 | 5.72 |

**UST Form 101-7-TFR(5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 40 | Royal Bank America | 0.00 | 0.00 | 0.00 |
| 40-1 | Royal Bank America | 92,881.29 | 654.51 | 444.11 |
| 41-1 | U.S. Bank National Association as Trustee c/o CW Capital Asset Managment | 0.00 | 0.00 | 0.00 |
| 42-1 | GCCFC 2007-GG9 Mall Office Limited P'ship c/o LNR Partners LLC, Attn Ed Birsic | 0.00 | 0.00 | 0.00 |
| 42-2 | GCCFC 2007-GG9 Mall Office Limited P'ship c/o LNR Partners LLC, Attn Ed Birsic | 6,548,713.27 | 46,147.12 | 31,312.48 |
| 43-3 | City of Philadelphia Law Department Tax Unit - Bankruptcy Municipal Services Building | 171,221.24 | 1,206.55 | 818.69 |
| 44 | Mid Penn Bank | 0.00 | 0.00 | 0.00 |
| 46-1 | Sunlight Electrical Contr. Co., Inc. | 609,000.00 | 4,291.47 | 2,911.91 |
| 47-1 | GCCFC 2007-GG11 Sanatoga Retail Ltd Partnership c/o Mark Pfeiffer, Esquire Buchanan Ingersoll & Rooney PC | 0.00 | 0.00 | 0.00 |
| 48-2 | Fidelity National Title Insurance Company Monique Bar DiSabatino Saul Ewing LLP Centre Square West | 0.00 | 0.00 | 0.00 |
| 49 | Terry P. Dershaw, Ch 7 Trustee of Garrett Miller | 0.00 | 0.00 | 0.00 |
| 51 | Excelco Trading, LP c/o Hunton & Williams LLP Attn: Robert A. Rich, Esq. | 20,000.00 | 140.93 | 95.63 |
| 53-1 | Montgomery County Tax Claim Bureau c/o Northeast Revenue Service, LLC | 5,475.44 | 38.58 | 26.18 |
| 54-1 | Montgomery County Tax Claim Bureau c/o Northeast Revenue Service, LLC | 206,691.65 | 1,456.50 | 988.29 |
| 55-1 | Paragon Coffee Trading Co., LP c/o Michael J. Joyce, Esq. Cross & Simon, LLC | 50,000.00 | 352.34 | 239.07 |

Total to be paid for timely general unsecured claims: $ 180,521.99
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $214,045.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 43U | City of Philadelphia Law DepartmentTax Unit - Bankruptcy Municipal Services Building | 203,817.78 | 0.00 | 0.00 |
| 50-1 | Putnam Leasing Company, LLC c/o Jay C. Scheinfield, Esq. | 10,228.01 | 0.00 | 0.00 |
| 52-1 | William Bostic | 0.00 | 0.00 | 0.00 |
| 53 | Montgomery County Tax Claim Bureau c/o Northeast Revenue Service, LLC | 0.00 | 0.00 | 0.00 |
| 54 | Montgomery County Tax Claim Bureau c/o Northeast Revenue Service, LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:  $   0.00
Remaining balance:  $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:  $   0.00

**UST Form 101-7-TFR(5/1/2011)**