United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-11063-mdc
Joseph Grasso                                                   Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP           Page 1 of 4           Date Rcvd: Apr 13, 2020
                               Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db              #+Joseph Grasso,    649 Dodds Lane,    Gladwyn, PA 19035-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
          AARON S APPLEBAUM   on behalf of Creditor   The Sherwin Williams Company aaron.applebaum@saul.com,
           Catherine.santangelo@saul.com
          ALAN I. MOLDOFF   on behalf of Interested Party   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF   on behalf of Defendant   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF   on behalf of Creditor   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN L. FRANK   on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
          ALAN L. FRANK   on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net
          ALAN L. FRANK   on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
          AMY E. VULPIO   on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
          ANDREW F GORNALL   on behalf of Creditor   GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ARSEN KASHKASHIAN   on behalf of Plaintiff Greg  Bayer kashlaw@aol.com,
           doverar87647@notify.bestcase.com
          ARSEN KASHKASHIAN   on behalf of Plaintiff John  Larson kashlaw@aol.com,
           doverar87647@notify.bestcase.com
          ASHLEY B. STITZER   on behalf of Interested Party   Partnership Liquidity Investors, LLC
           astitzer@macelree.com, tnadachowski@macelree.com
          AUSTIN L MCMULLEN   on behalf of Plaintiff   Madison Capital Company, LLC AMcMullen@babc.com
          AUSTIN L MCMULLEN   on behalf of Creditor   Madison Capital Company, LLC AMcMullen@babc.com
          BONNIE R. GOLUB   on behalf of Creditor   Wilmington Savings Fund Society, FSB
           bgolub@weirpartners.com, imarciniszyn@weirpartners.com
          BRIAN H. SMITH   on behalf of Creditor   Wells Fargo Bank brian.h.smith@fnf.com
          BRIAN M. KILE   on behalf of Plaintiff   NexTier Bank, N.A. d/b/a Radnor Trust Company
           bkile@grenenbirsic.com, mcupec@grenenbirsic.com
          BRIAN M. KILE   on behalf of Defendant   NexTier Bank, N.A. d/b/a Radnor Trust Company
           bkile@grenenbirsic.com, mcupec@grenenbirsic.com
          BRIAN M. KILE   on behalf of Creditor   NexTier Bank bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com
          BRYA M KEILSON   on behalf of Interested Party   The Bancorp Bank brya.keilson@usdoj.gov
          CAMERON KINVIG   on behalf of Defendant   Excelco Trading, LP ckinvig@hunton.com,
           RRich2@hunton.com
          CHRISTINE C. SHUBERT   christine.shubert@comcast.net,  J100@ecfcbis.com
          CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
           J100@ecfcbis.com
          CHRISTOPHER J. MCDONALD   on behalf of Creditor   Wells Fargo Bank lstarkman@lammrubenstone.com
          CHRISTOPHER R. MOMJIAN   on behalf of Creditor   PA Dept of Revenue crmomjian@attorneygeneral.gov
          DAMIEN NICHOLAS TANCREDI   on behalf of Trustee CHRISTINE C. SHUBERT
           Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com

District/off: 0313-2          User: PaulP              Page 2 of 4              Date Rcvd: Apr 13, 2020
                             Form ID: pdf900          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          DAVID L. BRAVERMAN   on behalf of Creditor   Braverman Kaskey, P.C. dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
          verlaw.com
          DAVID M. SHAFKOWITZ   on behalf of Creditor   15th and Sansom, L.P. dms@shafkowitzlaw.com,
          pamedparalegal@comcast.net
          DENNIS R. MEAKIM   on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
          EPyle@howlandhess.com
          DENNIS R. MEAKIM   on behalf of Defendant   Bucks County Beverage Company, LLC
          DMeakim@howlandhess.com, EPyle@howlandhess.com
          DEREK J. BAKER   on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
          DIMITRI L. KARAPELOU   on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
          dkarapelou@karapeloulaw.com
          DIMITRI L. KARAPELOU   on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
          dkarapelou@karapeloulaw.com
          EDWARD J. HAYES   on behalf of Creditor   Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
          EDWARD J. HAYES   on behalf of Defendant   Origins Holding Company, LLC ehayes@foxrothschild.com
          EVAN THOMAS MILLER   on behalf of Interested Party   Partnership Liquidity Investors, LLC
          emiller@bayardlaw.com,  lmorton@bayardlaw.com
          FRANCIS X. TANEY   on behalf of Creditor   Volcafe Specialty Coffee LLC
          frank.taney@taneylegal.com
          GARY DAVID BRESSLER   on behalf of Plaintiff   The Sherwin Williams Company
          gbressler@mdmc-law.com,  kdeans@mdmc-law.com;kpatterson@mdmc-law.com
          GARY F SEITZ   on behalf of   Terry P. Dershaw gseitz@gsbblaw.com
          GEORGE M. CONWAY   on behalf of   United States Trustee george.m.conway@usdoj.gov
          GRETCHEN M SANTAMOUR   on behalf of Creditor   VIST Bank gsantamour@stradley.com
          HARRY J. GIACOMETTI   on behalf of Attorney   Flaster/Greenberg P.C.
