United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-11063-mdc
Joseph Grasso                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 4           Date Rcvd: Sep 21, 2020
                             Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
db          #+Joseph Grasso,    649 Dodds Lane,   Gladwyn, PA 19035-1514
sp           +Alan L. Frank,    135 Old York Road,    Jenkintown, PA 19046-3617
             +Amy E. Vulpio, Esq.,    White and Williams LLP,    1650 Market Street, 18th Floor,
               Philadelphia, PA 19103-7395
             +David P. Adams, Esq.,    United States Trustee,    Custom House,   200 Chestnut Street, Suite 502,
               Philadelphia, PA 19106-2908
             +George M Conway, Esq.,    United States Trustee,    Custom House,
               200 Chestnut Street, Suite 502,    Philadelphia, PA 19106-2908
             +Hugh J Ward, Esq.,    United States Trustee,    Custom House,   200 Chestnut Street, Suite 502,
               Philadelphia, PA 19106-2908
             +Kevin P. Callahan, Esq.,    United States Trustee,    Custom House,
               200 Chestnut Street, Suite 502,    Philadelphia, PA 19106-2908
             +Paul Winterhalter, Esq.,    Offit Kurman, PA,    Ten Penn Center,
               1801 Market Street, Suite 2300,    Philadelphia, PA 19103-1627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2020 at the address(es) listed below:
          AARON S APPLEBAUM    on behalf of Creditor   The Sherwin Williams Company
           aaron.applebaum@us.dlapiper.com,   carolyn.fox@us.dlapiper.com
          ALAN I. MOLDOFF    on behalf of Creditor   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF    on behalf of Interested Party   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN I. MOLDOFF    on behalf of Defendant   The Bancorp Bank amoldoff@eckertseamans.com
          ALAN L. FRANK   on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net
          ALAN L. FRANK   on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net
          ALAN L. FRANK   on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net
          AMY E. VULPIO   on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com
          ANDREW F GORNALL   on behalf of Creditor   GREEN TREE SERVICING LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ARSEN  KASHKASHIAN   on behalf of Plaintiff John  Larson kashlaw@aol.com,
           doverar87647@notify.bestcase.com
          ARSEN  KASHKASHIAN   on behalf of Plaintiff Greg  Bayer kashlaw@aol.com,
           doverar87647@notify.bestcase.com
          ASHLEY B. STITZER   on behalf of Interested Party   Partnership Liquidity Investors, LLC
           astitzer@macelree.com,   tnadachowski@macelree.com
          AUSTIN L MCMULLEN   on behalf of Plaintiff   Madison Capital Company, LLC AMcMullen@bradley.com,
           amcmullen@ecf.courtdrive.com
          AUSTIN L MCMULLEN   on behalf of Creditor   Madison Capital Company, LLC AMcMullen@bradley.com,
           amcmullen@ecf.courtdrive.com
          BONNIE R. GOLUB   on behalf of Creditor   Wilmington Savings Fund Society, FSB
           bgolub@weirpartners.com,   imarciniszyn@weirpartners.com
          BRIAN H. SMITH   on behalf of Creditor   Wells Fargo Bank brian.h.smith@fnf.com

```
District/off: 0313-2          User: PaulP            Page 2 of 4           Date Rcvd: Sep 21, 2020
                              Form ID: pdf900        Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
>           BRIAN M. KILE    on behalf of Plaintiff    NexTier Bank, N.A. d/b/a Radnor Trust Company
>            bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
>           BRIAN M. KILE    on behalf of Defendant    NexTier Bank, N.A. d/b/a Radnor Trust Company
