United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 12-11063-mdc
Joseph Grasso  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 6
Date Rcvd: Jul 28, 2022     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joseph Grasso, 649 Dodds Lane, Gladwyn, PA 19035-1514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: cmecf@dilksknopik.com | Jul 28 2022 23:52:00 | Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AARON S APPLEBAUM | on behalf of Creditor The Sherwin Williams Company aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| ALAN I. MOLDOFF | on behalf of Interested Party The Bancorp Bank amoldoff@eckertseamans.com |
| ALAN I. MOLDOFF | on behalf of Defendant The Bancorp Bank amoldoff@eckertseamans.com |

Case 12-11063-mdc    Doc 1954    Filed 07/30/22    Entered 07/31/22 00:27:25    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 2 |

ALAN I. MOLDOFF
    on behalf of Creditor The Bancorp Bank amoldoff@eckertseamans.com

ALAN L. FRANK
    on behalf of Trustee CHRISTINE C. SHUBERT afrank@alflaw.net

ALAN L. FRANK
    on behalf of Spec. Counsel Alan L. Frank afrank@alflaw.net

ALAN L. FRANK
    on behalf of Plaintiff CHRISTINE C. SHUBERT afrank@alflaw.net

AMY E. VULPIO
    on behalf of Trustee CHRISTINE C. SHUBERT vulpioa@whiteandwilliams.com

ANDREW F GORNALL
    on behalf of Creditor GREEN TREE SERVICING LLC agornall@kmllawgroup.com bkgroup@kmllawgroup.com

ARSEN KASHKASHIAN
    on behalf of Plaintiff Greg Bayer kashlaw@aol.com doverar87647@notify.bestcase.com

ARSEN KASHKASHIAN
    on behalf of Plaintiff John Larson kashlaw@aol.com doverar87647@notify.bestcase.com

ASHLEY B. STITZER
    on behalf of Interested Party Partnership Liquidity Investors LLC astitzer@macelree.com, tnadachowski@macelree.com

AUSTIN L MCMULLEN
    on behalf of Plaintiff Madison Capital Company LLC AMcMullen@bradley.com, amcmullen@ecf.courtdrive.com

AUSTIN L MCMULLEN
    on behalf of Creditor Madison Capital Company LLC AMcMullen@bradley.com, amcmullen@ecf.courtdrive.com

BONNIE R. GOLUB
    on behalf of Creditor Wilmington Savings Fund Society FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com

BRIAN H. SMITH
    on behalf of Creditor Wells Fargo Bank brian.h.smith@fnf.com

BRIAN M. KILE
    on behalf of Plaintiff NexTier Bank N.A. d/b/a Radnor Trust Company bkile@grenenbirsic.com, mcupec@grenenbirsic.com

BRIAN M. KILE
    on behalf of Defendant NexTier Bank N.A. d/b/a Radnor Trust Company bkile@grenenbirsic.com, mcupec@grenenbirsic.com

BRIAN M. KILE
    on behalf of Creditor NexTier Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com

BRYA M KEILSON
    on behalf of Interested Party The Bancorp Bank brya.keilson@usdoj.gov

CAMERON KINVIG
    on behalf of Defendant Excelco Trading LP ckinvig@hunton.com, RRich2@hunton.com

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net J100@ecfcbis.com

CHRISTINE C. SHUBERT
    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

CHRISTOPHER J. MCDONALD
    on behalf of Creditor Wells Fargo Bank lstarkman@lammrubenstone.com

CHRISTOPHER R. MOMJIAN
    on behalf of Creditor PA Dept of Revenue crmomjian@attorneygeneral.gov

DAMIEN NICHOLAS TANCREDI
    on behalf of Trustee CHRISTINE C. SHUBERT damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com

DAVID L. BRAVERMAN
    on behalf of Creditor Braverman Kaskey P.C. dbraver@braverlaw.com,
    dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

DAVID M. SHAFKOWITZ
    on behalf of Creditor 15th and Sansom L.P. dms@shafkowitzlaw.com, pamedparalegal@comcast.net

DENNIS R. MEAKIM
    on behalf of Defendant Felicia Meakim DMeakim@howlandhess.com EPyle@howlandhess.com