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
          ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
          ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Plaintiff Christine C. Shubert
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
          ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Interested Party   Flaster/Greenberg P.C.
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
          ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of  Christine  Shubert, Chapter 7 Trustee
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
          ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Plaintiff CHRISTINE C. SHUBERT
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
          ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Accountant   Bederson LLP
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
          ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Trustee CHRISTINE C. SHUBERT
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
          ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of   Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
          ergreenberg.com
          HARRY J. GIACOMETTI   on behalf of Plaintiff Christine  Shubert
          harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
          ergreenberg.com
          HOWARD  GERSHMAN   on behalf of Defendant   Russell Law Group hg229ecf@gmail.com,
          229ecf@glpoc.comcastbiz.net
          HUGH J. WARD   on behalf of U.S. Trustee   United States Trustee hugh.j.ward@usdoj.gov
          J. TIMOTHY ARNDT, III   on behalf of Creditor   Stonebridge Bank tarndt@lcslaw.com
          JAMES KEVIN HANEY   on behalf of Creditor   General Electric Capital Corporation
          jhaney@wongfleming.com,  spiotrowski@wongfleming.com,sshalloo@wongfleming.com
          JARRET P. HITCHINGS   on behalf of Creditor   Hill International, Inc.
          JPHitchings@duanemorris.com,  AutoDocketWILM@duanemorris.com
          JEFFREY  KURTZMAN   on behalf of Creditor   15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Creditor   730 East Elm Associates, LP
          Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Interested Party   Grasso Holdings Kurtzman@kurtzmansteady.com

District/off: 0313-2          User: PaulP              Page 3 of 4                Date Rcvd: Apr 13, 2020
                             Form ID: pdf900          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

JEFFREY  KURTZMAN     on behalf of Defendant    15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
JEFFREY  KURTZMAN     on behalf of Creditor    Spring Ridge Associates, LP
  Kurtzman@kurtzmansteady.com
JEFFREY S. CIANCIULLI    on behalf of Accountant    Bederson & Company LLP
  jcianciulli@weirpartners.com,  tpisano@weirpartners.com
JEFFREY T GROSSMAN    on behalf of Creditor    Madison Capital Company, LLC
  jgrossman@grossmanfirm.com,  jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
JOHN E. KASKEY   on behalf of Creditor    Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
  dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
JOHN K. FIORILLO   on behalf of Creditor    Royal Bank America Jfiorillo@UTBF.com
JOSEPH J. MCMAHON, Jr.   on behalf of Creditor    Rewards Network Establishing Services, Inc.
  jmcmahon@ciardilaw.com,  mflores@ciardilaw.com,
KEVIN P. CALLAHAN    on behalf of    United States trustee kevin.p.callahan@usdoj.gov
KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
KEVIN P. CALLAHAN    on behalf of    United States Trustee kevin.p.callahan@usdoj.gov
KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
LAUREN N. SCHWIMMER   on behalf of Creditor    Wilmington Savings Fund Society, FSB
  lschwimmer@weirpartners.com
LAWRENCE G. MCMICHAEL    on behalf of Attorney    Paul J. Winterhalter, P.C.
  lmcmichael@dilworthlaw.com,
  cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
  ow@dilworthlaw.com
LAWRENCE G. MCMICHAEL    on behalf of Defendant    Paul J. Winterhalter, Esquire
  lmcmichael@dilworthlaw.com,
  cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
  ow@dilworthlaw.com
LAWRENCE G. MCMICHAEL    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
  lmcmichael@dilworthlaw.com,
  cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;mferrier@dilworthlaw.com;ycapl
  ow@dilworthlaw.com
LEON R. BARSON   on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
  jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
LUCIAN BORDERS MURLEY    on behalf of Creditor    Fox Chase Bank lmurley@saul.com,  rwarren@saul.com
MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
  HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP ecfmail@ecf.courtdrive.com,
  mcohen@mwc-law.com
MARK D. PFEIFFER    on behalf of Creditor    GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
  2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com,  donna.curcio@bipc.com
MAURICE R. MITTS   on behalf of    Donna  Grasso mmitts@mittslaw.com,
  agary@mittslaw.com;kbennett@mittslaw.com;rcurrie@mittslaw.com;mduffy@mittslaw.com
MICHAEL D. VAGNONI    on behalf of Creditor    Northeast Revenue Services, LLC
  michael.vagnoni@obermayer.com,
  Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.b
  elair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
  brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
MICHAEL H. KALINER    mhkaliner@gmail.com
MICHAEL JOSEPH JOYCE   on behalf of Defendant    Paragon Coffee Trading Co., L.P.