>            bkile@grenenbirsic.com,  mcupec@grenenbirsic.com
>           BRIAN M. KILE    on behalf of Creditor    NexTier Bank bkile@grenenbirsic.com,
>            mcupec@grenenbirsic.com
>           BRYA M KEILSON    on behalf of Interested Party    The Bancorp Bank brya.keilson@usdoj.gov
>           CAMERON  KINVIG    on behalf of Defendant    Excelco Trading, LP ckinvig@hunton.com,
>            RRich2@hunton.com
>           CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
>           CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
>            J100@ecfcbis.com
>           CHRISTOPHER J. MCDONALD    on behalf of Creditor    Wells Fargo Bank lstarkman@lammrubenstone.com
>           CHRISTOPHER R. MOMJIAN    on behalf of Creditor    PA Dept of Revenue crmomjian@attorneygeneral.gov
>           DAMIEN NICHOLAS TANCREDI    on behalf of Trustee CHRISTINE C. SHUBERT
>            Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
>           DAVID L. BRAVERMAN    on behalf of Creditor    Braverman Kaskey, P.C. dbraver@braverlaw.com,
>            dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com
>           DAVID M. SHAFKOWITZ    on behalf of Creditor    15th and Sansom, L.P. dms@shafkowitzlaw.com,
>            pamedparalegal@comcast.net
>           DENNIS R. MEAKIM    on behalf of Defendant    Bucks County Beverage Company, LLC
>            DMeakim@howlandhess.com,  EPyle@howlandhess.com
>           DENNIS R. MEAKIM    on behalf of Defendant Felicia  Meakim DMeakim@howlandhess.com,
>            EPyle@howlandhess.com
>           DEREK J. BAKER    on behalf of Mediator Derek J. Baker dbaker@reedsmith.com
>           DIMITRI L. KARAPELOU    on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com,
>            dkarapelou@karapeloulaw.com
>           DIMITRI L. KARAPELOU    on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com,
>            dkarapelou@karapeloulaw.com
>           EDWARD J. HAYES    on behalf of Creditor    Origin Capital Debt Fund I, LLC ehayes@foxrothschild.com
>           EDWARD J. HAYES    on behalf of Defendant    Origins Holding Company, LLC ehayes@foxrothschild.com
>           EVAN THOMAS MILLER    on behalf of Interested Party    Partnership Liquidity Investors, LLC
>            emiller@bayardlaw.com,  lmorton@bayardlaw.com
>           FRANCIS X. TANEY    on behalf of Defendant    Volcafe Specialty Coffee LLC
>            frank.taney@taneylegal.com
>           GARY DAVID BRESSLER    on behalf of Plaintiff    The Sherwin Williams Company
>            gbressler@mdmc-law.com,  jfalco@mdmc-law.com;scarney@mdmc-law.com
>           GARY F SEITZ    on behalf of  Terry P. Dershaw gseitz@gsbblaw.com
>           GEORGE M. CONWAY    on behalf of    United States Trustee george.m.conway@usdoj.gov
>           GRETCHEN M SANTAMOUR    on behalf of Creditor    VIST Bank gsantamour@stradley.com
>           HARRY J. GIACOMETTI    on behalf of Attorney    Flaster/Greenberg P.C.
>            harry.giacometti@flastergreenberg.com,
>            harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
>            ergreenberg.com
>           HARRY J. GIACOMETTI    on behalf of Trustee Christine  Shubert, Chapter 7 Trustee
>            harry.giacometti@flastergreenberg.com,
>            harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
>            ergreenberg.com
>           HARRY J. GIACOMETTI    on behalf of Plaintiff Christine C. Shubert
>            harry.giacometti@flastergreenberg.com,
>            harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
>            ergreenberg.com
>           HARRY J. GIACOMETTI    on behalf of Interested Party    Flaster/Greenberg P.C.