DENNIS R. MEAKIM
    on behalf of Defendant Bucks County Beverage Company LLC DMeakim@howlandhess.com, EPyle@howlandhess.com

DEREK J. BAKER

Case 12-11063-mdc    Doc 1954    Filed 07/30/22    Entered 07/31/22 00:27:25    Desc
Imaged Certificate of Notice    Page 3 of 7

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Mediator Derek J. Baker (Mediator) dbaker@reedsmith.com |
| DIMITRI L. KARAPELOU | on behalf of Creditor Marshall J. Katz dkarapelou@karapeloulaw.com<br>dkarapelou@karapeloulaw.com;karapelou.dimitrib112083@notify.bestcase.com |
| DIMITRI L. KARAPELOU | on behalf of Plaintiff Marshall J. Katz dkarapelou@karapeloulaw.com<br>dkarapelou@karapeloulaw.com;karapelou.dimitrib112083@notify.bestcase.com |
| EDWARD J. HAYES | on behalf of Creditor Origin Capital Debt Fund I  LLC ehayes@foxrothschild.com |
| EDWARD J. HAYES | on behalf of Defendant Origins Holding Company  LLC ehayes@foxrothschild.com |
| EVAN THOMAS MILLER | on behalf of Interested Party Partnership Liquidity Investors  LLC emiller@bayardlaw.com, lmorton@bayardlaw.com |
| FRANCIS X. TANEY | on behalf of Defendant Volcafe Specialty Coffee LLC frank.taney@taneylegal.com |
| GARY DAVID BRESSLER | on behalf of Plaintiff The Sherwin Williams Company gbressler@mdmc-law.com<br>dwhite@mdmc-law.com;scarney@mdmc-law.com |
| GARY F SEITZ | on behalf of Terry P. Dershaw gseitz@gsbblaw.com |
| GEORGE M. CONWAY | on behalf of United States Trustee george.m.conway@usdoj.gov |
| GRETCHEN M SANTAMOUR | on behalf of Creditor VIST Bank gsantamour@stradley.com |
| HARRY J. GIACOMETTI | on behalf of Attorney Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com<br>harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Trustee Christine Shubert  Chapter 7 Trustee harry.giacometti@flastergreenberg.com,<br>harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Plaintiff Christine C. Shubert harry.giacometti@flastergreenberg.com<br>harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Interested Party Flaster/Greenberg P.C. harry.giacometti@flastergreenberg.com<br>harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Christine Shubert  Chapter 7 Trustee harry.giacometti@flastergreenberg.com,<br>harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Plaintiff CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com<br>harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Accountant Bederson LLP harry.giacometti@flastergreenberg.com<br>harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Trustee CHRISTINE C. SHUBERT harry.giacometti@flastergreenberg.com<br>harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Flaster/Greenberg  PC harry.giacometti@flastergreenberg.com,<br>harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Plaintiff Christine Shubert harry.giacometti@flastergreenberg.com<br>harry.giacometti@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flas |

Case 12-11063-mdc    Doc 1954    Filed 07/30/22    Entered 07/31/22 00:27:25    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0313-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 2 |

tergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

HUGH J. WARD
    on behalf of U.S. Trustee United States Trustee hugh.j.ward@usdoj.gov

J. TIMOTHY ARNDT, III
    on behalf of Creditor Stonebridge Bank tarndt@lcslaw.com

JAMES KEVIN HANEY
    on behalf of Creditor General Electric Capital Corporation jhaney@wongfleming.com
    spiotrowski@wongfleming.com,sshalloo@wongfleming.com

JARRET P. HITCHINGS
    on behalf of Creditor Hill International  Inc. JPHitchings@duanemorris.com, AutoDocketWILM@duanemorris.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Dilks & Knopik  LLC jschwartz@mesterschwartz.com

JEFFREY KURTZMAN
    on behalf of Creditor 15th and Sansom  L.P. Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Creditor Michael Grasso Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Creditor David Grasso Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Creditor 730 East Elm Associates  LP Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Interested Party Grasso Holdings Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Defendant 15th and Sansom  L.P. Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Creditor Spring Ridge Associates  LP Kurtzman@kurtzmansteady.com

JEFFREY S. CIANCIULLI
    on behalf of Accountant Bederson & Company LLP jcianciulli@wgpllp.com  imarciniszyn@weirpartners.com