  mjoyce@crosslaw.com
MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
  r47593@notify.bestcase.com
MONIQUE BAIR DISABATINO    on behalf of Creditor    Fidelity National Title Insurance Company
  mdisabatino@saul.com
MONIQUE BAIR DISABATINO    on behalf of Plaintiff    Fidelity National Title Insurance Company
  mdisabatino@saul.com
Michael P. Gigliotti    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
  cappioandgigliotti@gmail.com
Michael P. Gigliotti    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
  cappioandgigliotti@gmail.com
Michael P. Gigliotti    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
  cappioandgigliotti@gmail.com
Michael P. Gigliotti    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
  cappioandgigliotti@gmail.com
PAMELA ELCHERT THURMOND    on behalf of Creditor    City Of Philadelphia pamela.thurmond@phila.gov,
  karena.blaylock@phila.gov
PAUL BRINTON MASCHMEYER    on behalf of    MICHAEL H. KALINER pmaschmeyer@maschmarinas.com,
  FMarinas@msn.com
PAUL J. WINTERHALTER    on behalf of Defendant    Law Offices of Paul J. Winterhalter, P.C.
  pwinterhalter@offitkurman.com,  rcovington@offitkurman.com
PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
  rcovington@offitkurman.com
PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
  rcovington@offitkurman.com
PAUL J. WINTERHALTER    on behalf of Defendant    Paul J. Winterhalter, Esquire
  pwinterhalter@offitkurman.com,  rcovington@offitkurman.com
REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage, LLC bkgroup@kmllawgroup.com
REGINA STANGO KELBON   on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com

```
District/off: 0313-2          User: PaulP              Page 4 of 4            Date Rcvd: Apr 13, 2020
                             Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          RICHARD G. PLACEY   on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com,
           plorenz@mmwr.com;richard-placey-6658@ecf.pacerpro.com
          ROBERT H. HOLBER   on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
          ROBERT H. HOLBER   on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
           rholber@ecf.axosfs.com
          ROBERT H. HOLBER   on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
          ROBERT L. SALDUTTI   on behalf of Creditor   Putnam Leasing Company rsaldutti@salduticollect.com,
           lmarciano@salduticollect.com;pwirth@salduticollect.com;kcollins@slgcollect.com
          ROGER GALE JONES   on behalf of Creditor   Madison Capital Company, LLC RJones@babc.com
          ROGER GALE JONES   on behalf of Plaintiff   Madison Capital Company, LLC RJones@babc.com
          RONALD S. GELLERT   on behalf of Interested Party   CIBC, Inc. rgellert@gsbblaw.com,
           abrown@gsbblaw.com
          SARAH  SCHINDLER-WILLIAMS   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           SCHINDLERWILLIAMSS@BallardSpahr.com
          STEVEN D. USDIN   on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of  Christine  Shubert, Chapter 7 Trustee
           steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Accountant   Bederson & Company LLP
           steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Attorney   Flaster/Greenberg P.C.
           steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          STEVEN D. USDIN   on behalf of   Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
           steven.usdin@ecf.inforuptcy.com
          THOMAS I. PULEO   on behalf of Creditor   GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Terry P. Dershaw   td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          VINCENT J. MARRIOTT, III   on behalf of Creditor   GCCFC marriott@ballardspahr.com
          VINCENT J. MARRIOTT, III   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           marriott@ballardspahr.com
          WILLIAM J LEVANT   on behalf of Creditor   Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                              TOTAL: 123
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           Chapter 7

Joseph Grasso

                                                 Bankruptcy No. 12- BK-11063-MDC

            Debtor(s)

ORDER OF DISTRIBUTION

AND NOW, this __13th__ day of _____April_____ 20_20_, the Trustee, CHRISTINE C.

SHUBERT, is hereby ordered and directed to (i) distribute to the parties in interest listed in the

attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s),

within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United

States Trustee, within one hundred twenty (120) days after the appeal period for this order

expires, statements for all estate deposit or investment accounts indicating zero balances and all

canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final

Report and Account.

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

DATED:_____