>            harry.giacometti@flastergreenberg.com,
>            harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
>            ergreenberg.com
>           HARRY J. GIACOMETTI    on behalf of  Christine  Shubert, Chapter 7 Trustee
>            harry.giacometti@flastergreenberg.com,
>            harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
>            ergreenberg.com
>           HARRY J. GIACOMETTI    on behalf of Plaintiff CHRISTINE C. SHUBERT
>            harry.giacometti@flastergreenberg.com,
>            harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
>            ergreenberg.com
>           HARRY J. GIACOMETTI    on behalf of Accountant    Bederson LLP
>            harry.giacometti@flastergreenberg.com,
>            harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
>            ergreenberg.com
>           HARRY J. GIACOMETTI    on behalf of Trustee CHRISTINE C. SHUBERT
>            harry.giacometti@flastergreenberg.com,
>            harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
>            ergreenberg.com
>           HARRY J. GIACOMETTI    on behalf of    Flaster/Greenberg, PC harry.giacometti@flastergreenberg.com,
>            harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
>            ergreenberg.com

```
District/off: 0313-2          User: PaulP              Page 3 of 4               Date Rcvd: Sep 21, 2020
                              Form ID: pdf900          Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              HARRY J. GIACOMETTI    on behalf of Plaintiff Christine  Shubert
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
               ergreenberg.com
              HOWARD  GERSHMAN    on behalf of Defendant   Russell Law Group hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              HUGH J. WARD    on behalf of U.S. Trustee   United States Trustee hugh.j.ward@usdoj.gov
              J. TIMOTHY ARNDT, III    on behalf of Creditor   Stonebridge Bank tarndt@lcslaw.com
              JAMES KEVIN HANEY    on behalf of Creditor   General Electric Capital Corporation
               jhaney@wongfleming.com,  spiotrowski@wongfleming.com,sshalloo@wongfleming.com
              JARRET P. HITCHINGS    on behalf of Creditor   Hill International, Inc.
               JPHitchings@duanemorris.com,  AutoDocketWILM@duanemorris.com
              JEFFREY  KURTZMAN    on behalf of Creditor   15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor Michael  Grasso Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor David  Grasso Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor   730 East Elm Associates, LP
               Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Interested Party   Grasso Holdings Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant   15th and Sansom, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Creditor   Spring Ridge Associates, LP
               Kurtzman@kurtzmansteady.com
              JEFFREY S. CIANCIULLI    on behalf of Accountant   Bederson & Company LLP
               jcianciulli@weirpartners.com,  tpisano@weirpartners.com
              JEFFREY T GROSSMAN    on behalf of Creditor   Madison Capital Company, LLC
               jgrossman@grossmanfirm.com,  jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
              JOHN E. KASKEY    on behalf of Creditor   Braverman Kaskey, P.C. Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com
              JOHN K. FIORILLO    on behalf of Creditor   Royal Bank America Jfiorillo@UTBF.com
              JOSEPH J. MCMAHON, Jr.    on behalf of Creditor   Rewards Network Establishing Services, Inc.
               jmcmahon@ciardilaw.com,  mflores@ciardilaw.com,
              KEVIN P. CALLAHAN    on behalf of   United states trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of   United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
              LAUREN N. SCHWIMMER    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               lschwimmer@weirpartners.com
              LAWRENCE G. MCMICHAEL    on behalf of Attorney   Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant   Paul J. Winterhalter, Esquire
               lmcmichael@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              LAWRENCE G. MCMICHAEL    on behalf of Defendant   Law Offices of Paul J. Winterhalter, P.C.
               lmcmichael@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              LEON R. BARSON    on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com
              LORI K. SERRATELLI    on behalf of Creditor   Mid Penn Bank LSerratelli@ssbc-law.com,
               jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
              LUCIAN BORDERS MURLEY    on behalf of Creditor   Fox Chase Bank lmurley@saul.com,  rwarren@saul.com
              MARISA MYERS COHEN    on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP ecfmail@ecf.courtdrive.com,
               mcohen@mwc-law.com
              MARK D. PFEIFFER    on behalf of Creditor   GCCFC 2007-GG11 Sanatoga Retail GP, LLC t/a GCCFC
               2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com,  donna.curcio@bipc.com
              MAURICE R. MITTS    on behalf of  Donna  Grasso mmitts@mittslaw.com,
               agary@mittslaw.com;kbennett@mittslaw.com;rcurrie@mittslaw.com;mduffy@mittslaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor   Northeast Revenue Services, LLC
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@
               obermayer.com
              MICHAEL G. MENKOWITZ    on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              MICHAEL H. KALINER    mhkaliner@gmail.com
              MICHAEL JOSEPH JOYCE    on behalf of Defendant   Paragon Coffee Trading Co., L.P.