JEFFREY T GROSSMAN
    on behalf of Creditor Madison Capital Company  LLC jgrossman@grossmanfirm.com,
    jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com

JOHN E. KASKEY
    on behalf of Creditor Braverman Kaskey  P.C. Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com

JOHN K. FIORILLO
    on behalf of Creditor Royal Bank America Jfiorillo@UTBF.com

JOSEPH J. MCMAHON, Jr.
    on behalf of Creditor Rewards Network Establishing Services  Inc. jmcmahon@ciardilaw.com, mflores@ciardilaw.com,

KEVIN P. CALLAHAN
    on behalf of United states trustee kevin.p.callahan@usdoj.gov

KEVIN P. CALLAHAN
    on behalf of Plaintiff Roberta A. DeAngelis kevin.p.callahan@usdoj.gov

KEVIN P. CALLAHAN
    on behalf of United States Trustee kevin.p.callahan@usdoj.gov

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAUREN N. SCHWIMMER
    on behalf of Creditor Wilmington Savings Fund Society  FSB lschwimmer@weirpartners.com

LAWRENCE G. MCMICHAEL
    on behalf of Attorney Paul J. Winterhalter  P.C. lmcmichael@dilworthlaw.com,
    mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL
    on behalf of Defendant Paul J. Winterhalter  Esquire lmcmichael@dilworthlaw.com,
    mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL
    on behalf of Defendant Law Offices of Paul J. Winterhalter  P.C. lmcmichael@dilworthlaw.com,
    mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LEON R. BARSON

Case 12-11063-mdc    Doc 1954    Filed 07/30/22    Entered 07/31/22 00:27:25    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Trustee CHRISTINE C. SHUBERT henrys@pepperlaw.com

LORI K. SERRATELLI

on behalf of Creditor Mid Penn Bank LSerratelli@ssbc-law.com
jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com

LUCIAN BORDERS MURLEY

on behalf of Creditor Fox Chase Bank luke.murley@saul.com  rwarren@saul.com

MARISA MYERS COHEN

on behalf of Creditor BANK OF AMERICA  N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP ecfmail@mwc-law.com, mcohen@mwc-law.com

MARK D. PFEIFFER

on behalf of Creditor GCCFC 2007-GG11 Sanatoga Retail GP  LLC t/a GCCFC 2007-GG11 Sanatoga Retail Limited Partnership mark.pfeiffer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com

MAURICE R. MITTS

on behalf of Donna Grasso mmitts@mittslaw.com
agary@mittslaw.com;kbennett@mittslaw.com;rcurrie@mittslaw.com;mduffy@mittslaw.com

MICHAEL D. VAGNONI

on behalf of Creditor Northeast Revenue Services  LLC michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL G. MENKOWITZ

on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com
brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

MICHAEL H. KALINER

mhkaliner@gmail.com

MICHAEL JOSEPH JOYCE

on behalf of Defendant Paragon Coffee Trading Co.  L.P. mjoyce@crosslaw.com

MICHAEL P. KELLY

on behalf of Defendant Jodie D. McCool mpkpc@aol.com  r47593@notify.bestcase.com

MONIQUE BAIR DISABATINO

on behalf of Creditor Fidelity National Title Insurance Company mdisabatino@saul.com

MONIQUE BAIR DISABATINO

on behalf of Plaintiff Fidelity National Title Insurance Company mdisabatino@saul.com

Michael P. Gigliotti

on behalf of Creditor John Larson gigliottimike2@gmail.com  cappioandgigliotti@gmail.com

Michael P. Gigliotti

on behalf of Plaintiff Greg Bayer gigliottimike2@gmail.com  cappioandgigliotti@gmail.com

Michael P. Gigliotti

on behalf of Creditor Greg Bayer gigliottimike2@gmail.com  cappioandgigliotti@gmail.com

Michael P. Gigliotti

on behalf of Plaintiff John Larson gigliottimike2@gmail.com  cappioandgigliotti@gmail.com

PAMELA ELCHERT THURMOND

on behalf of Creditor City Of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