               mjoyce@crosslaw.com
              MICHAEL P. KELLY    on behalf of Defendant Jodie D. McCool mpkpc@aol.com,
               r47593@notify.bestcase.com
              MONIQUE BAIR DISABATINO    on behalf of Creditor   Fidelity National Title Insurance Company
               mdisabatino@saul.com
              MONIQUE BAIR DISABATINO    on behalf of Plaintiff   Fidelity National Title Insurance Company
               mdisabatino@saul.com
              Michael P. Gigliotti    on behalf of Creditor John  Larson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Plaintiff Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Creditor Greg  Bayer gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com

```
District/off: 0313-2          User: PaulP          Page 4 of 4          Date Rcvd: Sep 21, 2020
                              Form ID: pdf900       Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Michael P. Gigliotti    on behalf of Plaintiff John  Larson gigliottimike2@gmail.com,
             cappioandgigliotti@gmail.com
            PAMELA ELCHERT THURMOND    on behalf of Creditor   City Of Philadelphia pamela.thurmond@phila.gov,
             karena.blaylock@phila.gov
            PAUL BRINTON MASCHMEYER    on behalf of  MICHAEL H. KALINER pmaschmeyer@maschmarinas.com,
             FMarinas@msn.com
            PAUL J. WINTERHALTER    on behalf of Defendant   Paul J. Winterhalter, Esquire
             pwinterhalter@offitkurman.com,  rcovington@offitkurman.com
            PAUL J. WINTERHALTER    on behalf of Defendant   Law Offices of Paul J. Winterhalter, P.C.
             pwinterhalter@offitkurman.com,  rcovington@offitkurman.com
            PAUL J. WINTERHALTER    on behalf of Defendant Donna  Grasso pwinterhalter@offitkurman.com,
             rcovington@offitkurman.com
            PAUL J. WINTERHALTER    on behalf of Defendant Joseph  Grasso pwinterhalter@offitkurman.com,
             rcovington@offitkurman.com
            REBECCA ANN SOLARZ    on behalf of Creditor   New Residential Mortgage, LLC bkgroup@kmllawgroup.com
            REGINA STANGO KELBON    on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com
            RICHARD G. PLACEY    on behalf of Mediator RICHARD G. PLACEY rplacey@mmwr.com,
             plorenz@mmwr.com;richard-placey-6658@ecf.pacerpro.com
            ROBERT H. HOLBER    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com
            ROBERT H. HOLBER    on behalf of Plaintiff Christine C. Shubert trustee@holber.com,
             rholber@ecf.axosfs.com
            ROBERT H. HOLBER    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com
            ROBERT L. SALDUTTI    on behalf of Creditor   Putnam Leasing Company rsaldutti@saldutticollect.com,
             lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
            ROGER GALE JONES    on behalf of Creditor   Madison Capital Company, LLC RJones@babc.com
            ROGER GALE JONES    on behalf of Plaintiff   Madison Capital Company, LLC RJones@babc.com
            RONALD S. GELLERT    on behalf of Interested Party   CIBC, Inc. rgellert@gsbblaw.com,
             abrown@gsbblaw.com
            SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
             SCHINDLERWILLIAMSS@BallardSpahr.com
            STEVEN D. USDIN    on behalf of   Flaster/Greenberg, PC steven.usdin@flastergreenberg.com,
             steven.usdin@ecf.inforuptcy.com
            STEVEN D. USDIN    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com,
             steven.usdin@ecf.inforuptcy.com
            STEVEN D. USDIN    on behalf of  Christine  Shubert, Chapter 7 Trustee
             steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
            STEVEN D. USDIN    on behalf of Accountant   Bederson & Company LLP
             steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
            STEVEN D. USDIN    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
             steven.usdin@ecf.inforuptcy.com
            STEVEN D. USDIN    on behalf of Attorney   Flaster/Greenberg P.C.
             steven.usdin@flastergreenberg.com,  steven.usdin@ecf.inforuptcy.com
            STEVEN D. USDIN    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com,
             steven.usdin@ecf.inforuptcy.com
            THOMAS I. PULEO    on behalf of Creditor   GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Terry P. Dershaw    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            VINCENT J. MARRIOTT, III    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
             marriott@ballardspahr.com
            VINCENT J. MARRIOTT, III    on behalf of Creditor   GCCFC marriott@ballardspahr.com
            WILLIAM J LEVANT    on behalf of Creditor   Singer Equipment Company Inc efile.wjl@kaplaw.com
                                                                                        TOTAL: 123

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| JOSEPH GRASSO, | : | |
| DEBTOR. | : | BANKRUPTCY NO.  12-11063-MDC |

# O R D E R

**AND NOW**, on June 15, 2018, the Court entered the Order (the "Compensation Denial

Order")[1] that, among other things, denied in their entirety the applications for compensation

filed by the Law Office of Paul J. Winterhalter, P.C. (the "Firm") as counsel for the Debtor,

ordered the Firm to disgorge payments already received totaling $55,000.00 (the "Disgorgement

Issue"), and provided that the Court would refer Paul J. Winterhalter, Esquire, to the appropriate

disciplinary body for possible failure to abide by his obligations under the Pennsylvania Rules of

Professional Conduct (the "Referral Issue").

**AND**, on June 28, 2018, the Firm filed a Notice of Appeal of the Compensation Denial

Order (the "Appeal").[2]

**AND**, on June 29, 2018, the Clerk of this Court transmitted the Notice of Appeal to the

United States District Court for the Eastern District of Pennsylvania (the "District Court").[3]

**AND**, on July 3, 2018, the District Court opened the Appeal at Case Number 18-02798-

---

[1] Bankr. Docket No. 1821.

[2] Bankr. Docket No. 1829.

[3] Bankr. Docket No. 1832.

CMR.[4]

AND, on May 1, 2019, the Firm and the Chapter 7 Trustee in the above-captioned

bankruptcy case (together, the "Parties") filed a Stipulation of Dismissal (the "Stipulation") in

the Appeal before the District Court,[5] agreeing, among other things, to resolve the Disgorgement

Issue and to voluntarily dismiss the Appeal, with such dismissal constituting full and final

resolution of the Disgorgement Issue only.

AND, on May 2, 2019, the District Court entered an Order dismissing the Appeal as

withdrawn.[6]

AND, on September 8, 2020, the Appeal was remanded from the District Court to this

Court.[7]

AND, as a result of the dismissal of the Appeal, the Compensation Denial Order is a final

order as to the Referral Issue only.

It is hereby ORDERED that the Court shall proceed with referral of Paul J. Winterhalter,

Esquire to the appropriate disciplinary bodies, as provided in paragraph 6 of the Compensation

Denial Order.

Dated:   September 21, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

_____

[4] Appeal Docket No. 1.

[5] Appeal Docket No. 22.

[6] Appeal Docket No. 23.

[7] Bankr. Docket No. 1942.

Joseph Grasso
649 Dodds Lane
Gladwyn, PA 19035

Paul J. Winterhalter, Esquire
Offit Kurman, P.A.
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

Leon R. Barson, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
130 North 18th Street
Philadelphia, PA 19103

Alan L. Frank, Esquire
Alan L. Frank Law Associates PC
135 Old York Road
Jenkintown, PA 19046

Harry J. Giacometti, Esquire
Damien N. Tancredi, Esquire
Steven D. Usdin, Esquire
Flaster/Greenberg, PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

Regina S. Kelbon, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Michael G. Menkowitz, Esquire
Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

3

Amy E. Vulpio, Esquire
White and Williams LLP
1650 Market Street, 18th Floor
Philadelphia, PA 19103

David P. Adams, Esquire
George M. Conway, Esquire
Kevin P. Callahan, Esquire
Hugh J. Ward, Esquire
United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106