PAUL BRINTON MASCHMEYER

on behalf of MICHAEL H. KALINER pmaschmeyer@maschmarinas.com  FMarinas@msn.com

PAUL J. WINTERHALTER

on behalf of Defendant Paul J. Winterhalter  Esquire pwinterhalter@offitkurman.com, rcovington@offitkurman.com

PAUL J. WINTERHALTER

on behalf of Defendant Law Offices of Paul J. Winterhalter  P.C. pwinterhalter@offitkurman.com, rcovington@offitkurman.com

PAUL J. WINTERHALTER

on behalf of Defendant Donna Grasso pwinterhalter@offitkurman.com  rcovington@offitkurman.com

PAUL J. WINTERHALTER

on behalf of Defendant Joseph Grasso pwinterhalter@offitkurman.com  rcovington@offitkurman.com

REBECCA ANN SOLARZ

on behalf of Creditor New Residential Mortgage  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REGINA STANGO KELBON

on behalf of Trustee CHRISTINE C. SHUBERT kelbon@blankrome.com

RICHARD G. PLACEY

on behalf of Mediator Richard G. Placey rplacey@mmwr.com  plorenz@mmwr.com;richard-placey-6658@ecf.pacerpro.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 2 |

ROBERT H. HOLBER
    on behalf of Spec. Counsel Robert H. Holber rholber@holber.com

ROBERT H. HOLBER
    on behalf of Plaintiff Christine C. Shubert trustee@holber.com rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Trustee CHRISTINE C. SHUBERT rholber@holber.com

ROBERT L. SALDUTTI
    on behalf of Creditor Putnam Leasing Company rsaldutti@saldutticollect.com
    lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com

ROGER GALE JONES
    on behalf of Creditor Madison Capital Company  LLC RJones@babc.com

ROGER GALE JONES
    on behalf of Plaintiff Madison Capital Company  LLC RJones@babc.com

RONALD S. GELLERT
    on behalf of Interested Party CIBC  Inc. rgellert@gsbblaw.com, abrown@gsbblaw.com

SARAH SCHINDLER-WILLIAMS
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE SCHINDLERWILLIAMSS@BallardSpahr.com

STEVEN D. USDIN
    on behalf of Flaster/Greenberg  PC steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com

STEVEN D. USDIN
    on behalf of Plaintiff Christine C. Shubert steven.usdin@flastergreenberg.com steven.usdin@ecf.inforuptcy.com

STEVEN D. USDIN
    on behalf of Christine Shubert  Chapter 7 Trustee steven.usdin@flastergreenberg.com, steven.usdin@ecf.inforuptcy.com

STEVEN D. USDIN
    on behalf of Accountant Bederson & Company LLP steven.usdin@flastergreenberg.com steven.usdin@ecf.inforuptcy.com

STEVEN D. USDIN
    on behalf of Plaintiff CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com steven.usdin@ecf.inforuptcy.com

STEVEN D. USDIN
    on behalf of Attorney Flaster/Greenberg P.C. steven.usdin@flastergreenberg.com steven.usdin@ecf.inforuptcy.com

STEVEN D. USDIN
    on behalf of Trustee CHRISTINE C. SHUBERT steven.usdin@flastergreenberg.com steven.usdin@ecf.inforuptcy.com

THOMAS I. PULEO
    on behalf of Creditor GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

Terry P. Dershaw
    td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VINCENT J. MARRIOTT, III
    on behalf of Creditor GCCFC marriott@ballardspahr.com

VINCENT J. MARRIOTT, III
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE marriott@ballardspahr.com

WILLIAM J LEVANT
    on behalf of Creditor Singer Equipment Company Inc efile.wjl@kaplaw.com

TOTAL: 123

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Joseph Grasso | : | Chapter 7 |
| | : | |
| Debtor | : | Bankruptcy No. 2:12-bk-11063 |

### ORDER

AND NOW, this 27th day of July 2022, upon consideration of the Motion of Dilks & Knopik, LLC as assignee to Plexus Capital, LLC ("the Movant"), for Order Directing Payment of Funds In Court Registry, and the Movant having served the United States Attorney as required by 28 U.S.C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to 11 U.S.C. §347 for the benefit of the Movant in the amount of $4,669.28 shall be paid to Dilks & Knopik, LLC and sent to 35308 SE Center Street, Snoqualmie, WA 98065.

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE